IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Greenlight Capital, Inc.,

    Plaintiff,

v.

                                                                      Case No.: 4:25-mc-31

James Fishback,

    Defendant.

_____/

## **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Miguel E. Del Rivero, Esq., of the law firm of SEQUOR LAW, P.A. hereby gives notice of its appearance as counsel on behalf of Plaintiff Greenlight Capital, Inc. Undersigned requests that all notices given or required to be served in the above-referenced case be given to and served upon:

**Miguel E. Del Rivero, Esq.
SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
mdrivero@sequorlaw.com
Telephone:    (305) 372-8282
Facsimile:    (305) 372-8202**

PLEASE TAKE FURTHER NOTICE that the foregoing request includes order and notices of any applications, motions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile or otherwise, made with regard to the referenced case and proceedings herein.

## **NOTICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has served upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system on May 9, 2025.

Date: May 9, 2025

Respectfully submitted,

SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
mdrivero@sequorlaw.com
Telephone: (305) 372-8282
Facsimile: (305) 372-8202

By: */s/ Miguel E. Del Rivero*
Miguel E. Del Rivero
Florida Bar No.: 1048586