UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,          Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.
_____/

**CERTIFICATE OF SERVICE TO JUDGMENT DEBTOR**
**PURSUANT TO FLORIDA STATUTE §77.041(2)**

Judgment Creditor, Greenlight Capital, Inc. ("Judgment Creditor"), pursuant to Florida Statute §77.041(2), hereby certifies that on **July 31, 2025**, copies of the following documents were sent via First Class U.S. Mail to James Fishback's ("Judgment Debtor") last known addresses: (1) Ex Parte Motion for Post-Judgment Writ of Garnishment [ECF No. 8]; (2) Post-Judgment Writ of Garnishment with Notice to Defendant of Right Against Garnishment of Wages, Money, and Other Property [ECF No. 10].

Dated: August 18, 2025  Respectfully submitted,

Counsel for Plaintiff/Judgment Creditor
SEQUOR LAW, P.A.
1111 Brickell Avenue, Ste. 1250
Miami, FL 33131
Tel: (305) 372-8282
Fax: (305) 372-8202

By:  /s/ *Juan J. Mendoza*
Juan J. Mendoza
Florida Bar No.: 113587
Email: jmendoza@sequorlaw.com
Miguel E. Del Rivero
Florida Bar No.: 1048586
Email: mdrivero@sequorlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via First Class U.S. Mail to Judgment Debtor's last known addresses at James Fishback, 115 SW Pinckney Street, Madison, FL 32340 and James Fishback, 2325 42nd Street NW, Apt. 215, Washington, DC 20007.

/s/ *Juan J. Mendoza*
Juan J. Mendoza