UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,           Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.

_____/

**AMENDED NOTICE OF RIGHT TO DISSOLVE WRIT**

Judgment Creditor Greenlight Capital, Inc. ("Judgment Creditor"), pursuant to Federal Rule of Civil Procedure 69, and Florida Statute, § 77.055, hereby notifies you, James Fishback ("Judgment Debtor") that you must move to dissolve the Writ of Garnishment within 20 days after the date indicated on the certificate of service below if any allegation in Judgment Creditor's Motion for Writ of Garnishment is untrue.

Dated: August 18, 2025				Respectfully submitted,

**Counsel for Plaintiff/Judgment Creditor**
SEQUOR LAW, P.A.
1111 Brickell Avenue, Ste. 1250
Miami, FL 33131
Tel: (305) 372-8282
Fax: (305) 372-8202

By:	/*s/ Juan J. Mendoza*
Juan J. Mendoza
Florida Bar No.: 113587
Email: jmendoza@sequorlaw.com
Miguel E. Del Rivero
Florida Bar No.: 1048586
Email: mdrivero@sequorlaw.com

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants, and was mailed via First Class U.S. Mail to the Judgment Debtor's last known addresses to James T. Fishback, 4009 Davis Pl. NW, Apt. 202, Washington, DC 20007-1239; James Fishback, 115 SW Pinckney Street, Madison, FL 32340 and James Fishback, 2325 42nd Street NW, Apt. 215, Washington, DC 20007 on August 18, 2025.

/*s/ Juan J. Mendoza*
Juan J. Mendoza