UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,                     Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.
_____/

## CERTIFICATE OF SERVICE OF CHARGING ORDER ON REGISTERED AGENT OF AZORIA PARTNERS, LLC

Judgment Creditor, Greenlight Capital, Inc. ("Judgment Creditor"), pursuant to the Court's Order on Ex Parte Motion for Charging Order ("Charging Order") [ECF No. 19], hereby certifies that on **August 25, 2025**, copies of the Charging Order were served via First Class U.S. Mail upon James Fishback, as the registered agent of Azoria Partners, LLC, and to James Fishback, as the Judgment Debtor at his last known addresses.

| | |
|---|---|
| Dated: August 25, 2025 | Respectfully submitted, |
| | Counsel for Plaintiff/Judgment Creditor<br>SEQUOR LAW, P.A.<br>1111 Brickell Avenue, Ste. 1250<br>Miami, FL 33131<br>Tel: (305) 372-8282<br>Fax: (305) 372-8202 |
| By: | */s/ Miguel E. Del Rivero*<br>Juan J. Mendoza<br>Florida Bar No.: 113587<br>Email: jmendoza@sequorlaw.com<br>Miguel E. Del Rivero<br>Florida Bar No.: 1048586<br>Email: mdrivero@sequorlaw.com |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via First Class U.S. Mail to the registered agent of Azoria Partners, LLC, James Fishback, at 115 SW Pinckney Street, Madison, FL 32340, the registered agent address on file with the Florida Department of State, and also to James Fishback, as Judgment Debtor, at 115 SW Pinckney Street, Madison, FL 32340, 4009 Davis Place NW, Apt. 202, Washington, DC 20007, and 2325 42nd Street NW, Apt. 215, Washington, DC 20007.

*/s/ Miguel E. Del Rivero*
Miguel E. Del Rivero