UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,                        Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.
_____/

## CERTIFICATE OF SERVICE TO JUDGMENT DEBTOR PURSUANT TO FLORIDA STATUTE §77.041(2)

Judgment Creditor, Greenlight Capital, Inc. ("Judgment Creditor"), pursuant to Florida Statute §77.041(2), hereby certifies that on **August 26, 2025**, copies of the following documents were sent via First Class U.S. Mail to James Fishback's ("Judgment Debtor") last known addresses: (1) Ex Parte Motion for Post-Judgment Writ of Garnishment [ECF No. 13]; (2) Post-Judgment Writ of Garnishment with Notice to Defendant of Right Against Garnishment of Wages, Money, and Other Property [ECF No. 18].

Dated: August 27, 2025

Respectfully submitted,

Counsel for Plaintiff/Judgment Creditor
SEQUOR LAW, P.A.
1111 Brickell Avenue, Ste. 1250
Miami, FL 33131
Tel: (305) 372-8282
Fax: (305) 372-8202

By: */s/ Miguel E. Del Rivero*
Juan J. Mendoza
Florida Bar No.: 113587
Email: jmendoza@sequorlaw.com
Miguel E. Del Rivero
Florida Bar No.: 1048586
Email: mdrivero@sequorlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via First Class U.S. Mail to Judgment Debtor's last known addresses at James Fishback, 115 SW Pinckney Street, Madison, FL 32340, James Fishback, 2325 42nd Street NW, Apt. 215, Washington, DC 20007 and James Fishback, 4009 Davis Pl. NW, Apt. 202, Washington, DC 20007-1239.

*/s/ Miguel E. Del Rivero*
Miguel E. Del Rivero