**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Greenlight Capital, Inc. | 4:25-MC-00031 |
| DEFENDANT | TYPE OF PROCESS |
| James Fishback | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
James Fishback - Auto: 2022 Tesla Model Y VIN: 7SAYGDEE7NA006445 Tag: CVG7X (Florida)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
115 SW Pinckney Street Madison, FL 32340

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Miguel E. Del Rivero
Sequor Law PA
1111 Brickell Avenue, Suite 1250
Miami, FL 33131

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

A representative of the Plaintiff will accompany the US Marshals Service to a house located at 11094 Palmetto Blvd, Alachua, FL 32615, or wherever the vehicle may be located. Additionally, the possesssory agent accompanying the U S Marshals Service will be Elite Towing Gainesville 3728 NE 4th Street, Gainesville, FL 32609; phone 352-372-6340.

**Sell via public auction 2022 Tesla Model Y on 9/5/25 at Noon on Courthouse steps.**

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 305-372-8282
DATE: 7/21/2025

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
District of Origin No. 17
District to Serve No. 17
Signature of Authorized USMS Deputy or Clerk: Julie White
Date: 7/21/25

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

Date: 9/5/25  Time: 12:00 ☒ pm

Signature of U.S. Marshal or Deputy: J Matt

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

- Vehicle was sold to Plaintiff as the highest bidder.

1 DUSM @ $65.00 x 1 hr = $65.00

Form USM-285
Rev 03/21

FILED USDC FLND TL
SEP 9 '25 PM 3:01