# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| GREENLIGHT CAPITAL, INC. | 4:25mc00031 |
| DEFENDANT | TYPE OF PROCESS |
| JAMES FISHBACK | NOTICE OF SALE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JAMES FISHBACK

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
115 SW PINCKNEY STREET, MADISON, FL 32340

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Miguel E. Del Rivero
Sequor Law PA
1111 Brickell Ave, Suite 1250
Miami, FL 33131

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Serve Notice of Sale on Defendant via Certified Mail

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 305-372-8282
DATE: 7/25/2025

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 17 | District to Serve No. 17 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | Julio White | 7/25/2025 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 9/3/25    Time: ☐ am ☐ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy: [signed] Sebastian Paly

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

7/25/25 - Mailed Certified # 7002 3150 0000 6132 7322 to Defendant at the address listed above.

9/3/25 - Envelope was returned to sender, See attached.


FILED USDC FLND TL
SEP 9 '25 PM 3:01

Form USM-285
Rev. 03/21

**CERTIFIED MAIL** 

**U.S. Department of Justice**

United States Marshals Service
Northern District of Florida

111 N. Adams Street, Room 277
Tallahassee, FL 32301-7730

Official Business
Penalty for Private Use $300



7002 3150 0000 6132 7322



JAMES FISHBACK
115 SW PINCKNEY STREET
MADISON, FL 32340

NIXIE          326  DE 1         0008/19/25
        RETURN TO SENDER
              UNCLAIMED
        UNABLE TO FORWARD

BC: 32301773052    *1639-05931-30-31

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE
4:25 mc DD 631

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $10.44 |

Postmark Here
7/25/25

Sent To: James Fishback
Street, Apt. No.; or PO Box No.: 115 SW Pinckney St
City, State, ZIP+4: Madison, FL 32340

PS Form 3800, June 2002        See Reverse for Instructions

NOTICE OF U.S. MARSHALS SALE
U. S. Department of Justice
United States Marshals Service
Northern District of Florida
Notice of U.S. Marshals Service Sale
CASE No. 4:25-mc-00031-MW-MAF
GREENLIGHT CAPITAL, INC.
vs.
JAMES FISHBACK

By virtue of a <u>Final Judgment</u> issued by the United States District Court for the Southern District of New York on March 31, 2025, and <u>registered in this district on May 9, 2025</u> and a <u>Writ of Execution dated June 3, 2025</u> issued by the United States District Court for the Northern District of Florida, NOTICE is hereby given that I will sell by public auction for cashiers or certified funds check ONLY (with the exception of bids placed by Plaintiff), on **September 5, 2025 at 12:00pm EST**, at the United States Courthouse 401 SE First Ave. Gainesville, FL 32601, on the courthouse steps, the following item:

- 2022 Tesla Model Y, VIN: 7SAYGDEE7NA006445

The successful bidder shall deposit with the U.S. Marshals Service at the close of the sale, 10 percent (10%) of the bid price by cashier's or certified funds check, *made payable to the U.S. Marshals Service*. Before being permitted to bid at the sale, bidders shall present proof to the Marshal that they are able to comply with this requirement otherwise will not be allowed to bid. The balance of the purchase price of the successful bidder (unless Plaintiff's credit bid prevails, without added cash) by certified check, must be paid within <u>seven (7)</u> days after the sale or upon confirmation of the sale by the Court, whichever occurs first. If the Plaintiff is the successful bidder at the sale, the United States Marshal Service shall credit the Plaintiff's bid amount, minus the costs of the sale, against the Plaintiff's Judgment Amount. Failure to pay the balance in accordance with the terms of the sale by the successful bidder shall result in the forfeiture of the monies deposited and the item may be re-offered for sale.

**Judgment Amount: $228,988.71**

Dated July 25, 2025

Attorneys for Plaintiff
Juan J. Mendoza, Esq.
Miguel E. Del Rivero, Esq.
SEQUOR LAW, P.A.
1111 Brickell Avenue, Ste. 1250
Miami, FL 33131
Tel: (305) 372-8282
Fax: (305) 372-8202

Greg Leljedal, United States Marshal
July 30, August 6, 13, 20 2025
LSAR0341288