UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,

v.

    Case No.: 4:25-mc-00031

JAMES FISHBACK,

    Defendant/Judgment Debtor.

_____/

## MARSHAL'S REPORT OF SALE

Under the authority, and by the direction, of the Notice of Sale and Judgment entered in this action, after due advertisement in a newspaper of general circulation in Alachua County, Florida, I offered for sale at public auction during the usual hours of public sale, at the United States Court House, Gainesville, Florida, on the 5th day of <u>September</u> 2025, the seized vehicle, to wit:

**2022 Tesla Model Y, VIN: 7SAYGDEE7NA006445**

I received a high bid from the Plaintiff Greenlight Capital, Inc. in the amount of $ __**20,000**__, and sold the above-described property to the plaintiff for that amount. I received no cash as the plaintiff wanted its bid credited on the judgment pursuant to the terms thereof.

FILED USDC FLND TL
SEP 9 '25 PM3:01

The costs incurred by my office during the seizure of this vehicle and the fee to which my office is entitled, are as follows:

| | |
|---|---|
| SERVICE OF PROCESS | $ 239.00 |
| PREPARATION OF PUBLICATION | $ N/A |
| EXECUTION OF ~~DEED~~ Bill of Sale | $ 20.00 |
| SALE COSTS (FEES/MILEAGE) | $ 65.00 |
| U.S. MARSHAL'S FEE | $ 315.00 |
| **USMS TOTAL** | $ 639.00 |

It is recommended that the Court by its Order do now approve and confirm the foregoing sale.

Respectfully submitted,

GREG LELJEDAL
United States Marshal

_Jeffrey Martin_ /s/
Deputy Marshal

_9/5/2025_
Date

2

# SALE--BID INFORMATION
(Attachment to Report of Sale)

CASE STYLE: Greenlight Capital, Inc. v. James Fishback
CASE NO.: 4:25-mc-00031

DATE OF SALE: 9/5/2025  COUNTY: Alachua

**NAME OF BIDDER**
**ADDRESS**  **PHONE NO.**  **AMT BID**

| Name | Phone | Amount |
|---|---|---|
| Teresa Munguiq | 352-740-9816 | $19,000 |
| Kelli Malu | 352-278-8682 | $11,000 |
| Miguel Del Rivero | 305-372-8282 | $20,000 |
| (on behalf of Greenlight Capital, Inc) | | |

SUCCESSFUL BIDDER: Miguel Del Rivero

NAME AND ADDRESS TO BE SHOWN ON THE ~~DEED~~ Title:  AMT HIGHEST BID:

Greenlight Capital, Inc.  $20,000

140 East 45th Street, 24th Floor

New York, NY 10017

CIRCLE ONE: a single person / a married person / husband and wife / (a corporation of the State of New York) / a ~~partnership~~

other: _____

CONTACT PHONE NO: 202 740 3279

AMOUNT RECEIVED ON DEPOSIT: $ 0.00

NAME OF PERSON WHO CONDUCTED SALE: Jeffrey Martin