UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,        Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.
_____/

GREENLIGHT CAPITAL, INC.,

    Garnishor,

v.

R.J. O'BRIEN & ASSOCIATES LLC

    Garnishees.
_____/

### NOTICE OF SERVICE OF GARNISHEE'S FAILURE TO ANSWER WRIT OF GARNISHMENT AND NOTICE OF RIGHT TO DISSOLVE

Pursuant to Federal Rule of Civil Procedure 69 and Florida Statute § 77.055, Plaintiff GREENLIGHT CAPITAL, INC., certifies it has provided notice to Judgment Debtor/the Garnished, that the deadline for R.J. O'BRIEN & ASSOCIATES LLC to answer the Writ of Garnishment has expired and R.J. O'BRIEN & ASSOCIATES LLC failed to answer. Plaintiff further provides notice

pursuant to Florida Statute §77.055 that Defendant JAMES FISHBACK has twenty (20) days from the date indicated on the Certificate of Service included herein to move to dissolve the Writ of Garnishment to R.J. O'BRIEN & ASSOCIATES LLC, if any of the allegations in Plaintiff's Ex Parte Motion for Post-Judgment Writ of Garnishment Against Salary or Wages [ECF No. 13] is untrue.

Date: September 19, 2025

Respectfully submitted,

Counsel for Plaintiff/Judgment Creditor
SEQUOR LAW, P.A.
1111 Brickell Avenue, Ste. 1250
Miami, FL 33131
Tel: (305) 372-8282
Fax: (305) 372-8202

By: /s/ Miguel E. Del Rivero
Juan J. Mendoza
Florida Bar No.: 113587
Email: jmendoza@sequorlaw.com
Miguel E. Del Rivero
Florida Bar No.: 1048586
Email: mdrivero@sequorlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via First Class U.S. Mail to Judgment Debtor's last known addresses at James Fishback, 115 SW Pinckney Street, Madison, FL 32340, James Fishback, 2325 42nd Street NW, Apt. 215, Washington, DC 20007 and James Fishback, 4009 Davis Pl. NW, Apt. 202, Washington, DC 20007-1239 on September 19, 2025.

/s/ *Miguel E. Del Rivero*
Miguel E. Del Rivero