*EXHIBIT 1*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,           Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.
_____/

## NOTICE OF DEPOSITION *DUCES TECUM* IN AID OF EXECUTION

**NAME:**     **James Fishback**
                  **115 SW Pinckney St,**
                  **Madison, FL 32340**

    **YOU ARE HEREBY COMMANDED** to appear for a deposition in aid of execution on Thursday, **July 24, 2025**, at **10:00 a.m.**, at the following location:

**Regus - Alliance Center**
113 South Monroe Street, 1st Floor
Tallahassee, FL 32301

In addition, you are required to produce the documents listed in the attached **Exhibit 1** no later than **July 1, 2025**.

    **IF YOU FAIL TO APPEAR, YOU MAY BE IN CONTEMPT OF COURT.** You are required to appear by the following attorney, and unless excused from this notice by the attorney or the Court, you must respond to this notice as directed.

Dated: June 3, 2025                       Respectfully submitted,

                                              SEQUOR LAW, P.A.
                                              1111 Brickell Avenue, Ste. 1250
                                              Miami, FL 33131
                                              Tel: (305) 372-8282
                                              Fax: (305) 372-8202

                          By:     */s/ Juan J. Mendoza*
                                              Juan J. Mendoza
                                              Florida Bar No. 113587
                                              Email: jmendoza@sequorlaw.com

                                                                Miguel E. Del Rivero
                                                                Florida Bar No.: 1018656
                                                                Email: mdrivero@sequorlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was send via USPS certified mail return receipt and UPS Priority on June 3, 2025, to James Fishback at the addresses of (1) 115 SW Pinckney St, Madison, FL 32340 and (2) 2325 42nd Street NW, Apt. 215, Washington, DC 20007.

                                                               */s/ Juan J. Mendoza*
                                                               Juan J. Mendoza, Esq.

# EXHIBIT 1
# DEFINITIONS & INSTRUCTIONS

1. **You.** "You" shall mean the person or entity to whom this notice is directed.

2. **Communication.** "Communication" means any exchange of words, notes, symbols, ideas, or thoughts between two or more people by any medium or method, including: hand-written; typed; e-mail; text message or via other telephone messaging service such as WhatsApp; recorded audio; voice recording; or any other medium or method capable of recording and electronically storing a Communication.

3. **Document.** "Document" shall have the same meaning and scope as "documents or electronically stored information" within the meaning of Federal Rule of Civil Procedure 34(a)(1)(A).

4. **Account.** "Account" shall mean any account, regardless of the type of account, whether open or closed, that is (a) held in Your name, (b) in which You are a beneficiary or ultimate beneficial owner, or (c) in which You are an authorized signatory.

5. **Person.** "Person" means natural person(s), corporation(s), association(s), partnership(s), sole proprietorship(s) or public entity(ies).

6. **Entities.** "Entities" means corporate entity, business association, partnership, association, limited liability company or other business organization or joint venture.

7. **Inventory.** "Inventory" means all inventory held for ultimate sale or lease, or which has been or will be supplied under contracts of service, or which are raw materials, work in process, products or materials used or consumed in the course of providing services or products.

8. **Securities.** "Securities" shall include any stocks, bonds or evidences of direct or indirect interests therein, mutual funds, commodity accounts, options or futures accounts, or any other property constituting a "security" under the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended or the Delaware Securities Act.

9. **Real Estate.** "Real Estate" shall include fractional interests, present and future interests and interests in limited or general partnerships.

10. **Equipment.** "Equipment" means machinery, vehicles, furniture, fixtures, manufacturing equipment, farm machinery and equipment, shop equipment, office and record keeping equipment, parts and tools, and any other item, device, or machinery, whether mechanical or electronic, used in the course of providing services or creating or manufacturing products for ultimate sale.

11. **Transfer.** "Transfer" means every mode, direct or indirect, absolute or conditional, voluntary or involuntary, of disposing of or parting with an asset or with an interest in an asset, including payment, gift, grant, alienation, bargain, sale, conveyance, lease, release, creation of lien

or encumbrance, assignment, retention of title as a security interest, consignment, and bailments of any kind.

12. **Relevant Period.** "Relevant Period" shall mean the period of time beginning with and including November 1, 2018 through the present.

13. "And" and "or" are used as terms of inclusion, not exclusion.

14. The term "any" means "all" and vice versa.

15. The term "including" means including but not limited to.

16. The singular shall be construed to include the plural, and vice versa, to make the Request inclusive rather than exclusive.

17. "Related to" or "relating to" means constitute, regarding, refer to, reflect, mention, evidence, concern, pertain to, arise out of, summarize, analyze, or be logically or factually connected in any way with the matter discussed.

