*EXHIBIT 2*

## Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1ZT9W2110235075031

**Weight**
0.50 LBS

**Service**
UPS 2nd Day Air®

**Shipped / Billed On**
06/03/2025

**Delivered On**
06/09/2025 11:47 A.M.

**Delivered To**
MADISON, FL, US

**Left At**
See Delivery Photo

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 07/11/2025 5:09 P.M. EST



# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1ZT9WL060204031037

**Weight**
0.50 LBS

**Service**
UPS 2nd Day Air®

**Shipped / Billed On**
06/03/2025

**Delivered On**
06/06/2025 2:18 P.M.

**Delivered To**
WASHINGTON, DC, US

**Left At**
Front Door

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 07/11/2025 5:11 P.M. EST

