*EXHIBIT 3*

| | |
|---|---|
| **From:** | James Fishback |
| **To:** | Juan J. Mendoza |
| **Cc:** | Edward H. Davis Jr.; Miguel E. Del Rivero |
| **Subject:** | Re: Greenlight action |
| **Date:** | Tuesday, August 26, 2025 11:12:46 AM |
| **Attachments:** | Shared.zip |

Please see Tax Returns attached

**James T. Fishback**
CEO • Azoria

This communication and the content contained herein is intended for limited circulation and is provided to the recipient on a confidential basis. This communication may contain information that is privileged, confidential or exempt from disclosure under applicable law. The recipient expressly acknowledges and agrees that it will hold this communication and its contents in the strictest confidence. This communication and its contents are not intended for public use or distribution, and dissemination, publication, distribution, disclosure, copying or use of this communication and its content is herein expressly prohibited. Any views or opinions presented are solely those of the author and do not necessarily represent those of Azoria Partners LLC or its affiliates (collectively, "Azoria"). If you are not the intended recipient, please notify the sender and immediately delete this message and all attachments.

> On Aug 21, 2025, at 18:36, Juan J. Mendoza <JMendoza@sequorlaw.com> wrote:
>
> Thank you. I realized that we did not include the updated Re-Notice, which is attached here for your records.
>
> **Juan J. Mendoza**
> **Sequor Law**
>
> **work**  (+1) 305 372 8282 ext. 250
> **cell**   305-965-3573
> **email**  JMendoza@sequorlaw.com
>
> **From:** James Fishback <james@azoriapartners.com>
> **Sent:** Thursday, August 21, 2025 6:35 PM
> **To:** Juan J. Mendoza <JMendoza@sequorlaw.com>
> **Cc:** Edward H. Davis Jr. <edavis@sequorlaw.com>; Miguel E. Del Rivero <mdrivero@sequorlaw.com>
> **Subject:** Re: Greenlight action
>
> Thank you very much - see you there
>
> **James T. Fishback**
> CEO • Azoria
>
> This communication and the content contained herein is intended for limited circulation and is provided to the recipient on a confidential basis. This communication may contain information that is privileged, confidential or exempt from disclosure under applicable law. The recipient expressly acknowledges and agrees that it will hold this communication and its contents in the strictest confidence. This communication and its contents are not intended for public use or distribution, and dissemination, publication, distribution, disclosure, copying or use of this communication and its content is herein expressly prohibited. Any views or opinions presented are solely those of the author and do not necessarily represent those of Azoria Partners LLC or its affiliates (collectively, "Azoria"). If you are not the intended recipient, please notify the sender and immediately delete this message and all attachments.
>
>> On Aug 21, 2025, at 16:33, Juan J. Mendoza <JMendoza@sequorlaw.com> wrote:
>>
>> Mr. Fishback,
>>
>> We landed on the Miami location to accommodate your travel schedule based on your representation that you would be in Miami on August 29[th]. In any event, we will agree to accommodate your request and will hold the deposition in person in Tallahassee on **August 29**[th] **at 10:00 a.m**. The location is below for your reference. We have also updated the Notice to reflect the new location. It is attached.
>>
>> Davinci Offices
>> 101 N Monroe St
>> Suite 800
>> Tallahassee, FL 32301
>>
>> Thank you for your agreement to a rolling production. We look forward the production starting on Monday.
>>
>> Best,

Juan

### Juan J. Mendoza
**Sequor Law**

| | |
|---|---|
| work | (+1) 305 372 8282 ext. 250 |
| cell | 305-965-3573 |
| email | JMendoza@sequorlaw.com |

---

**From:** James Fishback <james@azoriapartners.com>
**Sent:** Wednesday, August 20, 2025 11:18 PM
**To:** Juan J. Mendoza <JMendoza@sequorlaw.com>
**Cc:** Edward H. Davis Jr. <edavis@sequorlaw.com>; Miguel E. Del Rivero <mdrivero@sequorlaw.com>
**Subject:** Re: Greenlight action

Also, to be clear, your original deposition notice was Tallahassee-based, so let's honor that. I agree to rolling production of documents. You'll get first batch on Monday afternoon.

