*EXHIBIT 6*

Page 18

1  A   I have personally homesteaded property, but
2  that is not -- that does not fall within the purview
3  of this -- of this matter.
4  Q   Well, that is an issue for the Court to
5  decide. I just want to know facts.
6  A   Yes. Do I have -- do I own real estate?
7  Yes, I own my home, yeah.
8  Q   And where's that?
9  A   Here in Madison, Florida, two counties over,
10 where I left this morning.
11 Q   Okay. When did you get to Madison to go to
12 that house? When did you arrive?
13 A   Like, when did I move there or when did I --
14 Q   No. When did you arrive for this trip?
15 A   Oh, weeks ago.
16 Q   Weeks ago?
17 A   Yeah.
18 Q   So you've been there a couple weeks?
19 A   Mm-hmm. That's where I live.
20 Q   The reason I ask, Mr. Fishback, is that one
21 of the reasons we accommodated the change of depo is
22 you said you were going to be traveling out of the
23 country. Did you, in fact, travel out of the country
24 in the last --
25 A   I did not. It was an -- it was an abrupt

1   where we can at least suspend the depo until we get
2   these other documents and see if there's any other
3   questions we have from those other documents.
4                THE WITNESS:  Sure.
5                MR. DAVIS:  Okay?  Give us a minute.
6                THE REPORTER:  We are off the record at
7   5:23 p.m.
8                (Off the record.)
9                THE REPORTER:  We are back on the
10  record at 5:28 p.m.
11               THE WITNESS:  You're going to send me
12  all this stuff, right, as well?
13               MR. DAVIS:  So, Mr. Fishback, this is
14  how we're going to end this today.  We agreed on a
15  series of documents you're going to produce that have
16  not been produced so far.  We'll go through the
17  transcript when we get it.  And so we don't make a
18  mistake, I could give you a short list now of some of
19  the stuff we noted, but there may be other things in
20  the context of the whole day that you said you were
21  going to give us.
22               We're going to end the depo right now
23  for the purposes of today.  We're going to reserve the
24  right to call you back based on those documents,
25  whatever they are.  But we'll see.  We're not going to

Page 281

1  do that lightly, but we have to make sure once we go
2  through those documents whether we have any other
3  questions about them.  We'll figure out logistics of
4  that down the road.
5          You are going to get us documents.  You
6  know some of them, but we want to give you the full
7  list once we see the transcript.  Okay?
8          Anything else?
9          MR. DEL RIVERO:  No, no.
10         MR. DAVIS:  Okay.  So for today, we
11  stand adjourned, and then we'll be in touch with you
12  on the list of documents.  Okay?
13         THE WITNESS:  Okay.  And I would just
14  say that I'm going to need some time, because I
15  don't -- I -- only I can retrieve these documents.  I
16  don't have a team that can go retrieve this stuff.  So
17  it -- upwards of three weeks would be appreciated to
18  be able to adequately answer these things.
19         MR. DAVIS:  Well, I think, you know, if
20  you could put stuff in train right away, like the R.J.
21  O'Brien stuff, that's just a phone call saying, "I
22  need all my statements for the relevant period,"
23  that'd be great.
24         And there were a couple others that
25  were, you know, stuff from Azoria.  I think there