*EXHIBIT 7*

```
                                                              Page 5
 1              D O C U M E N T S   R E Q U E S T E D
 2     NO.            DESCRIPTION                            PAGE
 3      1             2024 Tax Returns When Available         48
 4      2             Records Indicating Payments from
 5                    Azoria Capital in 2025                  64
 6      3             R.J. O'Brien Account Statement
 7                    Showing No Funds                        96
 8      4             Any Documents Regarding Loans Paid
 9                    Out/Loans Taken                        233
10      5             All R.J. O'Brien Statements            241
11      6             Confidentiality Agreement with
12                    Azoria Investors                       262
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 47

1  Q   Have you ever been married?
2  A   No.
3  Q   Have you ever been engaged?
4  A   Yes.
5  Q   How many times?
6  A   That's a great question, actually.  I have
7  been only engaged once.
8  Q   Okay.  I asked that because 22 asks about
9  alimony, maintenance, support, or property, and
10 that -- property settlements.  So that would -- that
11 would not be relevant if you're not married, so ...
12 A   Correct.
13 Q   Have you ever provided any dowry for anyone
14 that you were engaged to?
15 A   No.  She didn't deserve it, either.  That's
16 a whole separate story.
17 Q   Not relevant to this depo, hopefully.  Are
18 you currently owed any tax refunds from the U.S.
19 Government?
20 A   I am not.
21 Q   Are you currently owed any tax refunds from
22 any other government?
23 A   I am not.
24 Q   What is the current status of your 2024 tax
25 return?

Page 48

```
 1        A    Currently set to be filed in the coming
 2   weeks.
 3        Q    Will you provide that to us when you file
 4   it?
 5        A    Absolutely.
 6        Q    Miguel will probably follow up with you on
 7   that.  Okay?
 8             THE WITNESS:  Please do, Miguel.
 9   BY MR. DAVIS:
10        Q    Are there any documents that you're aware of
11   evidencing any entitlement you have to funds or monies
12   under a will, a death penalty, a death benefit plan, a
13   life insurance policy, a trust, or any decedent
14   estate?
15        A    No.
16        Q    Okay.  Are you, for example, to your
17   knowledge -- and you may not be aware -- named in your
18   parents' will, if they have one?
19        A    They do not have a will.
20        Q    What about your uncle?  Are you named in his
21   will?
22        A    I'm not.
23        Q    What is the name of your uncle?
24        A    James Frederick Fishback.
25        Q    Okay.  Do you have any other uncles besides
```

Page 64

1     A   I -- I don't -- what do you mean?
2     Q   I mean, do they give you a wheelbarrow of
3 cash, or do they give you a check?
4     A   They would have deposited it in my Bank of
5 America account, which I no longer have access to.
6     Q   Why do you not have access to it?
7     A   Well, it's been taken. It was a writ of
8 garnishment, I believe.
9     Q   Okay. Do you -- you understand that takes
10 your access away?
11     A   Yeah. I haven't been able to access it.
12     Q   Okay. I'll come back to that, but let's go
13 back to the issue I was on.
14        So what documents would you have access to,
15 either from your own records or Azoria's records to
16 show how much an income you've been paid this year by
17 Azoria Capital?
18     A   I'd have to ask our team to prepare that.
19     Q   Could you?
20     A   Sure. We can just follow up on that next
21 week. I'll do that.
22     Q   Do you have an estimate of how much you've
23 been paid this year?
24     A   Maybe 35, 40 grand.
25     Q   What is your monthly spend on expenses?

Page 96

```
 1   if you took it that way, I'll ask --
 2        A    I -- I took it that way.  That's fine.
 3   Yeah, yeah.
 4        Q    I'll be more -- I'll try to be clearer.  At
 5   the time in July or early August of 2025, just a few
 6   weeks ago, what was the balance you had at R.J.
 7   O'Brien?
 8        A    Five thousand dollars.
 9        Q    So you're saying that was the last money you
10   had at R.J. O'Brien?
11        A    That's right.
12        Q    Okay.  And what motivated you to take that
13   money out of R.J. O'Brien and move it to the Bank of
14   America account?
15        A    Nothing in particular.  I just hadn't been
16   using the account for five or six months, and I said I
17   could use the five grand.  And then it turned out that
18   Greenlight could use the five grand.
19        Q    So if we were to ask R.J. O'Brien right now,
20   they would say that the amount at that account is now
21   zero?
