*EXHIBIT 8*

| | |
|---|---|
| **From:** | Amelia Tam |
| **To:** | Miguel E. Del Rivero |
| **Subject:** | R&S Confirmation - Job 7563353 (8/29/25 Depo of James Fishback) |
| **Date:** | Thursday, September 4, 2025 12:00:48 PM |
| **Attachments:** | image.png |

Hello,

It was a pleasure speaking with you today.

Please see the delivery confirmation screenshot from our system, confirming that the Read & Sign was sent to the deponent for Job 7563353 at the requested email address today. I will also have the transcript files sent to your direct email address shortly.

| Method | Sent From | Sent To | Status | Send Date | Type |
|---|---|---|---|---|---|
| Email | ClientServicesFL@veritext.com | james@azoriapartners.com | Complete | 9/4/2025 11:30:20 AM | Manual File Deliv through Vision |

Please let us know if anything further is needed.

Thank you!

**Amelia Tam**
Client Services
-----------------------------------
**VERITEXT**
P (800) 275-7991
cs-southeast@veritext.com
www.veritext.com

*Thank you for choosing Veritext as your service provider! Do you already have a **MyVeritext** account to view your Transcript and Exhibit files? Let me know if you need more details—I'd be delighted to help you set up access.*

**Our team constantly strives to provide excellent service and would love it if you wouldn't mind completing this 1-minute survey to let us know how we did. Any feedback regarding your experience working with the organization or myself is greatly appreciated.**