*EXHIBIT 9*

| | |
|---|---|
| **From:** | James Fishback |
| **To:** | Miguel E. Del Rivero |
| **Cc:** | Edward H. Davis Jr.; Juan J. Mendoza |
| **Subject:** | Re: Post-Deposition Document Production |
| **Date:** | Tuesday, September 30, 2025 8:09:48 PM |

Miguel:

1. 2024 Tax Return: No such return has been filed as of today. When it is filed, you'll receive it.

2. Accounting of Azoria Capital, Inc., including the SAFE agreement: This seeks records of a separate legal entity that is not a party to the case and is therefore outside the scope of discovery permitted under Fed. R. Civ. P. 69.

3. Statements from R.J. O'Brien (Nov. 1, 2018–present): The request is overly broad in time and scope, unduly burdensome, and not reasonably related to identifying assets currently available to satisfy the judgment.

4. Confidentiality agreement between Azoria Capital, Inc. and its investors: This seeks privileged and confidential commercial information of a non-party entity and is irrelevant to enforcement of the judgment.

Further, none of these requests with the exception of item 1 were properly served. Under Fed. R. Civ. P. 5(b), discovery must be served by delivering a copy to the opposing party or counsel through the court's ECF system, by hand delivery, by mail to my last known address, or by other agreed method. Service outside these procedures is ineffective.

I am prepared to raise these issues with the Court if you file a motion to compel.

**James T. Fishback**
CEO • Azoria

This communication and the content contained herein is intended for limited circulation and is provided to the recipient on a confidential basis. This communication may contain information that is privileged, confidential or exempt from disclosure under applicable law. The recipient expressly acknowledges and agrees that it will hold this communication and its contents in the strictest confidence. This communication and its contents are not intended for public use or distribution, and dissemination, publication, distribution, disclosure, copying or use of this communication and its content is herein expressly prohibited. Any views or opinions presented are solely those of the author and do not necessarily represent those of Azoria Partners LLC or its affiliates (collectively, "Azoria"). If you are not the intended recipient, please notify the sender and immediately delete this message and all attachments.

> On Sep 30, 2025, at 19:35, Miguel E. Del Rivero <mdrivero@sequorlaw.com> wrote:
>
> Mr. Fishback,
>
> As you are well aware, today was the date for production of documents as listed below.

We requested a rolling production of all documents to be provided no later than September 30, 2025. As of this moment, we have not received any responsive documents so far.

If we do not receive the complete production of documents by 12:00 p.m. tomorrow,**October 1, 2025**, we will proceed with filing a Motion to Compel Production of Documents in the District Court for the Northern District of Florida.

## Miguel E. Del Rivero

**Attorney**

1111 Brickell Avenue, Suite 1250
Miami, Florida 33131

**work**   (+1) 305-372-8282 ext.212
**email**   mdrivero@sequorlaw.com
**web**   www.sequorlaw.com

**Statement of Confidentiality**
The information in this E-mail is confidential and may be legally privileged. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate, maintain, save or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sequor Law, P.A. for damage arising in any way from its use.

**From:** Miguel E. Del Rivero
**Sent:** Tuesday, September 2, 2025 2:28 PM
**To:** 'james@azoriapartners.com' <james@azoriapartners.com>
**Cc:** Edward H. Davis Jr. <EDavis@sequorlaw.com>; Juan J. Mendoza <Jmendoza@sequorlaw.com>
**Subject:** Post-Deposition Document Production

Mr. Fishback,

While we await the full copy of the transcripts, we want to remind you that during the deposition, we noted—and you agreed—that there are outstanding documents that must be produced. As we discussed, these include but are not limited to:

- Your 2024 tax return;

- An accounting of Azoria Capital, Inc., including the SAFE agreement;

- Statements from R.J. O'Brien covering the relevant period (November 1, 2018 – present);

- The confidentiality agreement between Azoria Capital, Inc. and its investors.

We understand, based on your statements, that additional time may be required to locate and compile the requested materials. Accordingly, we are setting a rolling deadline of September 30, 2025, for the production of all documents referenced during the deposition, as well as any documents responsive to the Second Re-Notice of Deposition. I have reattached the Second Re-notice for ease of reference.

You are required to produce documents on a rolling basis as they become available, with all responsive documents to be provided no later than September 30, 2025.

Once we receive the transcripts, we will follow up with further correspondence confirming the full scope of documents to be produced.

Best,