*EXHIBIT 10*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,          Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.

_____/

**ORDER GRANTING MOTION TO COMPEL
COMPLIANCE WITH POST-JUDGMENT DISCOVERY**

THIS MATTER came on for hearing on _____, upon the Plaintiff/Judgment Creditor Greenlight Capital's *Motion to Compel Compliance with Post-Judgment Discovery* (the "Motion"). The Court has considered the Motion, the application of the Federal Rules of Civil Procedure, and the argument of counsel at the hearing. Accordingly, it finds as follows:

    A.    On June 3, 2025, the Judgment Creditor served James Fishback with a *Notice of Deposition Duces Tecum in Aid of Execution* (the "Notice") in connection with efforts to enforce a judgment entered by the U.S. District Court for the Southern District of New York against Fishback ("Judgment Debtor"). The judgment was registered in this district on May 9, 2025, in the amount of

$215,174.47, plus $13,814.24 in pre-judgment interest, for a total of $228,988.71. *See* ECF No. 1.

  B. Judgment Debtor did not object to the Notice of Deposition and the Discovery Requests and failed to produce all documents in his possession, custody, or control, in response to the Notice of Deposition, or attempt to contact counsel for Judgment Creditor in connection with the Notice of Deposition. Accordingly, it is **ORDERED** and **ADJUDGED** that:

  1. The Motion is GRANTED.

  2. Judgment Debtor must produce the documents requested at the August 29, 2025, deposition, as well as all responsive documents that Judgment Debtor possesses in response to the Notice of Deposition within seven (7) calendar days within entry of this Order.

  IT IS SO ORDERED, this _____ day of _____, 2025.

_____