# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**GREENLIGHT CAPITAL, INC.,**

    **Plaintiff,**

vs.                                                     Case No. 4:25mc031-MW-MAF

**JAMES FISHBACK,**

    **Defendant.**

_____/

## O R D E R

On May 9, 2025, a Registration of Foreign Judgment was filed, ECF No. 1, and a writ of execution was issued on August 21, 2025. ECF Nos. 17-18. Plaintiff filed a motion to compel compliance with post-judgment discovery, ECF No. 27, on October 1, 2025.

Pursuant to the Local Rules of this Court, a party opposing a motion must file a memorandum in opposition. N.D. Fla. Loc. R. 7.1(E). Defendant and Judgment Debtor James Fishback must file his response to the motion to compel, ECF No. 27, no later than **October 16, 2025**. The Court may grant Plaintiff's motion "by default" if Mr. Fishback "does not file a memorandum as required by this rule." N.D. Fla. Loc. R. 7.1(H).

Finally, it is acknowledged that Mr. Fishback sent an email to the Court, copying opposing counsel. Such communications are not appropriate and email responses will not be provided. Further, the Court is not permitted to provide legal advice or guidance to a party; thus any request for clarification as to a deadline must be submitted via a written motion, appropriately filed in the case in accordance with Local Rule 7.1.

Accordingly, it is

**ORDERED:**

1. Ruling on the motion to compel, ECF No. 27, is **DEFERRED**.

2. Defendant Fishback has until **October 16, 2025**, to file a response in opposition to the motion to compel.

3. The Clerk of Court shall return this file upon Defendant's filing of a response to the motion, or no later than **October 16, 2025**.

**DONE AND ORDERED** on October 3, 2025.

S/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**