UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,            Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.
_____/

# CERTIFICATE OF SERVICE TO JUDGMENT DEBTOR OF ORDER REGARDING MOTION TO COMPEL COMPLIANCE WITH POST-JUDGMENT DISCOVERY

Judgment Creditor, Greenlight Capital, Inc. ("Greenlight"), hereby certifies that on **October 3, 2025**, copies of the following documents were sent via First Class U.S. Mail to James Fishback's ("Judgment Debtor") last known address and to his email addresses: Order regarding Motion to Compel Compliance with Post-Judgment Discovery [ECF No. 28].

| | |
|---|---|
| Dated: October 3, 2025 | Respectfully submitted,<br>Counsel for Plaintiff/Judgment Creditor<br>SEQUOR LAW, P.A.<br>1111 Brickell Avenue, Ste. 1250<br>Miami, FL 33131<br>Tel: (305) 372-8282<br>Fax: (305) 372-8202 |
| By: | /s/ *Miguel E. Del Rivero*<br>Edward H. Davis Jr.,<br>Florida Bar No.: 704539<br>Email: edavis@sequorlaw.com<br>Juan J. Mendoza<br>Florida Bar No.: 113587<br>Email: jmendoza@sequorlaw.com<br>Miguel E. Del Rivero<br>Florida Bar No.: 1048586<br>Email: mdrivero@sequorlaw.com |

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent email notification of such filing to all CM/ECF participants; via Electronic Mail to Judgment Debtor, James Fishback tommyfishback@gmail.com; james@azoriapartners.com; and via First Class U.S. Mail to Judgment Debtor, James Fishback, 115 SW Pinckney Street, Madison, FL 32340.

/s/ *Miguel E. Del Rivero*
Miguel E. Del Rivero