# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,        Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.
_____/

GREENLIGHT CAPITAL, INC.,

    Garnishor,

v.

BANK OF AMERICA N.A.,

    Garnishee.
_____/

## JUDGMENT CREDITOR'S MOTION FOR JUDGMENT ON THE GARNISHMENT PLEADINGS

Judgment Creditor/Plaintiff, Greenlight Capital, Inc. ("Judgment Creditor") pursuant to Florida Rules of Civil Procedure 1.140(c), made applicable through Federal Rule of Civil Procedure 69 and Florida Statutes § 77.083, moves this Court for the entry of judgment against Garnishee, Bank of America N.A. ("Bank of America"), for the property in its possession as set forth in Bank of America's Answer of Garnishee [ECF No. 11]; and states as follows:

1. On July 23, 2025, Judgment Creditor filed its Motion for Writ of Garnishment. [*See* ECF No. 8].

2. This Court issued the Post-Judgment Writ of Garnishment directed at Bank of America for accounts held by Judgment Debtor/Defendant, James Fishback ("Judgment Debtor"). The Writ of Garnishment was served on Bank of America on July 28, 2025. See attached as **Exhibit 1**, return of service on Bank of America.

3. On July 31, 2025, pursuant to Florida Statute § 77.041(2), Judgment Creditor sent via first class mail copies of the (i) *Ex Parte* Motion for Post-Judgment Writ of Garnishment, (ii) the Post-Judgment Writ of Garnishment, and (iii) Notice to Judgment Debtor via First Class U.S. Mail. [ECF No. 14].

4. On August 14, 2025, Bank of America filed its Answer of Garnishee, disclosing one account held by Judgment Debtor as of the date that the Writ of Garnishment was served upon Bank of America. [ECF No. 11, ¶ 2].

5. On August 18, 2025, Judgment Creditor served, via mail, Judgment Debtor the Garnishee's Answer to Writ of Garnishment and Notice of Right to Dissolve pursuant to Florida Statues § 77.055 at Judgment Debtor's last known addresses in Madison, Florida and in Washington D.C. and as well as the address provided by Bank of America [ECF No. 16].

6. Bank of America's Answer to the Writ of Garnishment shows that it is holding property for the Judgment Debtor totaling $5,061.07. [ECF No. 11 ¶ 2].

7. Judgment Debtor has not moved to dissolve or otherwise responded to the garnishment and the time for him to do so has passed. *See* Fla. Stat. §77.07(2).

WHEREFORE, Judgment Creditor respectfully requests this Court enter a Final Judgment of Garnishment against Garnishee, Bank of America for the $5,061.07 in its possession as set forth in Bank of America's Answer of Garnishee, substantially in the form of the proposed judgment attached hereto as **Exhibit 2**; and other further relief that the Court deems just and proper.

**Rule 7.1(D) Attorney Conference and Certificate Not Required**

Rule 7.1(D) provides that "[a]n attorney conference and certificate are not required for a motion that would determine the outcome of a case or a claim."

Dated: October 6, 2025        Respectfully submitted,

**Counsel for Plaintiff/Judgment Creditor**
SEQUOR LAW, P.A.
1111 Brickell Avenue, Ste. 1250
Miami, FL 33131
Tel: (305) 372-8282
Fax: (305) 372-8202

By: */s/ Miguel E. Del Rivero*
Edward H. Davis Jr.,
Florida Bar No.: 704539
Email: edavis@sequorlaw.com
Juan J. Mendoza
Florida Bar No.: 113587
Email: jmendoza@sequorlaw.com
Miguel E. Del Rivero
Florida Bar No.: 1048586
Email: mdrivero@sequorlaw.com

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent email notification of such filing to all CM/ECF participants; via Electronic Mail to Judgment Debtor, James Fishback tommyfishback@gmail.com; james@azoriapartners.com; and via First Class U.S. Mail to Judgment Debtor, James Fishback, 115 SW Pinckney Street, Madison, FL 32340 on October 6, 2025.

/s/ *Miguel E. Del Rivero*
Miguel E. Del Rivero