*EXHIBIT 1*

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Florida

Case Number: 4:25-MC-00031

Plaintiff(s):
**GREENLIGHT CAPITAL, INC.,**

vs.

Defendant(s):
**JAMES FISHBACK,**

For:
JUAN J. MENDOZA, ESQ.
SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, FL 33131

Received by **MIKHAEL GOLDGISSER**, on the 25th day of July, 2025 at 1:47 pm to be served on **Bank of America, N.A. c/o C T Corporation System, Its Registered Agent, 1200 South Pine Island Road, Plantation, FL 33324.**

I, **MIKHAEL GOLDGISSER**, do hereby affirm that on the **28th day of July, 2025** at **11:58 am, I:**

served a **CORPORATION/COMPANY** by delivering a true copy of the **POST-JUDGMENT WRIT OF GARNISHMENT; NOTICE TO DEFENDANT OF RIGHT AGAINST GARNISHMENT OF WAGES, MONEY AND OTHER PROPERTY; and CLAIM OF EXEMPTION AND REQUEST FOR HEARING** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** as **CORPORATE RA** for **Bank of America, N.A. c/o C T Corporation System, Its Registered Agent**, at the address of: **1200 South Pine Island Road, Plantation, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare I have read the foregoing Verified Return of Service and that the facts stated are true to the best of my knowledge and belief. Pursuant to Florida Statutes and Fed. R. Civ. P. 4.

_____
**Golden Process Service**

**Litigation Process Servers, LLC**
**8306 Mills Drive, Suite 599**
**Miami, FL 33183**
**(305) 340-3100**

Our Job Serial Number: JDA-2025002628