*EXHIBIT 2*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,         Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.
_____/

GREENLIGHT CAPITAL, INC.,

    Garnishor,

v.

Bank of America N.A.,

    Garnishee.
_____/

### ORDER GRANTING JUDGMENT CREDITOR'S
### MOTION FOR JUDGMENT ON THE GARNISHMENT PLEADINGS

This cause came before the Court on the Motion for Judgment on the Garnishment Pleadings filed by Judgment Creditor/Plaintiff Greenlight Capital, Inc. [ECF No. ____] (the "Motion"). The Court having considered the Motion, the Answer filed by Garnishee, Bank of America N.A. ("Garnishee"), acknowledging that it is holding property of the Judgment Debtor/Defendant, James Fishback ("Judgment Debtor") and being otherwise advised in the premises, it is hereby

**ORDERED** and **ADJUDGED** that:

1. Judgment Creditor's Motion is **GRANTED**.

2. Judgment Creditor, Greenlight Capital, Inc., shall recover from Garnishee, Bank of America N.A. whose address is 100 North Tryon Street Charlotte, NC (Registered Agent CT Corporation System: 1200 South Pine Island Road, Plantation, FL 33324), the sum of $5,061.07 for which let execution issue forthwith.

3. Judgment Creditor, Greenlight Capital, Inc., pursuant to Fla. Stat. § 77.28, shall provide the statutory $100.00 payment to Garnishee Bank of America, to be made payable to Garnishee's attorney, The Noa Law Firm, P.A., and to be mailed to: The NOA Law Firm, P.A. P.O. Box 941958 Miami, Florida 33194.

4. This Court reserves jurisdiction to enter all further orders as necessary, including an order authorizing execution against Garnishee's property if this judgment is not otherwise satisfied.

Done and ordered in Tallahassee, Florida, this day of October \_\_\_\_, 2025.

_____

Copies to: Counsel of Record

2