IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GREENLIGHT CAPITAL, INC.,**

    **Plaintiff,**

vs.                                          Case No. 4:25mc031-MW-MAF

**JAMES FISHBACK,**

    **Defendant.**

_____/

## O R D E R

On May 9, 2025, a Registration of Foreign Judgment was filed, ECF No. 1, and a post-judgment writ of garnishment was issued in July 2025. ECF Nos. 8-9. Garnishee Bank of America filed an answer on August 14, 2024, acknowledging that it holds property of the Defendant totaling $5,061.07. ECF No. 11.

On October 6, 2025, Plaintiff filed a motion for judgment on the garnishment pleadings. ECF No. 30. Pursuant to the Local Rules of this Court, a party opposing a motion must file a memorandum in opposition. N.D. Fla. Loc. R. 7.1(E). Defendant/Judgment Debtor James Fishback has until **October 23, 2025**, to file a response to the motion, ECF No. 30. The

Court may grant Plaintiff's motion "by default" if Mr. Fishback "does not file a memorandum as required by this rule." N.D. Fla. Loc. R. 7.1(H).

As a reminder, Plaintiff filed a motion to compel compliance with post-judgment discovery, ECF No. 27, on October 1, 2025. That motion is still pending. Defendant Fishback must file a response to that motion no later than October 16, 2025. ECF No. 28.

Accordingly, it is

**ORDERED:**

1. Ruling on the motion to for judgment on the garnishment proceedings, ECF No. 30, is **DEFERRED**.

2. Defendant Fishback has until **October 23, 2025**, to file a response in opposition to the motion, ECF No. 30.

3. The Clerk of Court shall return this file upon Defendant's filing of a response to the motion, or no later than **October 23, 2025**.

**DONE AND ORDERED** on October 9, 2025.

> S/ Martin A. Fitzpatrick
> **MARTIN A. FITZPATRICK**
> **UNITED STATES MAGISTRATE JUDGE**