# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,                  Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.

_____/

GREENLIGHT CAPITAL, INC.,

    Garnishor,

v.

R.J. O'BRIEN & ASSOCIATES LLC,

    Garnishee.

_____/

## MOTION FOR CLERK'S DEFAULT

Greenlight Capital Inc. (the "Plaintiff") moves the Clerk of Court for entry of a clerk's entry of default against R.J. O'BRIEN & ASSOCIATES LLC ("Garnishee") under Fed R. Civ. Pro. 55(a) and in support states as follows:

1. On March 31, 2025, a final judgment (the "Final Judgment") was entered in favor of Greenlight and against Fishback by the U.S. District Court for the Southern District of New York.

2. On July 11, 2025, the Final Judgment was registered in this Court pursuant to 28 U.S.C. § 1963. Accordingly, as of July 11, 2025, the Final Judgment has the same effect as a judgment of the District Court for the Middle District of Florida and is enforceable in Florida. *See* ECF No. 1 (Registration of Foreign Judgment).

3. On August 15, 2025, Plaintiff initiated garnishment proceedings against the Garnishee. [*See* ECF No. 13].

4. On August 21, 2025, the Clerk of Court issued the writ of garnishment. [*See* ECF No. 18].

5. On August 27, 2025, the Garnishee was served with process. Attached hereto as **Exhibit 1** is the return of service. Pursuant Fla Stat. 77.04

> The writ shall require the garnishee to serve an answer on the plaintiff within 20 days after service of the writ stating whether the garnishee is indebted to the defendant at the time of the answer or was indebted at the time of service of the writ, plus up to 1 business day for the garnishee to act expeditiously on the writ, or at any time between such times.

6. Accordingly, the Garnishee had until September 16, 2025, to serve its answer in response to the writ of garnishment.

7. The Garnishee, however, failed to serve any response to the Writ of Garnishment or make an appearance as of the filing of this Motion. Pursuant to Fed R. Civ. P. 55(a), attached hereto as **Exhibit 2** is an affidavit by counsel for Plaintiff demonstrating Garnishee's default.

2

8. Accordingly, a Clerk's entry of default should be entered against the Garnishee pursuant to Fed R. Civ. P. 55(b)(1).

WHEREFORE, Plaintiff respectfully seeks entry of a clerk's entry of default against Garnishee, R.J. O'Brien & Associates LLC, in the form substantially similar to the proposed order attached hereto as **Exhibit 3**, due to the Garnishee's failure to plead or otherwise respond.

### Local Rule 7.1(B) Conferral Certificate

I certify that, prior to filing this Motion, I made a good faith effort to confer with the Garnishee. On September 23, 2025, and on September 24, 2025, we conferred with paralegal Carmen Bulovksy of Garnishee who informed us that she will be escalating the matter. We advised that failure to file an answer pursuant to Florida statute will require us to file a Motion for Clerk's Default. Unfortunately, those efforts were unsuccessful as Garnishee failed to respond.

Dated: October 14, 2025   Respectfully submitted,

                        **Counsel for Plaintiff/Judgment Creditor**
                        SEQUOR LAW, P.A.
                        1111 Brickell Avenue, Ste. 1250
                        Miami, FL 33131
                        Tel: (305) 372-8282
                        Fax: (305) 372-8202

By:   */s/ Miguel E. Del Rivero*
                        Edward H. Davis Jr.,
                        Florida Bar No.: 704539
                        Email: edavis@sequorlaw.com
                        Juan J. Mendoza
                        Florida Bar No.: 113587
                        Email: jmendoza@sequorlaw.com
                        Miguel E. Del Rivero
                        Florida Bar No.: 1048586
                        Email: mdrivero@sequorlaw.com

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent email notification of such filing to all CM/ECF participants; via Electronic Mail to Carmen Bulovsky and Barbara Casey of R.J. O'Brien & Associates LLC, cbulovsky@rjobrien.com and bcasey@rjobrien.com; via Electronic Mail to Judgment Debtor, James Fishback tommyfishback@gmail.com; james@azoriapartners.com; and via First Class U.S. Mail to Judgment Debtor, James Fishback, 115 SW Pinckney Street, Madison, FL 32340 on October 14, 2025.

                                            */s/ Miguel E. Del Rivero*
                                            Miguel E. Del Rivero