*Exhibit 2*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,   Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.
_____/

GREENLIGHT CAPITAL, INC.,

    Garnishor,

v.

R.J. O'BRIEN & ASSOCIATES LLC,

    Garnishee.
_____/

**AFFIDAVIT IN SUPPORT OF MOTION OF CLERK'S
ENTRY OF DEFAULT JUDGMENT AGAINST
<u>GARNISHEE R.J. O'BRIEN & ASSOCIATES LLC</u>**

BEFORE ME, the undersigned authority, a Notary Public, personally came and appeared Miguel E. Del Rivero, Esq., who, after first being duly sworn under oath, deposes and says the following:

1. My name is Miguel E. Del Rivero, Esq. I am over the age of 18 and make this affidavit upon personal knowledge of the facts set forth herein. I am an

attorney at Sequor Law, P.A., 1111 Brickell Avenue, Suite 1250, Miami, Florida 33131. My Florida Bar number is 1048586.

2. Sequor Law, P.A. represents Greenlight Capital, Inc. (the "Plaintiff"), which holds a judgment against James Fishback (the "Judgment Debtor").

3. On August 27, 2025, R.J. O'Brien & Associates LLC (the "Garnishee") was served with process of the Issued Writ of Garnishment. Attached to the *Motion of Clerk's Entry of Default Judgment Against Garnishee R.J. O'Brien & Associates LLC* (the "Motion") as **Exhibit 1**, is an Affidavit of Service that provides that Judgment Creditor served the Garnishee on August 25, 2025 by serving its Registered Agent.

4. On Tuesday, September 23, 2025, I conferred with paralegal Carmen Bulovsky of Garnishee, where I informed Ms. Bulovsky that pursuant to Florida statute, the Garnishee must file and serve on Judgment Creditor the answer to the issued Writ of Garnishment. I informed her that failure to file an answer on the docket will result in the filing of this instant motion.

5. Ms. Bulovsky informed me the very next day on Wednesday, September 24, 2025. that Garnishee does appear to be indebted to the Judgment Debtor. I informed Ms. Bulovsky that Judgment Creditor anticipates seeing the filed answer to the Issued Writ of Garnishment filed on the docket very soon.

6. As of October 14, 2025, Garnishee has not filed its answer to the Issued Writ of Garnishment on the docket nor has Garnishee requested additional time to do so.

7. I provide this affidavit in support of the Motion, and pursuant to Federal Rule of Civil Procedure 55(a).

I declare under penalty of perjury that the foregoing affidavit is true and correct.

Executed on <u>October 14, 2025</u> in Miami, Florida.

*/s/ Miguel E. Del Rivero*
MIGUEL E. DEL RIVERO
