*Exhibit 3*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,        Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.
_____/

GREENLIGHT CAPITAL, INC.,

    Garnishor,

v.

R.J. O'BRIEN & ASSOCIATES LLC,

    Garnishee.
_____/

## CLERK'S ENTRY OF DEFAULT

Upon application of the Garnishor in the above styled cause and having examined the records and there appearing to be no responsive pleadings filed by the Garnishee, default is hereby entered against R.J. O'BRIEN & ASSOCIATES LLC on October ___, 2025.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

_____                             _____

**DATE**                                          **Deputy Clerk:**