UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,

vs.                                      CASE NO.:   4:25-mc-00031

JAMES FISHBACK,

    Defendant/Judgment Debtor,

and

R.J. O'BRIEN & ASSOCIATES, LLC.,

    Garnishee.
_____/

## ANSWER OF GARNISHEE

Garnishee, R.J. O'BRIEN & ASSOCIATES LLC, by its undersigned attorney, Answers the Writ of Garnishment served on it as follows:

1. Garnishee, R.J. O'BRIEN & ASSOCIATES LLC, by its undersigned attorney, respectfully submits this Answer to the Writ of Garnishment, acknowledging that it was not timely filed and that Garnishee has been placed in default. Notwithstanding the default, Garnishee confirms that it has identified and set aside funds subject to the Writ and requests that the Court accept this Answer and determine the proper disposition of the garnished funds. At the time of its Answer and at all times between service and its Answer, Garnishee's records reflect the following account(s) which may be subject to the Writ of Garnishment:

Account Number(s): R-786-79880

Name(s) on Account: James Fishback

4009 Davis Pl. NW, Apt. 202

Washington, DC 20007-1239

2. Pursuant to provisions of Sections 77.06 (2) and (3) of Florida Statutes, and subject to Court determination of the proper disposition of proceeds of the above account(s), Garnishee has set aside the following sums:

   Account Number(s): R-786-79880

   Amount Set Aside: $400.87

3. Except as provided in paragraph 2 (if applicable), Garnishee has no obligation to make, and has not made, a determination as to the ownership of the subject funds or as to whether any of the funds are subject to any exemption provided to Defendant(s) and/or other person or entities under Federal or State Law.

4. Garnishee knows of no other person indebted to Defendant(s) or any other person who may have any effects, goods, money or chattels of the said Defendant(s), nor did Garnishee have in its possession or control any other tangible or intangible personal property of the Defendant(s).

**DESIGNATION OF EMAIL ADDRESS**

Pursuant to Rule 2.516 of the Florida Rules of Judicial Administration, Counsel for Garnishee hereby designates the following primary email address for service of court documents:

Primary email address: legal@rjobrien.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was furnished via electronic mail this 29th day of OCTOBER 2025, to MIGUEL E. DEL RIVERO, ESQ., ATTORNEYS FOR PLAINTIFF, SEQUOR LAW, P.A.,

Email: mdrivero@sequorlaw.com.

R.J. O'Brien & Associates, LLC
Barbara Casey
Senior Attorney for Garnishee
222 S. Riverside Plaza Suite 1200
Chicago, IL 606060

US DISTRICT COURT ND OF FLORIDA
111 N ADAMS ST

TALLAHASSEE FL 32301

P: PINK    S: OUT    I: OUT

WALT – 1001    X ☐

1ZE60922156204    3515    1000
GCH5HYD    DATAACQR002 OCT 30 08:25:36 2025
US  3230    HIP 25.3.2    ZD621R

This envelope is for use with the following services:    UPS Next Day Air
UPS Worldwide
UPS 2nd Day Air

Apply shipping doc

Do not use this envelop

UPS Ground
UPS Standard

Vi
to

Do
· T
c
weigh 8 oz. or less.
those listed or weigh

International Shipme
· The UPS Express Env
value. Certain count
ups.com/importexp

· To qualify for the Le
UPS Express Envelop

Note: Express Envelo
containing sensitive p
or cash equivalent.

FROM:    1 LBS
CHRISTOPHER NEWSON
(312) 373-5094
RJ O'BRIEN
222 S RIVERSIDE PLZ
CHICAGO IL 60606-5902

SHIP TO:

CLERKS OFFICE
(312) 373-5000
US DISTRICT COURT ND OF FLORIDA
US COURTHOUSE FED BLDG
J WOODROW HATCHETT
111 N ADAMS ST
TALLAHASSEE FL 32301



FL 323 0-01

**UPS NEXT DAY AIR EARLY**    1+
TRACKING #: 1Z E60 922 15 6204 3515



REF 1: CASEY / CN
Charge Back Code: CP BLEG

BILLING: P/P

WS 28.0.709 Brother Laser 43.0A 10/2025

Serving you for more than 100 years
United Parcel Service.   

100% Recycled fiber
80% Post-Consumer

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.