

October 29, 2025

**Attn: Clerks Office**
US District Court, ND Florida
Tallahassee Division
Joseph Woodrow Hatchett US Courthouse & Federal Building
111 N. Adams St.
Tallahassee, FL 32301

Re: Greenlight Capital, Inc. v James Fishback, et. Al
Case No: 4:25-mc-00031

Dear Sirs:

Please find attached Answer of Garnishee in the above-referenced matter for filing. We would be grateful if you could please file the attached Answer.

Many thanks for your assistance. Should you have any questions or concerns, please contact Barbara Casey at (312) 373-5148 or bcasey@rjobrien.com.

Sincerely,

*R.J. O'Brien & Associates, LLC*

R.J. O'Brien & Associates, LLC

RCV'D USDC FLND TL
OCT 30 '25 AM 10:16
BF