UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,                  Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.
_____/

GREENLIGHT CAPITAL, INC.,

    Garnishor,

v.

R.J. O'BRIEN & ASSOCIATES LLC

    Garnishees.
_____/

**NOTICE OF SERVICE OF GARNISHEE'S ANSWER TO THE WRIT OF GARNISHMENT AND NOTICE OF RIGHT TO DISSOLVE**

Judgment Creditor Greenlight Capital, Inc. ("Judgment Creditor"), pursuant to Federal Rule of Civil Procedure 69, and Florida Statute, § 77.055, certifies it has provided notice to Judgment Debtor/the Garnished, that R.J. O'BRIEN &

ASSOCIATES LLC has filed its answer to the writ of garnishment ECF No. 40.[1]

Judgment Creditor hereby notifies you, James Fishback ("Fishback") that you must move to dissolve the writ of garnishment within 20 days after the date indicated on the certificate of service below if any allegation in Judgment Creditor's Motion for Writ of Garnishment is untrue.

Dated: October 30, 2025

Respectfully submitted,

**Counsel for Plaintiff/Judgment Creditor**
SEQUOR LAW, P.A.
1111 Brickell Avenue, Ste. 1250
Miami, FL 33131
Tel: (305) 372-8282
Fax: (305) 372-8202

By: /s/ *Miguel E. Del Rivero*
Edward H. Davis Jr.,
Florida Bar No.: 704539
Email: edavis@sequorlaw.com
Juan J. Mendoza
Florida Bar No.: 113587
Email: jmendoza@sequorlaw.com
Miguel E. Del Rivero
Florida Bar No.: 1048586
Email: mdrivero@sequorlaw.com

---

[1] Greenlight notes that it provided Fishback notice of Garnishee's failure to file an answer the writ of garnishment on September 19, 2025. *See* ECF No. 26. Fishback failed to move to dissolve the writ of garnishment twenty (20) days after service.

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants, and was mailed via First Class U.S. Mail to the Judgment Debtor's last known addresses to James T. Fishback, 4009 Davis Pl. NW, Apt. 202, Washington, DC 20007-1239; James Fishback, 115 SW Pinckney Street, Madison, FL 32340 on October 30, 2025.

                                           */s/ Miguel E. Del Rivero*
                                           Miguel E. Del Rivero