# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**GREENLIGHT CAPITAL, INC.,**

    *Plaintiff/Judgment Creditor*,

v.                                             Case No.: 4:25mc31-MW/MAF

**JAMES FISHBACK,**

    *Defendant/Judgment Debtor*,

v.

**BANK OF AMERICA N.A.,**

    *Garnishee*.

_____/

## ORDER FOR JUDGMENT ON THE GARNISHMENT PLEADINGS

On May 9, 2025, a Clerk's Certification of a Judgment to be Registered in Another District was filed by Plaintiff and Judgment Creditor Greenlight Capital, Inc. ECF No. 1. Final Judgment was entered against Defendant James Fishback and in favor of the Plaintiff on March 31, 2025, in the amount of $215,174.47, plus pre-judgment interest ($13,814.24), for a total of $228,988.71. ECF No. 1; *see also* ECF No. 8.

An ex parte motion for a post-judgment writ of garnishment was granted on July 25, 2025, and issued to Garnishee Bank of America N.A. ECF No. 9. Bank of

America filed an answer on August 14, 2025, advising that it holds one account of the Judgment Debtor and has set aside $5,061.07. ECF No. 11.

Defendant/Judgment Debtor was provided the statutory notice of his right to move to dissolve the writ on August 18, 2025. ECF Nos. 15-16. Defendant did not file a motion to dissolve the writ and the 20-day deadline for him to do so has long since passed.

On October 6, 2025, Plaintiff/Judgment Creditor filed a motion for judgment on the garnishment pleadings. ECF No. 30. Defendant Fishback was provided an opportunity to file a response to that motion no later than October 23, 2025. ECF No. 31. As of this date, Defendant has not responded. Therefore, because the pleadings demonstrate judgment should be entered against Garnishee Bank of America N.A., the motion for judgment on the garnishment pleadings, ECF No. 30, is granted. Garnishee Bank of America shall turn over the funds identified in its answer, ECF No. 11.

Accordingly, it is **ORDERED:**

1. The motion for judgment on the garnishment pleadings as to Garnishee Bank of America N.A., ECF No. 30, is **GRANTED**.

2. Plaintiff/Judgment Creditor shall recover from Garnishee, Bank of America N.A. the sum of $5,061.07; let execution issue forthwith.

3. The Clerk of Court shall provide this Order to Garnishee Bank of America N.A. through its Registered Agent, CT Corporation System: 1200 South Pine Island Road, Plantation, FL 33324, and to counsel for Garnishee, The Noa Law Firm, P.A., Post Office Box 941958, Miami, Florida 33194.

4. Plaintiff shall provide the statutory payment of $100.00 to Garnishee Bank of America N.A. pursuant to Fla. Stat. § 77.28 no later than **November 25, 2025**, via Garnishee's counsel, The Noa Law Firm, P.A., Post Office Box 941958, Miami, Florida 33194.

5. The Court reserves jurisdiction to enter all further orders as necessary.

**SO ORDERED on November 5, 2025.**

<u>s/Mark E. Walker</u>
**United States District Judge**