UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,          Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.
_____/

GREENLIGHT CAPITAL, INC.,

    Garnishor,

v.

JP MORGAN CHASE BANK, N.A.

    Garnishees.
_____/

**NOTICE OF SERVICE OF WRIT OF GARNISHMENT
AND GARNISHEE'S ANSWER TO WRIT OF
<u>GARNISHMENT AND NOTICE OF RIGHT TO DISSOLVE</u>**

    Plaintiff GREENLIGHT CAPITAL, INC., hereby certifies on November 12, 2025, copies of the following documents were sent via First Class U.S. Mail to James Fishback ("Judgment Debtor") (1): Ex Parte Motion for Post-Judgment Writ of Garnishment [ECF No. 37]; (2) Order Granting Ex Parte Motion for Post-judgment Writ of Garnishment; (3) Post-judgment Writ of Garnishment with

Notice to defendant of Right Against Garnishment of Wages, Money, and Other Property [ECF No. 38].

Furthermore, Plaintiff has provided notice to Judgment Debtor/the Garnished, that JP MORGAN CHASE BANK N.A has filed its answer to the Writ of Garnishment. ECF No. 46. Plaintiff further provides notice pursuant to Florida Statute §77.055 that Defendant JAMES FISHBACK has twenty (20) days from the date indicated on the Certificate of Service included herein to move to dissolve the Writ of Garnishment to JP MORGAN CHASE BANK, N.A., if any of the allegations in Plaintiff's Ex Parte Motion for Post-Judgment Writ of Garnishment Against Salary or Wages [ECF No. 37] is untrue.

Date: November 12, 2025  Respectfully submitted,

Counsel for Plaintiff/Judgment Creditor
SEQUOR LAW, P.A.
1111 Brickell Avenue, Ste. 1250
Miami, FL 33131
Tel: (305) 372-8282
Fax: (305) 372-8202

By:  /s/ Miguel E. Del Rivero
Juan J. Mendoza
Florida Bar No.: 113587
Email: jmendoza@sequorlaw.com
Miguel E. Del Rivero
Florida Bar No.: 1048586
Email: mdrivero@sequorlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent email notification of such filing to all CM/ECF participants; and correct copy of the foregoing was sent via First Class U.S. Mail to Judgment Debtor's last known addresses at James Fishback, 115 SW Pinckney Street, Madison, FL 32340, and James Fishback, 214631 N. Beckley Square, Davie, FL 33325 on November 12, 2025.

/s/ *Miguel E. Del Rivero*
Miguel E. Del Rivero