*EXHIBIT "B"*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,        Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.
_____/

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL ISSUANCE OR TURNOVER OF STOCK/ MEMBERSHIP INTEREST IN CORPORATION TO UNITED STATES MARSHAL SERVICE FOR FURTHER DISPOSITION INCLUDING SALE FOR THE BENEFIT OF THE JUDGMENT CREDITOR**

    This cause came before the Court on \_\_\_\_on *Motion to Compel Issuance Or Turnover Of Stock/ Membership Interest In Corporation To United States Marshal Service For Further Disposition Including Sale For The Benefit Of The Judgment Creditor* (the "Motion") ECF No. \_\_. The Court has reviewed the Motion and is otherwise informed in the matter. Accordingly, it is hereby

    ORDERED AND ADJUGED THAT:

    1.    The Motion is Granted.

    2.    No later than 7 days from the date of this Order, Defendant James Fishback ("Defendant") shall turn over to the United States Marshal Service his

share certificates in Azoria Capital, Inc. (the "Shares"), for further disposition by the USMS including a sale for the benefit of Judgment Creditor.

    3.    If Defendant does not have possession, custody or control of the Shares or if the Shares were never issued, Azoria Capital, Inc, is hereby ordered to issue or reissue stock certificates representing Defendant's Shares to the United States Marshal Service no later than 14 days after it is served with this Order.

    Done and Ordered in Tallahassee, Florida on this \_\_\_ day of _____, 2025.

    _____