*EXHIBIT "A"*

1   you if you've seen this document before.
2                (Exhibit 1 was marked for
3                identification.)
4           This is the -- I'm going to mark -- it's
5   Fishback -- Bates Fishback No. 000010, four zeros and
6   then a ten.
7       A    Yes, I've seen this before.
8       Q    Okay.  And that's the judgment that brings
9   us here today; correct?
10      A    That is correct.
11      Q    Great.  Why haven't you paid that judgment?
12      A    I have not paid this judgment, because I
13  don't have the means to pay this judgment.
14      Q    Okay.  Have you had the means during the
15  course of the proceeding that led to this judgment to
16  pay it?
17      A    No.
18      Q    Okay.  And you currently don't have the
19  means?
20      A    That is correct.
21      Q    Let me show you what we're going to mark as
22  Exhibit 2.
23               (Exhibit 2 was marked for
24               identification.)
25           Take a look at Exhibit 2, Mr. Fishback.  Let

Page 59

1  own any other assets?
2       A    No.
3       Q    For example, do you own any jewelry?
4       A    I don't.
5       Q    Do you have a watch on now?
6       A    I do.
7       Q    That's jewelry.
8       A    Yeah, I do.
9       Q    Okay.  What kind of watch is that?
10      A    It's actually not my watch.  I'm borrowing
11 it from a friend.
12      Q    Who?
13      A    Alex.
14      Q    The same Alex you described before?
15      A    Yes.
16      Q    Munguia?
17      A    Munguia.  He borrows the car.  I borrow the
18 watch.  The car gets repossessed.
19      Q    Well, what kind of watch is it?
20      A    It's a Cartier -- I think this is a Cartier
21 watch.
22      Q    And for what period of time do you have it
23 on loan?
24      A    It's just an informal thing.  Like, it's
25 not -- it's just he lets me borrow it.  I let him

Page 60

```
 1    borrow some of my suits and stuff.
 2         Q    Do you --
 3         A    He has my Prada shoes right now, like, you
 4    know.
 5         Q    Do you typically have the watch, though?
 6         A    No.
 7         Q    What documents do you have that would
 8    support that that watch belongs to Alex Munguia?
 9         A    I suppose that's a question to ask him what
10    documents he has to support that it belongs to him.
11         Q    Do you have an accountant?
12         A    I don't personally employ an accountant, no.
13         Q    Does Azoria Capital have an accountant?
14         A    We do all of our accounting internally.
15         Q    Do you have a tax preparer?
16         A    Yes.
17         Q    Is that person an accountant?
18         A    Yes.
19         Q    Okay.  So you kind of do have an accountant?
20         A    I don't employ them.
21         Q    So I'm not saying employ.
22         A    Oh, okay.
23         Q    -- maybe the wrong context.  Do you hire as
24    you would hire a lawyer --
25         A    Yes.
```

Page 79

1    Q    Have they started any collection procedure
2    against you?
3    A    Not to my knowledge.  I haven't heard
4    anything.
5    Q    Do you know if any collection agency has
6    reached out to you?
7    A    None.
8    Q    Let me just ask it generally.  Has any
9    collection agency reached out to you for any debt?
10   A    No.
11   Q    Say, in the last year?
12   A    I -- I haven't picked up any calls.  I
13   haven't had any calls with anybody.  I haven't seen
14   any written letters about "You owe this or that."
15   Q    Again, without identifying the individuals
16   or the entities, are the investments in Azoria Capital
17   by the other 10 percent, are they funded?
18   A    Yes.
19   Q    So their chips are in the -- are in the
20   kitty; right?
21   A    Yes.  Yeah.
22   Q    Okay.  Thank you.  Other than the Bank of
23   America bank account that you indicate you've lost
24   access to, have you had any other bank accounts in the
25   past five years?

Page 80

1   A   I had a bank account with J.P. Morgan, but
2   that was through -- that was just for the -- some
3   employee SEP, I think employment plan thing from
4   Greenlight.
5   Q   Let's pause on that for a second.  So were
6   you requested by Greenlight to open the J.P. Morgan
7   account?
8   A   Yes.
9   Q   And has that -- to your knowledge, has that
10  J.P. Morgan account been closed?
11  A   Yes.
12  Q   And the purpose was, again?
13  A   It was some sort of employee benefit plan
14  where you could invest in the Greenlight fund, but it
15  had to be held through J.P. Morgan, something weird
16  like that.
17  Q   So other than that J.P. Morgan account
18  opened at the direction or insistence of Greenlight
19  and the Bank of America account that you've been
20  denied access to, have you owned any other bank
21  accounts during the relevant period?
22  A   Not to my knowledge.
23  Q   Let's just mark the bank account now as
24  Exhibit 3.  Then we can at least get that.
25              MR. DEL RIVERO:  The entirety?