*EXHIBIT "B"*



██████ 1864
JAMES THOMAS FISHBACK

Primary Account: ██████ 1864
For the Period 3/1/24 to 3/29/24

## ATM & Debit Card Transactions CONTINUED

| Date | Description | | Amount |
|------|-------------|---|--------|
| ██ | ██████ | ████████████ | ██ |
| ██ | ██████ | ██████████████ | ██ |
| 03/15 | Card Purchase | 03/14 Sq *Glore Jewelry Inc Miami FL Card 7872 | 3,296.00 |
| ██ | ██████ | ████████████ | ██ |
| ██ | ██████ | ██████████ | ██ |
| ██ | ██████ | ████████████ | ██ |
| ██ | ██████ | ████████████ | ██ |
| ██ | ██████ | █████████ | ██ |
| ██ | ██████ | █████████ | ██ |
| ██ | ██████ | █████████ | ██ |
| ██ | ██████ | ████████████ | ██ |
| ██ | ██████ | █████████████ | ██ |
| ██ | ██████ | █████████████ | ██ |
| ██ | ██████ | ██████████ | ██ |
| ██ | ██████ | █████████████ | ██ |
| ██ | ██████ | ████████████ | ██ |
| ██ | ██████ | ███████████ | ██ |

B1758026-F1

664

J.P.Morgan



████████ 1864
JAMES THOMAS FISHBACK

Primary Account: ████████ 1864
**For the Period 3/30/24 to 4/30/24**

on a business day. The interest rate and APY applicable to your TD will be set forth on a separate rate sheet, confirmation or other interest rate disclosure provided to you when your Asset Account is opened or when your TD is established. That interest rate disclosure, as may be amended, is considered part of these terms.

## Deposits & Credits

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████████ ████████████████ | ████ |
| ████ | ████████████ | ████ |

**Total Deposits & Credits** ████

## ATM & Debit Card Transactions

| Date | Description | Amount |
|------|-------------|--------|
| ██ | ████████ ████████████████████ | ████ |
| ██ | ████████ ██████████████████ | ██ |
| ██ | ████████ █████████████ | ██ |
| ██ | ████████ ████████████████ | ██ |
| ██ | ████████ ███████████ | ████ |
| ██ | ████████ ███████████ | ██ |
| ██ | ████████ ██████████████ | ████ |
| ██ | ████████ █████████████████ | ██████ |
| ██ | ████████ ██████████████████ | ██ |
| 04/04 | Card Purchase    04/03 Apple Store  #R111 Jacksonville FL Card 7872 | 1,987.68 |



B1758026-F1

**669**



*J.P.Morgan*

████ 1864
JAMES THOMAS FISHBACK

Primary Account: ████ 1864
For the Period 5/1/24 to 5/31/24

## Deposits & Credits

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ██████████ ███████████████████████ | ███ |
| ████ | ██████████ | ███ |
| **Total Deposits & Credits** | | ███ |

## ATM & Debit Card Transactions



| Date | Description | Amount |
|------|-------------|--------|
| ██ | ███ | █████████████████ | ███ |
| 05/09 | Card Purchase | 05/08 Amzn Mktp US*5A9Ed95 Amzn.Com/Bill WA Card 7872 | 1,492.43 |

**SB1758026-F1**    674

*J.P.Morgan*



**J.P.Morgan**

████ 1864
JAMES THOMAS FISHBACK

Primary Account: ████ 1864
For the Period 11/30/24 to 12/31/24

## ATM & Debit Card Transactions CONTINUED

| Date | Description | | Amount |
|------|-------------|---|--------|
| | | | ██ |
| 12/24 | Card Purchase | 12/24 Ralph Lauren Inc 00813 Georgetown DC Card 7872 | 1,036.98 |
| | | | |
| | | | |
| | | | |
| | | | |
| 12/26 | Card Purchase | 12/24 Bananarepublic US 8183 Arlington VA Card 7872 | 710.19 |

