*EXHIBIT "C"*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,        Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.
_____/

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL
TURNOVER OF LUXURY PERSONAL PROPERTY**

This cause came before the Court on \_\_\_\_on *Motion To Compel Turnover Of Luxury Personal Property* (the "Motion") ECF No. \_\_. The Court has reviewed the Motion and is otherwise informed in the matter. Accordingly, it is hereby

ORDERED AND ADJUGED THAT:

1.     The Motion is Granted.

2.     Defendant James Fishback shall turn over to the U.S. Marshals for disposition the luxury items that he purchased with his J.P. Morgan debit card ending in 1864, as detailed in the Motion, within 14 days of the entry of this Order.

3.     Done and Ordered in Tallahassee, Florida on this \_\_\_ day of _____, 2025

                                                _____