# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**GREENLIGHT CAPITAL, INC.,**

    **Plaintiff/Judgment Creditor,**

v.                                             Case No. 4:25-MC-031-MW-MAF

**JAMES FISHBACK,**

    **Defendant/Judgment Debtor,**

_____/

## O R D E R

Plaintiff obtained a judgment in its favor and against Defendant James Fishback.  ECF No. 1.  Judgment has been registered in this Court, remains outstanding, and a Writ of Execution was issued.  ECF No. 6.

Plaintiff has now filed two motions to compel.  ECF Nos. 50-51.  The first motion seeks to compel Defendant Fishback to turn over his share certificates in Azoria Capital, Inc., a corporation founded by Fishback in which he owns "'75% or more' of the company."  ECF No. 50 at 1-3. Alternatively, Plaintiff would request this Court compel Azoria Capital, Inc. "to reissue stock certificates and deliver" them to the United States

Marshals Service. *Id.* at 4. The second motion seeks to compel the Defendant to "turn over all non-exempt personal property, including recently purchased luxury items," to the Marshals Service. ECF No. 51 at 1.

Prior to ruling on the motions, Defendant Fishback shall have an opportunity to file a response. Pursuant to the Local Rules of this Court, a party opposing a motion <u>must</u> file a memorandum in opposition. N.D. Fla. Loc. R. 7.1(E). Defendant has 14 days from the date the motion was filed, that is until **December 9, 2025,** to response. The Court may grant Plaintiff's motions "by default" if Defendant "does not file a memorandum as required by this rule." N.D. Fla. Loc. R. 7.1(H).

Finally, this Court previously granted Plaintiff's motion to compel compliance with post-judgment discovery, ECF No. 27, on November 5, 2025. ECF No. 43. Defendant was ordered to respond to Plaintiff's June 3, 2025, document request[1] "and provide them to Plaintiff no later than **November 20, 2025**." *Id.* Defendant was specifically directed "to simultaneously file a notice with this Court which confirms his compliance

---

[1] Defendant must produce the initially requested documents from June 2025 as well as the 6 requests made during Defendant's August 2025 deposition. *See* ECF No. 27 at 5-6.

Case No. 4:25-MC-031-MW-MAF

with this Order." *Id.* Defendant did not comply with that Order, ECF No. 43. Plaintiff shall advise whether or not the Defendant complied with that Order.

Accordingly, it is

**ORDERED:**

1. Ruling is **DEFERRED** on Plaintiff's motions to compel, ECF Nos. 50-51.

2. Defendant has until **December 9, 2025**, to respond to Plaintiff's motions to compel, ECF Nos. 50-51.

3. Plaintiff shall file a response to this Order and advise whether or not the Defendant complied with the prior Order, ECF No. 43, which granted Plaintiff's motion to compel, ECF No. 27.

4. The Clerk of Court shall return this file upon Defendant Fishback's filing of a response, or no later than December 9, 2025.

**DONE AND ORDERED** on December 1, 2025.

S/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**