UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,        Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.

_____/

## **RESPONSE TO THE COURT'S ORDER**

Plaintiff/Judgment Creditor, Greenlight Capital, Inc. ("Greenlight"), files this response to the Court's December 1, 2025 order (the "Order"). [*See* ECF No. 52]. Defendant/Judgment Debtor, James Fishback ("Fishback") failed to comply with the Court's Order [ECF No. 47] (the "Discovery Order") requiring that "all documents outstanding and responsive to the June 2025 request for production as well as the documents requests during the August 29, 2025, deposition" be produced to Greenlight's counsel no later than November 20, 2025.

Fishback only produced the following items: (1) his 2024 tax return on October 17, 2025, and (2) a purported accounting of payments Fishback received from Azoria Capital, Inc. on November 19, 2025 (the "Purported Accounting"). Notably, the Purported Accounting does not originate from any financial institution,

nor does the document identify the account(s) from which the payments were made or received. It is merely a PDF—not authenticated or appearing from any legitimate source—which claims to show the distributions that Fishback received from Azoria Capital, Inc. in 2025.

Furthermore, Fishback claimed via email with undersigned that he does not have access to the R.J. O'Brien statements[1] and that Greenlight is "free to subpoena [R.J. O'Brien] for them."[2]

In sum, Fishback failed to provide any other documents as required by this Court's Discovery Order, including all the documents he specifically agreed to provide, and the document requests listed in the Notice of Deposition. These documents include, but are not limited to, all records relating to any contracts, agreements, business interests, joint ventures, transfers of assets or funds, or the location of any property or equipment owned or used; all documents evidencing any real or personal property, including vehicles, jewelry (which encompasses wristwatches), precious metals or stones, and any other tangible or intangible assets owned at any time during the Relevant Time Period (as defined in the Notice of

---

[1] One of the 6 specific set of documents that this Court ordered to be produced, which Fishback originally agreed to produce at the August 29, 2025, deposition. [*See* ECF No. 47].

[2] While Greenlight has conducted discovery in aid of execution to locate assets of Fishback to satisfy the outstanding judgment, it cannot be Greenlight's burden to continue searching for assets of Fishback while he continues to disregard requests for production pursuant to the Notice of Deposition and this Court's Order.

Deposition); all records of any financial accounts, including bank, savings, credit union, brokerage, investment, retirement, pension, annuity, insurance, or trust accounts; all documents concerning any securities, stocks, bonds, mutual funds, commodities, negotiable instruments, loans, promissory notes, mortgages, accounts receivable, or monies owed to Fishback; all documents relating to any businesses, partnerships, corporations, or LLCs in which Fishback holds or held any interest, including financial statements, tax returns, governing documents, and ownership records; all documents relating to any insurance benefits, gifts, or inheritances; and all other records reflecting assets, liabilities, financial condition, income, or business activities at any time during the Relevant Time Period. [*See* ECF No. 27-1; 27-4; 27-5]

Dated: December 4, 2025

Respectfully submitted,
Counsel for Plaintiff/Judgment Creditor
SEQUOR LAW, P.A.
1111 Brickell Avenue, Ste. 1250
Miami, FL 33131
Tel: (305) 372-8282
Fax: (305) 372-8202

By: */s/ Juan J. Mendoza*
Edward H. Davis Jr.,
Florida Bar No.: 704539
Email: edavis@sequorlaw.com
Juan J. Mendoza
Florida Bar No.: 113587
Email: jmendoza@sequorlaw.com
Miguel E. Del Rivero
Florida Bar No.: 1048586
Email: mdrivero@sequorlaw.com

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent email notification of such filing to all CM/ECF participants; via Electronic Mail to Judgment Debtor, James Fishback tommyfishback@gmail.com; and via First Class U.S. Mail to Judgment Debtor, James Fishback, 115 SW Pinckney Street, Madison, FL 32340 on December 4, 2025.

*/s/ Juan J. Mendoza*
Juan J. Mendoza