UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.
_____/

GREENLIGHT CAPITAL, INC.,

    Garnishor,

v.

R.J. O'BRIEN & ASSOCIATES LLC,

    Garnishee.
_____/

Case No.: 4:25-mc-00031

### JUDGMENT CREDITOR'S MOTION FOR JUDGMENT ON THE GARNISHMENT PLEADINGS

Judgment Creditor/Plaintiff, Greenlight Capital, Inc. ("Greenlight") pursuant to Florida Rules of Civil Procedure 1.140(c), made applicable through Federal Rule of Civil Procedure 69 and Florida Statutes § 77.083, moves this Court for the entry of judgment against Garnishee, R.J. O'Brien & Associates LLC ("R.J. O'Brien"), for the property in its possession as set forth in R.J. O'Brien's Answer of Garnishee [ECF No. 40]; and states as follows:

1.  On August 15, 2025, Greenlight filed its Motion for Writ of Garnishment. [*See* ECF No. 13].

2.  This Court issued the Post-Judgment Writ of Garnishment directed at R.J. O'Brien (the "Writ") for accounts held by Judgment Debtor/Defendant, James Fishback ("Fishback"). The Writ of Garnishment was served on R.J. O'Brien on August 27, 2025. *See* attached as **Exhibit 1**, return of service on R.J. O'Brien.

3.  On August 26, 2025, pursuant to Florida Statute § 77.041(2), Greenlight sent via first class mail copies of the (i) *Ex Parte* Motion for Post-Judgment Writ of Garnishment, (ii) the Post-Judgment Writ of Garnishment, and (iii) Notice to Judgment Debtor via First Class U.S. Mail. [ECF No. 22].

4.  R.J. O'Brien failed to file an answer to the Writ on September 19, 2025, and as a result, Greenlight files its notice of R.J. O'Brien's failure to file an answer the Writ, and mailed said Notice to Fishback. [*See* ECF No. 26]. Fishback failed to move to dissolve the Writ twenty (20) days after service.

5.  On October 30, 2025, R.J. O'Brien filed its Answer of Garnishee, disclosing one account held by Fishback as of the date that the Writ of Garnishment was served upon R.J. O'Brien. [ECF No. 40, ¶ 1].

6.  On October 30, 2025, Greenlight served, via mail, Fishback the Garnishee's Answer to Writ of Garnishment and Notice of Right to Dissolve pursuant to Florida Statues § 77.055 at Fishback's last known address in Madison,

Florida and as well as the address provided by R.J. O'Brien. [ECF No. 41].

7. R.J. O'Brien's Answer to the Writ shows that it is holding property for Fishback totaling $400.87. [ECF No. 40 ¶ 2].

8. Fishback has not moved to dissolve or otherwise responded to the garnishment and the time for him to do so has passed. *See* Fla. Stat. §77.07(2).

WHEREFORE, Greenlight respectfully requests this Court enter a Final Judgment of Garnishment against Garnishee, R.J. O'Brien for the $400.87 in its possession as set forth in R.J. O'Brien's Answer of Garnishee, substantially in the form of the proposed judgment attached hereto as **Exhibit 2**; and other further relief that the Court deems just and proper.

## Rule 7.1(D) Attorney Conference and Certificate Not Required

Rule 7.1(D) provides that "[a]n attorney conference and certificate are not required for a motion that would determine the outcome of a case or a claim."

Dated: December 22, 2025          Respectfully submitted,

**Counsel for Plaintiff/Judgment Creditor**
SEQUOR LAW, P.A.
1111 Brickell Avenue, Ste. 1250
Miami, FL 33131
Tel: (305) 372-8282
Fax: (305) 372-8202

By:    */s/ Miguel E. Del Rivero*
Edward H. Davis Jr.,
Florida Bar No.: 704539
Email: edavis@sequorlaw.com
Juan J. Mendoza

3

Florida Bar No.: 113587<br>
Email: jmendoza@sequorlaw.com<br>
Miguel E. Del Rivero<br>
Florida Bar No.: 1048586<br>
Email: mdrivero@sequorlaw.com

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent email notification of such filing to all CM/ECF participants; via Electronic Mail to Carmen Bulovsky and Barbara Casey of R.J. O'Brien & Associates LLC, cbulovsky@rjobrien.com and bcasey@rjobrien.com; via Electronic Mail to James Fishback tommyfishback@gmail.com; and via First Class U.S. Mail to James Fishback, 115 SW Pinckney Street, Madison, FL 32340 and 4009 Davis Pl. NW, Apt. 202 on December 22, 2025.

/s/ <i>Miguel E. Del Rivero</i><br>
Miguel E. Del Rivero