## DOCUMENT REQUESTS

1. Complete un-redacted tax returns, with all corresponding schedules and attachments, during the Relevant Time Period.

2. All documents reflecting any contracts, agreements, business relationships, joint ventures or other arrangements.

3. All documents reflecting the transfer of any assets, property, funds and/or monies by You at any time during the Relevant Time Period.

4. All documents relating, relating to, pertaining to, referencing, having to do with, describing, detailing, or mentioning the current location of any equipment currently owned by You.

5. All documents relating to, pertaining to, referencing, having to do with, describing, detailing and/or mentioning the current location of any equipment owned by You at any time between the Relevant Time Period.

6. All documents evidencing all real property You have, or had during the Relevant Time Period, including any legal, equitable, leasehold or future interest including all property owned as a co-tenant, community property, or in a life estate.

7. All documents evidencing all checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, and homestead associations, or credit

unions, brokerage houses, or cooperatives that were held in Your name, had any interest in at any time during the Relevant Time Period.

8. All documents evidencing any safe deposit boxes and/or security deposit boxes that You currently own or use, or that You owned or used during the Relevant Time Period.

9. All documents evidencing all security deposits with public utilities, telephone companies, landlords, and others You currently own or owned at any time within the Relevant Time Period.

10. All documents evidencing all audio, video, photographic equipment, and computer equipment that You currently own or owned at any time within the Relevant Time Period.

11. All documents evidencing all books, pictures, and other art objects, antiques, stamps, coins, records, tapes, compact discs, comic books, trading cards, memorabilia, or other collectibles You currently own or owned at any time within the Relevant Time Period.

12. All documents evidencing all furs or jewelry You currently own or owned at any time within the Relevant Time Period.

13. All documents evidencing any firearms or other sports or hobby equipment You currently own or owned at any time within the Relevant Time Period.

14. All documents evidencing any gemstones, gold, silver, or other precious stones or metals You own, or owned at any time within the Relevant Time Period.

15. All documents evidencing any interest You currently own or owned at any time within the Relevant Time Period, in insurance policies.

16. All documents evidencing any annuities You own or owned at any time within the Relevant Time Period.

17. All documents evidencing any interests in IRAs, ERISA, Keough, or other pension or profit-sharing plans You own or owned at any time within the Relevant Time Period.

18. All documents evidencing any interests in stocks of any corporations, mutual funds, or stock funds You own or owned at any time within the Relevant Time Period.

19. All documents evidencing any interests in commodities or futures contracts You own or owned at any time within the Relevant Time Period.

20. All documents evidencing any interest in general partnerships, limited partnerships, or joint ventures You own or owned at any time within the Relevant Time Period.

21. All documents evidencing any government bonds, corporate bonds, bond funds, and other negotiable and non-negotiable instruments You own or owned at any time within the Relevant Time Period.

22. All documents evidencing any alimony, maintenance, support, and property settlement payments You own or owned at any time within the Relevant Time Period.

23. All documents evidencing any tax refunds You received at any time within the Relevant Time Period or is currently entitled to receive.

24. All documents evidencing any monies due to You under any will, death benefit plan, life insurance policy or trust, or decedent estate.

25. All policies of life insurance, casualty insurance, and other insurance, You own, or in which you are a beneficiary(ies) or hold(s) an interest, regardless of the insured or beneficiary or trustee, in force at any time during the Relevant Time Period. This request includes but is not limited to any policy of personal liability, including any umbrella policies.

26. All documents evidencing any lawsuits currently pending where You are a plaintiff, counter-plaintiff, or has sought money damages.

27. All documents evidencing any lawsuits within the Relevant Time Period in which You were a plaintiff, counter-plaintiff, or sought money damages.

28. All documents evidencing any judgments for money damages rendered in Your favor within the last twenty (20) years that are currently unpaid or were unpaid within the Relevant Time Period.

29. All documents evidencing any patents, copyrights, trademarks, trade names or other intellectual property rights You own or owned at any time within the Relevant Time Period.

30. All documents evidencing any licenses or franchise rights You own or owned at any time within the Relevant Time Period.

31. All documents evidencing any automobiles, trucks, vans, trailers, motorcycles, mopeds, bicycles, boats, watercraft, airplanes, or other vehicles You own or owned at any time within the Relevant Time Period.

32. All documents evidencing any You own or owned at any time within the Relevant Time Period.

33. All documents evidencing any office equipment, supplies, or office furniture any You own or owned at any time within the Relevant Time Period.

34. All wills under which You are a beneficiary.

35. All documents reflecting any assets owned by You at any time within the Relevant Time Period.

36. All financial statements, balance sheets, accounts receivable and payable ledgers, net worth statements, income statements, working capital statements, cash flow statements or any other financial matters of each and any business in which You are an officer, director, manager or agent or were an officer, director, manager or agent at any time during the Relevant Time Period.