Please confirm that this works for you so we can move forward.

> On Aug 20, 2025, at 21:02, James Fishback <james@azoriapartners.com> wrote:
>
> Yea I don't agree with that. Zoom or Tallahassee. Your pick.
>
>> On Aug 20, 2025, at 20:52, Juan J. Mendoza <JMendoza@sequorlaw.com> wrote:
>>
>> Mr. Fishback,
>> We decline your request to move the in-person deposition scheduled for August 29, 2025, to Zoom. We agreed to move the original deposition date about a month ago at your request as you stated you were "out of country". Accordingly, we'll proceed in person as originally agreed.
>> As to the production of documents, we will agree to a deadline of August 26, 2026, provided that you agree to a rolling production of documents (meaning production on a consistent and proportional rolling basis so that the bulk of documents are not provided at the end). Please advise of your agreement to this.
>>
>> Best,
>>
>>
>> ### Juan J. Mendoza
>> **Sequor Law**
>>
>> | | |
>> |---|---|
>> | work | (+1) 305 372 8282 ext. 250 |
>> | cell | 305-965-3573 |
>> | email | JMendoza@sequorlaw.com |
>>
>> ---
>>
>> **From:** James Fishback <james@azoriapartners.com>
>> **Sent:** Tuesday, August 19, 2025 9:27 PM
>> **To:** Juan J. Mendoza <JMendoza@sequorlaw.com>
>> **Cc:** Edward H. Davis Jr. <edavis@sequorlaw.com>; Miguel E. Del Rivero <mdrivero@sequorlaw.com>
>> **Subject:** Re: Greenlight action
>>
>> Hi Juan,
>>
>> Can we just do Zoom for Aug 29th? I need until Aug 26th to produce documents.

On Jul 24, 2025, at 15:47, Juan J. Mendoza <JMendoza@sequorlaw.com> wrote:

Ok, we are confirmed for August 29th at our offices in Miami. Please find attached the Re-notice of Deposition Duces Tecum scheduling the deposition for August 29th and requiring production of documents by August 22nd.

### Juan J. Mendoza
**Sequor Law**

| | |
|---|---|
| work | (+1) 305 372 8282 ext. 250 |
| cell | 305-965-3573 |
| email | JMendoza@sequorlaw.com |

---

**From:** James Fishback <james@azoriapartners.com>
**Sent:** Thursday, July 24, 2025 10:38 AM
**To:** Juan J. Mendoza <JMendoza@sequorlaw.com>
**Cc:** Edward H. Davis Jr. <edavis@sequorlaw.com>; Miguel E. Del Rivero <mdrivero@sequorlaw.com>
**Subject:** Re: Greenlight action

I'm out of the country. I'll be in Miami August 28-29.

**James T. Fishback**
CEO • Azoria

This communication and the content contained herein is intended for limited circulation and is provided to the recipient on a confidential basis. This communication may
contain information that is privileged, confidential or exempt from disclosure under applicable law. The recipient expressly acknowledges and agrees that it will hold
this communication and its contents in the strictest confidence. This communication and its contents are not intended for public use or distribution, and
dissemination, publication, distribution, disclosure, copying or use of this communication and its content is herein expressly prohibited. Any views or opinions presented are solely those of the author and do not necessarily represent those of Azoria Partners LLC or its affiliates (collectively, "Azoria"). If you are not the intended recipient, please notify the sender
and immediately delete this message and all attachments.

On Jul 24, 2025, at 10:17, Juan J. Mendoza <JMendoza@sequorlaw.com> wrote:

Mr. Fishback,

We can move the deposition for August 7, 2025.  Also, if you are in agreement, we can conduct the deposition at our offices in Miami. Please advise if you're in agreement.