22        A    Correct.  And you don't even need to ask.
23   I'd be happy to provide you first thing on Monday
24   morning with an account statement from R.J. O'Brien
25   that shows that wire going out dated as of Friday, as
```

Page 97

1   of today, that shows that there is no activity and
2   there's no funds in the account.
3             MR. DAVIS:  Okay.  Good.  I want
4   to -- it's probably a good time to take a bathroom
5   break if you need it.
6             THE WITNESS:  I'm good.
7             MR. DAVIS:  Anyone need it?
8             You're good?  Okay.
9             Anybody need it?  Okay.  Good.
10            What is the current time?
11            MR. SLEMMER:  Noon, almost.
12            MR. DAVIS:  Noon?
13            MR. SLEMMER:  11:58.
14            MR. DAVIS:  Okay.  Great.  Thank you.
15  BY MR. DAVIS:
16       Q   I want go through some of the bank account
17  records, but before I do that, maybe one smaller bite
18  I can take is -- where is it?  Oh, right in front of
19  me, of course.
20            And a couple of questions off of your credit
21  card statements.  I'm not going to mark them.  I'm
22  just going to ask you questions.
23       A   Sure.
24       Q   There was a JetBlue flight a couple years
25  ago involving a Katherin MS.  Who is that?  Katherin?

Page 233

1   documents where you reference and indicate an intent
2   to repay those monies?
3       A    Yes.
4       Q    What are they?
5       A    I have them.
6       Q    Why haven't you produced them?
7       A    I wasn't -- didn't know that I would need to
8   produce them.
9       Q    I think we specifically went through a
10  category in the -- we don't need to fight about this,
11  but there's a category in the documents.  I asked you
12  all loan -- anything to do with any loans that are
13  owed to you and any loans that you made, and you said
14  you didn't have any documents.  So I'm asking if you
15  have those documents, I want to see them.  Okay?
16      A    Sure.
17      Q    So I'm going to ask you to produce those to
18  us next week.  Okay?
19      A    Yes.
20      Q    As soon as possible, whatever they are.  I
21  don't care what they are.  Just I want to have them.
22               MR. DAVIS:  Let me mark as Exhibit 11
23  this document, which is an exemplar -- and it's the
24  only one I have -- of the R.J. O'Brien statement dated
25  August 16, 2021, and ask you if you could mark this as

Page 241

1    Q   It's in the transcript, dude.  There's
2    nothing I could do about it.
3    A   That's true.
4    Q   All right.  So other than these
5    statements -- and this is just one of many -- do you
6    have the other copies of these statements?
7    A   Yes.
8    Q   Did you -- can you produce them?
9    A   Of course.
10   Q   Why haven't you so far?  This is one
11   of -- clearly one of the categories on the re-notice.
12   A   I -- I didn't -- I didn't interpret it that
13   way, but I -- I'd be happy to produce these,
14   absolutely.
15   Q   Where do you keep those statements?
16   A   I don't keep them anywhere.  They
17   would -- I'd have to go to R.J. O'Brien, reach out to
18   them.  It may take a -- a week or two.
19   Q   Can you do that, please?
20   A   Of course.  You just follow --
21   Q   For the relevant period.
22   A   Yeah, just follow up with me, and I
23   will -- I will do that.
24       Again, I'm going to have to request it from
25   them.  There's going to be a turnaround time, much

Page 262

1  them money in court and then go and pay them money.
2       Q   Okay.  Thank you.  I did ask you this
3  before, but I want to -- my colleague reminds me, I
4  don't think I asked it very well, and that happens
5  sometimes in depositions when you have this many
6  questions.
7           You said you cannot produce the identity of
8  the various investors that hold the 10 percent in
9  Azoria Capital; correct?
10      A   Correct.
11      Q   And you said you can't do that, because
12 there's a confidentiality agreement; correct?  So I'm
13 asking you for a copy of the confidentiality
14 agreement.  Not right now.  Just that, can you produce
15 that?
16      A   Of course.
17      Q   Okay.  We'll ask -- we'll get that from you,
18 then?
19      A   Yes.
20      Q   Okay.
21      A   Again, I'm going to need time to put all
22 this together.
23      Q   We understand.
24      A   I'll need several weeks.
25      Q   But -- and -- okay.  Let me mark Exhibit 16.