8026-F1

728



J.P.Morgan

██████ 1864
JAMES THOMAS FISHBACK

Primary Account: ██████ 1864
For the Period 2/1/25 to 2/28/25

## ATM & Debit Card Transactions CONTINUED

| Date | Description | | Amount |
|------|-------------|---|-------|
| ██ | ████ | ████████ | ██ |
| ██ | ████ | ████████ | ██ |
| ██ | ████ | ████████ | ██ |
| ██ | ████ | ████████ | ██ |
| ██ | █████ | ███████ | ██ |
| 02/18 | Card Purchase | 02/15 Ebay O*03-12721-49687 San Jose CA Card 7889 | 1,933.39 |
| ██ | ████ | ████████ | ██ |
| ██ | ████ | ████████ | ██ |
| ██ | ████ | ██ ███████ | ██ |
| ██ | ████ | ████████ | ██ |
| 02/18 | Card Purchase | 02/17 Tom Ford Central Valle NY Card 7889 | 1,150.47 |
| ██ | ████ | ██████ | ██ |
| 02/18 | Card Purchase | 02/18 Ebay O*20-12712-61022 800-4563229 CA Card 7889 | 1,007.00 |
| ██ | ████ | ██████ ████ | ██ |
| ██ | ████ | ███████ | ██ |
| ██ | ████ | ██████ | ██ |
| ██ | ████ | ██████ ██ | ██ |
| ██ | ████ | ███████ | ██ |

6-F1

744

J.P.Morgan



*J.P.Morgan*

JPMorgan Chase Bank, N.A.
P O Box 6076
Newark, DE 19714 - 6076

**Primary Account:** ███████ 1864
**For the Period 4/1/25 to 4/30/25**

JAMES THOMAS FISHBACK
115 SW PINCKNEY ST
MADISON FL 32340-2447

### J.P. Morgan Team

| | |
|---|---|
| Client Service | (800) 599-9345 |
| Kimberly Vargas | |
| For assistance after business hours, 7 days a week. | (800) 576-6209 |
| We accept operator relay calls | |
| Online access: **www.jpmorganonline.com** | |

## Private Client Checking Plus

### Checking Account Summary

| | Amount | | |
|---|---|---|---|
| **Beginning Balance** | ███ | Annual Percentage Yield Earned This Period* | ███ |
| Deposits & Credits | ███ | Interest Paid This Period | ███ |
| ATM & Debit Card Transactions | ███ ) | Interest Paid Year-to-Date | ███ |
| Payments & Transfers | ███ | | |
| **Ending Balance** | ███ | | |

*Annual Percentage Yield Earned is an annualized rate that reflects the relationship between the amount of interest actually earned on the account during this statement period and the average daily balance in this account for the same period.*

**SB1758026-F1**

**757**

*J.P.Morgan*



J.P.Morgan

████ 1864
JAMES THOMAS FISHBACK

Primary Account: ████ 1864
For the Period 4/1/25 to 4/30/25

## Deposits & Credits

| Date | Description | Amount |
|------|-------------|--------|
| ██ | ████████████████ | ████ |
| ██ | ████ | █ |
| Total Deposits & Credits | | ████ |

## ATM & Debit Card Transactions

| Date | Description | Amount |
|------|-------------|--------|
| ██ | ████ ████████ | █ |
| ██ | ████ ████ | █ |
| ██ | ████ ████ | █ |
| ██ | ████ ████ | █ |
| ██ | ████ ████ | █ |
| ██ | ████ ████ | █ |
| ██ | ████ ███ | █ |
| ██ | ████ ████ | █ |
| ██ | ████ ████ | █ |
| ██ | ████ ████ | █ |
| ██ | ████ ████ | █ |
| ██ | ████ ███ | █ |
| ██ | ████ ███ | █ |
| ██ | ████ ███ | █ |
| ██ | ████ ███ | █ |

**26-F1**

758





███ 1864
JAMES THOMAS FISHBACK

Primary Account: ███ 1864
For the Period 4/1/25 to 4/30/25

## ATM & Debit Card Transactions  CONTINUED

| Date | Description | Amount |
|------|-------------|--------|
| ██ | ████████████ | █ |

SB1758026-F1



██████1864
JAMES THOMAS FISHBACK

Primary Account: ██████1864
For the Period 4/1/25 to 4/30/25

## ATM & Debit Card Transactions CONTINUED



| Date | Description | Amount |
|------|-------------|--------|
| 04/28 | Card Purchase With Pin 04/26 Ebay O*21-12989-46205 San Jose CA Card 7889 | 468.52 |