37. All documents sufficient to establish Your annual gross revenue for the Relevant Time Period, including, but not limited to, passive income, dividends, distribution, rents, proceeds or other monies from any equity and/or ownership interests You have or had within the Relevant Time Period in any entities.

38. All documents sufficient to establish the amount of Your net income, the nature of any deductions from Your gross revenue, and the frequency or payment schedule under which You receive such income.

39. All contracts to which any You, are a party and now or anticipates performing services or rendering materials, and/or upon which someone or some entity is indebted to You for services or materials furnished for the Relevant Time Period.

40. All documents evidencing any gifts made by You to any person or any gifts made to You, by any person within the Relevant Time Period.

41. All documents evidencing any trusts in which You are a grantor, beneficiary, or trustee.

42. All documents evidencing the transfer of any real property or personal property, including without limitation, intangibles, contract rights, or future rights to any other entity or person associated with You, within the Relevant Time Period.

43. All records reflecting or relating to any transfers or conveyances, whether by sale, gift, assignment, pledge, settlement of any litigation or other, of funds, personal property, securities, real estate, accounts receivable, inventory, leases, intangible assets, or assets of any kind by You to any other entity or person associated with You at any time during the Relevant Time Period.

44. All bank statements for the Relevant Time Period for all bank accounts owned or maintained by You or which held any funds belonging to You at any time, during the Relevant Time Period.

45. All financial documents belonging to You, or any other entity in which You, hold an interest. This request includes but is not limited to, financial statements, income statements, balance sheets, bank statements, brokerage statements, loan documents, loan applications, signature cards, correspondence with depository institutions or lenders. This request includes documents, correspondence and papers between You and any person and/or entity with whom You had or has any account(s), depository, loan, borrower, creditor, debtor, and any and all other financial relationship(s) of any type, during the Relevant Time Period.

46. All other documents related to any limited liability company in which You hold an interest or held any interest at any time during the Relevant Time Period, including, but not limited to, all financial statements, generated at any time during the Relevant Time Period, all balance sheets generated at any time during the Relevant Time Period, all income statements generated at any time during the Relevant Time Period, all equity statements generated at any time during the Relevant Time Period, all cash flow statements generated at any time during the Relevant Time Period, tax returns generated at any time during the Relevant Time Period, all records of any interest held by You in such limited liability company or property held by it as trustee, at any time during the Relevant Time Period, all copies of member interests, all Operating Agreements, other governing documents and amendments thereto generated from the inception of the business to the present.

47. All other documents related to any corporation in which You hold an interest or held an interest at any time during the Relevant Time Period, including, but not limited to, all financial statements, generated at any time during the Relevant Time Period, all balance sheets generated at any time during the Relevant Time Period, all income statements generated at any time during the Relevant Time Period, all equity statements generated at any time during the Relevant Time Period, all cash flow statements generated at any time during the Relevant Time Period, tax returns generated at any time during the Relevant Time Period, all records of any shares owned at any time during the Relevant Time Period, all records of any interest any person held in such corporation at any time during the Relevant Time Period, all copies of stock certificates, all

shares, all corporate bylaws, governing documents and amendments thereto generated from the inception of the business to the present.

48. All other documents related to any partnership in which any You hold an interest or held an interest at any time during the Relevant Time Period, including, but not limited to, all financial statements, generated at any time during the Relevant Time Period, all balance sheets generated at any time during the Relevant Time Period, all income statements generated at any time during the Relevant Time Period, all equity statements generated at any time during the Relevant Time Period, all cash flow statements generated at any time during Relevant Time Period, tax returns generated at any time during the Relevant Time Period, all records of any partnership interest owned at any time during the Relevant Time Period, all records of any interest any person held in such corporation at any time during the Relevant Time Period, all copies of certificates, all partnership agreements, governing documents and amendments thereto generated from the inception of the business to the present.

49. All documents, writings or financial records showing or tending to show any and all monies which may be due to You, together with any records which show the names, addresses, and any other contact information for persons or entities owing money or who will owe money to You.

50. All promissory notes and mortgages naming You as payee, or upon which You now receive payments, or did receive any payments, during the Relevant Time Period.

51. All documents related to any loans made to or by You, or to or by any company with which You are affiliated with or was affiliated at any time during the Relevant Time Period.

52. All other documents related to any other asset owned by You at any time during the Relevant Time Period.

53. All other documents related to the financial condition of You at any time during the Relevant Time Period.

54. All other documents related to You.

55. Together with any documents produced in response to this Subpoena, please provide an affidavit or certification sufficient to identify such documents as business records of a regularly conducted activity, as described in the Federal Rule of Evidence 803(6).