Best,

### Juan J. Mendoza
**Sequor Law**

| | |
|---|---|
| work | (+1) 305 372 8282 ext. 250 |
| cell | 305-965-3573 |
| email | JMendoza@sequorlaw.com |

---

**From:** Juan J. Mendoza

**Sent:** Tuesday, July 22, 2025 12:12 PM
**To:** James Fishback <james@azoriapartners.com>
**Cc:** Edward H. Davis Jr. <EDavis@sequorlaw.com>; Miguel E. Del Rivero <mdrivero@sequorlaw.com>
**Subject:** RE: Greenlight action

Ok, we'll provide some dates later today.

---

**From:** James Fishback <james@azoriapartners.com>
**Sent:** Tuesday, July 22, 2025 12:05 PM
**To:** Juan J. Mendoza <JMendoza@sequorlaw.com>
**Subject:** Re: Greenlight action

This is the first I am seeing this document. I obviously will not be able to travel to Tallahassee or produce these documents by Thursday. Please let me know what alternative dates you have.

**James T. Fishback**
CEO • Azoria

This communication and the content contained herein is intended for
limited circulation and is provided to the recipient on a confidential basis.
This communication may contain information that is privileged, confidential or
exempt from disclosure under applicable law. The recipient expressly
acknowledges and agrees that it will hold this communication and its contents in
the strictest confidence. This communication and its contents are not intended for
public use or distribution, and
dissemination, publication, distribution, disclosure, copying or use of
this communication and its content is herein expressly prohibited. Any
views or opinions presented are solely those of the author and do not
necessarily represent those of Azoria Partners LLC or its affiliates (collectively,
"Azoria"). If you are not the intended recipient, please notify the sender
and immediately delete this message and all attachments.

> On Jul 22, 2025, at 12:02, Juan J. Mendoza <JMendoza@sequorlaw.com> wrote:
>
> Mr. Fishback,
>
> Further to our discussion, please find attached the Notice of Deposition Duces Tecum referenced during our call. Please advise when we can expect the production of the requested documents.
>
> Thanks

## Juan J. Mendoza
**Counsel**

1111 Brickell Avenue, Suite 1250
 Miami, Florida 33131

| | |
|---|---|
| work | (+1) 305 372 8282 ext. 250 |
| cell | 305-965-3573 |
| email | JMendoza@sequorlaw.com |
| web | www.sequorlaw.com |

**Statement of Confidentiality**
The information in this E-mail is confidential and may be legally privileged. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate, maintain, save or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sequor Law, P.A. for damage arising in any way from its use.

---

**From:** James Fishback <james@azoriapartners.com>
**Sent:** Tuesday, July 22, 2025 10:33 AM
**To:** Juan J. Mendoza <JMendoza@sequorlaw.com>
**Subject:** Re: Greenlight action

Juan,

Please call me at your earliest convenience: 305 542 9112.

Thanks,

**James T. Fishback**
CEO • Azoria

This communication and the content contained herein is intended for limited circulation and is provided to the recipient on a confidential basis. This communication may contain information that is privileged, confidential or exempt from disclosure under applicable law. The recipient expressly acknowledges and agrees that it will hold this communication and its contents in the strictest confidence. This communication and its contents are not intended for public use or distribution, and
dissemination, publication, distribution, disclosure, copying or use of this communication and its content is herein expressly prohibited. Any views or opinions presented are solely those of the author and do not necessarily represent those of Azoria Partners LLC or its affiliates (collectively, "Azoria"). If you are not the intended recipient, please notify the sender and immediately delete this message and all attachments.

<Copy of Documents Mailed to Fishback (00398764x9F5D7).PDF>

<Re-Notice of Deposition in Aid of Execution (Fishback) (00399088x9F5D7).PDF>

<Second Re-Notice of Deposition in Aid of Execution (Fishback) (00400926x9F5D7).PDF>