J.P.Morgan



██████ 1864
**JAMES THOMAS FISHBACK**

Primary Account: ██████ 1864
For the Period 4/1/25 to 4/30/25

## ATM & Debit Card Transactions  CONTINUED

| Date | Description | Amount |
|------|-------------|--------|
| ███ ██████ | ████████████████████ | ███ |
| ███ | ████████████████ | ███ |

**Total ATM & Debit Card Transactions** ███

## Payments & Transfers

| Date | Description | Amount |
|------|-------------|--------|
| ███ | ████████████████████████ | ███ |

**Total Payments & Transfers** ███





Primary Account: ████████1864
For the Period 4/1/25 to 4/30/25

## Important Information About Your Statement

**In Case of Errors or Questions About Your Electronic Funds Transfers:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**In Case of Errors or Questions About Non-Electronic Funds Transfers:**

Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC.



*J.P.Morgan*

JPMorgan Chase Bank, N.A.
P O Box 6076
Newark, DE 19714 - 6076

Primary Account: ████1864
**For the Period 5/1/25 to 5/30/25**

JAMES THOMAS FISHBACK
115 SW PINCKNEY ST
MADISON FL 32340-2447

### J.P. Morgan Team

| | |
|---|---|
| Client Service | (800) 599-9345 |
| Kimberly Vargas | |
| For assistance after business hours, 7 days a week. | (800) 576-6209 |
| We accept operator relay calls | |
| Online access: **www.jpmorganonline.com** | |



## Private Client Checking Plus

### Checking Account Summary

| | Amount | | |
|---|---|---|---|
| **Beginning Balance** | ██████ | Annual Percentage Yield Earned This Period* | ████ |
| Deposits & Credits | ██████ | Interest Paid This Period | ████ |
| ATM & Debit Card Transactions | ██████ | Interest Paid Year-to-Date | ████ |
| Payments & Transfers | ██████ | | |
| **Ending Balance** | █████ | | |

*Annual Percentage Yield Earned is an annualized rate that reflects the relationship between the amount of interest actually earned on the account during this statement period and the average daily balance in this account for the same period.*

**SB1758026-F1**

**763**

J.P.Morgan

*J.P.Morgan*

██████1864
JAMES THOMAS FISHBACK

Primary Account: ████████1864
For the Period 5/1/25 to 5/30/25

## Deposits & Credits



| Date | Description | Amount |
|---|---|---|
| | | |

Total Deposits & Credits

## ATM & Debit Card Transactions



| Date | Description | Amount |
|---|---|---|
| 05/05 | Card Purchase With Pin  05/04 Ebay O*19-13024-35828 San Jose CA Card 7889 | 1,709.25 |

-F1

764





■■■■■ 1864
JAMES THOMAS FISHBACK

Primary Account: ■■■■■ 1864
For the Period 5/1/25 to 5/30/25

## ATM & Debit Card Transactions   CONTINUED

| Date | Description | Amount |
|------|-------------|--------|

58026-F1

765



████ 1864
JAMES THOMAS FISHBACK

Primary Account: ████ 1864
For the Period 5/1/25 to 5/30/25

## ATM & Debit Card Transactions CONTINUED



| Date | Description | Amount |
|------|-------------|--------|
| 05/15 | Card Purchase With Pin  05/15 Ebay O*17-13073-43786 San Jose CA Card 7889 | 332.84 |
| 05/19 | Card Purchase     05/17 Nordstrom Direct #080 800-285-5800 IA Card 7889 | 736.70 |

026-F1

766

J.P.Morgan



![J.P.Morgan]

████1864
JAMES THOMAS FISHBACK

Primary Account: ████1864
For the Period 5/1/25 to 5/30/25

## ATM & Debit Card Transactions  CONTINUED

| Date | Description | Amount |
|------|-------------|--------|



| 05/27 | Card Purchase    05/23 Tom Ford Central Valle NY Card 7889 | 886.78 |

SB1758026-F1

767



████ 1864
JAMES THOMAS FISHBACK

Primary Account: ████ 1864
For the Period 5/1/25 to 5/30/25

## ATM & Debit Card Transactions CONTINUED

| Date | Description | | Amount |
|------|-------------|---|--------|
| 05/27 | Card Purchase | 05/23 452 - Tumi @ Dca Arlington VA Card 7889 | 265.00 |
| 05/27 | Card Purchase | 05/24 Nordstrom Direct #080 800-285-5800 IA Card 7889 | 268.75 |
| 05/27 | Card Purchase | 05/24 Nordstrom Direct #080 800-285-5800 IA Card 7889 | 265.00 |
| 05/27 | Card Purchase | 05/24 Nordstrom Direct #080 800-285-5800 IA Card 7889 | 265.00 |
| 05/27 | Card Purchase | 05/24 Nordstrom Direct #080 800-285-5800 IA Card 7889 | 527.88 |
| ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ |
| 05/27 | Card Purchase | 05/25 Ebay O*10-13117-40003 800-4563229 CA Card 7889 | 1,065.30 |
| ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ |

026-F1

768

J.P.Morgan



████████1864
JAMES THOMAS FISHBACK

Primary Account: ████████1864
For the Period 5/1/25 to 5/30/25

## ATM & Debit Card Transactions CONTINUED

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████ ███████ █ ████████████ | ████ |
| ████ | ██████ ██████████████ ██████ | █ |
| ████ | ███████████ ████████████ | ██ |
| ████ | ██████ ██████████████ | ██ |

**Total ATM & Debit Card Transactions** ████████

## Payments & Transfers

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████████████████████████ | ████ |

**Total Payments & Transfers** ████████




J.P.Morgan



Primary Account: ████████1864
For the Period 5/1/25 to 5/30/25

## Important Information About Your Statement

**In Case of Errors or Questions About Your Electronic Funds Transfers:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only**: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**In Case of Errors or Questions About Non-Electronic Funds Transfers:**

Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC.



JPMorgan Chase Bank, N.A.
P O Box 6076
Newark, DE 19714 -6076

**Primary Account:** ████ 1864
**For the Period 5/31/25 to 6/30/25**

JAMES THOMAS FISHBACK
115 SW PINCKNEY ST
MADISON FL  32340-2447

### J.P. Morgan Team

| | |
|---|---|
| Client Service | (800) 599-9345 |
| Kimberly Vargas | |
| For assistance after business hours, 7 days a week. | (800) 576-6209 |
| We accept operator relay calls | |
| Online access:  **www.jpmorganonline.com** | |



## Private Client Checking Plus

| Checking Account Summary | Amount | | | |
|---|---|---|---|---|
| **Beginning Balance** | ████ | Annual Percentage Yield Earned This Period* | ████ |
| Deposits & Credits | ████ | Interest Paid This Period | ████ |
| ATM & Debit Card Transactions | ████ | Interest Paid Year-to-Date | ████ |
| Payments & Transfers | ████ | | |
| **Ending Balance** | ████ | | |

*Annual Percentage Yield Earned is an annualized rate that reflects the relationship between the amount of interest actually earned on the account during this statement period and the average daily balance in this account for the same period.*

**SB1758026-F1**

**771**

J.P.Morgan

Page 1 of 10



██████████1864
JAMES THOMAS FISHBACK

Primary Account: ██████████1864
For the Period 5/31/25 to 6/30/25

**Effective on the dates indicated below, the following are amendments to your Combined Terms and Conditions ("Combined Terms and Conditions") and/or International General Terms for Accounts and Services Account Agreements ("International Combined Terms and Conditions"), and may contain additional information about the features of your accounts.**

Unless indicated below, all other terms and conditions of your Combined Terms and Conditions and/or International Combined Terms and Conditions still apply. Please contact your J.P. Morgan team if you have any questions about these changes or would like additional information.

**Effective July 11, 2025**

**DEPOSITS OR CASHED ITEMS**

**The first paragraph of the section entitled Deposits or Cashed Items in the Deposit Account Agreement in your Combined Terms and Conditions and/or International Combined Terms and Conditions shall be revised and read as follows:**

Checks, drafts and other negotiable instruments, including substitute checks (see the section of this booklet entitled Check 21--Substitute Check and Your Rights) (collectively, "checks") deposited to your Account or cashed, automated clearinghouse ("ACH") entries and all other types of external and book-entry funds transfers (checks and funds transfers collectively referred to herein as "items"), may be charged back against the Account (or an Account for split deposits) or any other Account of yours at the Bank if we are informed that the item is being or has been returned unpaid (or, for checks drawn on other accounts with us, the check is dishonored by us for any reason), without regard to whether such return or dishonor is timely. We may charge your Account whether or not the check is returned to us, and whether or not we can return the item or a copy to you. Even if we verify a deposited or cashed check and tell you that the check has been paid, that will not release your liability as an endorser. This right shall extend to any check or other item deposited into your Account or cashed, that is finally paid and then is returned because a claim is made that the check or other item was altered, forged, unauthorized, has a missing signature, sent to a wrong account number, procured by fraud, scam or financial exploitation, or should not have been paid for any reason. This right shall also extend to items for which we obtain a return of funds based on your request and we incur liability for the transaction as a result (including any claims, costs and expenses). In lieu of charging your Account we may withhold an amount equal to such check or other item from your Account until a final determination of the validity of such claim has been made. We have no duty to return a check that has been charged back to an Account if that Account has become overdrawn. We are not required to give you next-day notice if a deposited or cashed item is dishonored.

**Effective September 1, 2025**

**DEPOSITS OR CASHED ITEMS**

**The first paragraph of the section entitled Deposits or Cashed Items in the Deposit Account Agreement in your Combined Terms and Conditions and/or International Combined Terms and Conditions shall be revised and read as follows:**

We may return or refuse to accept all or any part of a deposit or credit to your Account, or to cash a check at any time. We will not be liable to you for doing so, even if such action causes outstanding items to be dishonored and returned. We may refuse to accept any third-party check (for example, a check originally payable to another party that you attempted to deposit or cash) for any reason, and may require verification of the endorsement. At our discretion, returned or refused deposits (or the legal

SB1758026-F1





███████1864
**JAMES THOMAS FISHBACK**

**Primary Account:** ██████1864
**For the Period 5/31/25 to 6/30/25**

equivalent of the deposited item) may be returned to you as a substitute check, or may be sent on a collection basis even after we have taken physical possession of the check. Additionally, you will be solely responsible for any loss or liability we sustain in connection with the deposit of substitute checks.

## Deposits & Credits

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████████ ██ █████████ | ████ |
| ████ | ████████████ █ █████████████████ | ████ |
| ████ | ████████████ | |

**Total Deposits & Credits** ████

## ATM & Debit Card Transactions



| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████████████████████ | ████ |
| 06/03 | Card Purchase      06/03 Brunello Cucinelli Orlando FL Card 7889 | 849.87 |
| 06/03 | Card Purchase      06/03 Burberry Ltd Orlando FL Card 7889 | 693.32 |
| ████ | ██████████████████████████████████ | ████ |
| 06/03 | Card Purchase With Pin  06/03 Ebay O*27-13134-45567 San Jose CA Card 7889 | 1,253.45 |
| ████ | ████████████████████████ | ████ |
| ████ | ████████████████████████ | ████ |
| ████ | ████████████████████████ | ████ |
| ████ | ████████████████████████ | ████ |
| ████ | ████████████████████████ | ████ |



SB1758026-F1

773

J.P.Morgan



███████1864
JAMES THOMAS FISHBACK

Primary Account: ██████1864
**For the Period 5/31/25 to 6/30/25**

## ATM & Debit Card Transactions CONTINUED

| Date | Description | | Amount |
|------|-------------|---|--------|
| ████ | ███████ | ███████████████ | ███ |
| ████ | ███████ | ██████████████ | ███ |
| 06/09 | Card Purchase | 06/07 Nordstrom Direct #080 800-285-5800 IA Card 7889 | 1,060.00 |
| ████ | ███████ | █████████████ | ███ |
| 06/09 | Card Purchase | 06/08 Nordstrom Direct #080 800-285-5800 IA Card 7889 | 395.91 |
| 06/09 | Card Purchase | 06/08 Nordstrom Direct #080 800-285-5800 IA Card 7889 | 395.91 |
| 06/09 | Card Purchase | 06/08 Nordstrom Direct #080 800-285-5800 IA Card 7889 | 182.75 |
| 06/09 | Card Purchase | 06/08 Nordstrom Direct #080 800-285-5800 IA Card 7889 | 180.20 |
| 06/09 | Card Purchase | 06/08 Patagonia-Washington Washington DC Card 7889 | 242.74 |
| 06/09 | Card Purchase With Pin | 06/07 Ebay O*03-13184-60725 San Jose CA Card 7889 | 1,871.43 |
| ████ | ███████ | █████████████ | ███ |
| ████ | ███████ | █████████████ | ███ |
| ████ | ███████ | █████████████ | ███ |
| ████ | ███████ | █████████████ | ███ |
| ████ | ███████ | █████████████ | ███ |
| ████ | ███████ | █████████████ | ███ |
| ████ | ███████ | █████████████ | ███ |
| 06/10 | Card Purchase With Pin | 06/10 Ebay O*22-13171-65306 San Jose CA Card 7889 | 203.15 |
| ████ | ███████ | █████████████ | ███ |
| ████ | ███████ | █████████████ | ███ |

**SB1758026-F1**

774

J.P.Morgan



■■■■■1864
**JAMES THOMAS FISHBACK**

Primary Account:■■■■■1864
**For the Period 5/31/25 to 6/30/25**

## ATM & Debit Card Transactions CONTINUED

| Date | Description | Amount |
|------|-------------|--------|
| | | |
| 06/11 | Card Purchase With Pin  06/11 Ebay O*09-13193-22458 San Jose CA Card 7889 | 429.30 |
| | | |
| | | |
| | | |
| | | |
| 06/13 | Card Purchase With Pin  06/13 Ebay O*03-13208-21454 San Jose CA Card 7889 | 541.83 |



026-F1

775



████1864
JAMES THOMAS FISHBACK

Primary Account: ████1864
For the Period 5/31/25 to 6/30/25

## ATM & Debit Card Transactions CONTINUED

| Date | Description | Amount |
|------|-------------|--------|
| ██ | ██████ | ██ |
| ██ | ████████ | ██ |
| ██ | ███████████ | ██ |
| ██ | ███████████ | ██ |
| ██ | ██████████ | ██ |
| ██ | ███████████ | ██ |
| ██ | █████████ | ██ |
| ██ | ██████████ | ██ |
| ██ | ██████████ | ██ |
| ██ | ███████████ | ██ |
| ██ | █████████ | ██ |
| ██ | █████████ | ██ |
| ██ | ██████████ | ██ |
| ██ | ██████████ | ██ |
| ██ | █████████ | ██ |
| 06/24 | Card Purchase    06/23 Bucherer USA 037 Arlington VA Card 7889 | 7,473.00 |
| 06/24 | Card Purchase    06/23 Nordstrom #0621 Arlington VA Card 7889 | 217.29 |

58026-F1

776



**J.P.Morgan**



████████1864
JAMES THOMAS FISHBACK

Primary Account: ████████1864
For the Period 5/31/25 to 6/30/25

## ATM & Debit Card Transactions CONTINUED



| Date | Description | Amount |
|------|-------------|--------|
| 06/30 | Card Purchase          06/27 Nordstrom Direct #080 800-285-5800 IA Card 7889 | 252.81 |
| 06/30 | Card Purchase With Pin  06/28 Ebay O*07-13261-34523 San Jose CA Card 7889 | 295.75 |
| 06/30 | Card Purchase          06/29 Nordstrom Direct #080 800-285-5800 IA Card 7889 | 333.90 |

Total ATM & Debit Card Transactions                    SB1758026-F1                                              ████████   777





██████1864
JAMES THOMAS FISHBACK

Primary Account: ██████1864
For the Period 5/31/25 to 6/30/25

## Payments & Transfers



| Date | Description | Amount |
|------|-------------|--------|
| ███ | ███████████████████████████ | ████ |
| ███ | █████████████████ | ████ |
| ███ | █████████████████ | ████ |
| ███ | ████████████ | ██ |
| ███ | ████████████ | ██ |
| **Total Payments & Transfers** | | ████ |

J.P.Morgan



**Primary Account:** ⬛⬛⬛⬛⬛1864
**For the Period 5/31/25 to 6/30/25**

## Important Information About Your Statement

### In Case of Errors or Questions About Your Electronic Funds Transfers:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

### In Case of Errors or Questions About Non-Electronic Funds Transfers:

Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC.



J.P.Morgan



Primary Account: ████████1864
For the Period 5/31/25 to 6/30/25

This Page Intentionally Left Blank

J.P.Morgan

## J.P.Morgan

JPMorgan Chase Bank, N.A.
P O Box 6076
Newark, DE 19714 -6076

**Primary Account:** ███████1864
**For the Period 7/1/25 to 7/31/25**

JAMES THOMAS FISHBACK
115 SW PINCKNEY ST
MADISON FL 32340-2447

### J.P. Morgan Team

| | |
|---|---|
| Client Service | (800) 599-9345 |
| Kimberly Vargas | |
| For assistance after business hours, 7 days a week. | (800) 576-6209 |
| We accept operator relay calls | |
| Online access: **www.jpmorganonline.com** | |

## Private Client Checking Plus

| Checking Account Summary | Amount |
|---|---|
| **Beginning Balance** | ██████ |
| Deposits & Credits | ██████ |
| ATM & Debit Card Transactions | ██████ |
| Payments & Transfers | ██████ |
| **Ending Balance** | ████ |

| | |
|---|---|
| Annual Percentage Yield Earned This Period* | ███ |
| Interest Paid This Period | ███ |
| Interest Paid Year-to-Date | ███ |

*\*Annual Percentage Yield Earned is an annualized rate that reflects the relationship between the amount of interest actually earned on the account during this statement period and the average daily balance in this account for the same period.*

**SB1758026-F1**

**781**

## J.P.Morgan

▌1864
JAMES THOMAS FISHBACK

Primary Account: ▌1864
For the Period 7/1/25 to 7/31/25

## Deposits & Credits

| Date | Description | | Amount |
|------|-------------|--|--------|
| ▌ | ▌ ▌ ▌ | | ▌ |
| ▌ | ▌ | | |
| **Total Deposits & Credits** | | | ▌ |

## ATM & Debit Card Transactions

| Date | Description | Amount |
|------|-------------|--------|
| ▌ | ▌ | ▌ |
| ▌ | ▌ | ▌ |
| ▌ | ▌ ▌ | ▌ |
| ▌ | ▌ | ▌ |
| ▌ | ▌ ▌ | ▌ |
| ▌ | ▌ | ▌ |
| 07/03 | Card Purchase With Pin  07/03 Ebay O*16-13271-21160 San Jose CA Card 7889 | 209.46 |
| 07/03 | Card Purchase With Pin  07/03 Ebay O*16-13271-21160 San Jose CA Card 7889 | 154.34 |
| ▌ | ▌ | ▌ |
| 07/07 | Card Purchase    07/03 Tom Ford Central Valle NY Card 7889 | 243.70 |
| ▌ | ▌ | ▌ |
| ▌ | ▌ | ▌ |
| ▌ | ▌ | ▌ |
| ▌ | ▌ | ▌ |
| 07/07 | Card Purchase With Pin  07/06 Ebay O*08-13288-94673 San Jose CA Card 7889 | 855.95 |

026-F1

782

*J.P.Morgan*

1864
**JAMES THOMAS FISHBACK**

**Primary Account:** 1864
**For the Period 7/1/25 to 7/31/25**

## ATM & Debit Card Transactions CONTINUED

| Date | Description | | Amount |
|------|-------------|---|--------|
| 07/07 | Card Purchase | 07/06 Ebay O*04-13294-62644 Internet CA Card 7889 | 467.42 |
| 07/07 | Card Purchase | 07/06 Ebay O*04-13294-62643 Internet CA Card 7889 | 187.41 |





| 07/17 | Card Purchase | 07/16 Macys .Com 800-289-6229 OH Card 7889 | 211.78 |

SB1758026-F1

783