*EXHIBIT 1*

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Florida

Case Number: 4:25-MC-00031

Plaintiff(s):
**GREENLIGHT CAPITAL, INC.,**

vs.

Defendant(s):
**JAMES FISHBACK,**


JDA2025003247

For:
JUAN J. MENDOZA, ESQ.
SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, FL 33131

Received by Elsa M. Hudson on the 25th day of August, 2025 at 11:29 am to be served on **R.J. O'BRIEN & ASSOCIATES L.L.C. c/o LEGAL INC CORPORATE SERVICES INC., 476 RIVERSIDE AVE, JACKSONVILLE, Duval County, FL 32202**.

I, Elsa M. Hudson, do hereby affirm that on the **27th day of August, 2025** at **10:37 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **POST-JUDGMENT WRIT OF GARNISHMENT; NOTICE TO DEFENDANT OF RIGHT AGAINST GARNISHMENT OF WAGES, MONEY AND OTHER PROPERTY; and CLAIM OF EXEMPTION AND REQUEST FOR HEARING** with the date and hour of service endorsed thereon by me, to: **Patricia Orange** as **Front desk** at the address of: **476 RIVERSIDE AVE, JACKSONVILLE, Duval County, FL 32202**, who stated they are authorized to accept service for **R.J. O'BRIEN & ASSOCIATES L.L.C. c/o LEGAL INC CORPORATE SERVICES INC.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 38, Sex: F, Race/Skin Color: Black, Height: 5'4", Weight: 225, Hair: Black, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which service was made.

*Elsa M Hudson*

**Elsa M. Hudson**
890

Litigation Process Servers, LLC
8306 Mills Drive
Suite 599
Miami, FL 33183

Our Job Serial Number: JDA-2025003247

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,　　　　　　　Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.
_____/

**POST-JUDGMENT WRIT OF GARNISHMENT**

THE STATE OF FLORIDA:
To Each Sheriff of the State:

YOU ARE COMMANDED to summon the garnishee **R.J. O'BRIEN & ASSOCIATES L.L.C.**, ("Garnishee") to serve an answer to this Post-Judgment Writ of Garnishment (the "Writ") on Juan Mendoza or Miguel E. Del Rivero, whose address is Sequor Law, P.A., 1111 Brickell Avenue, Suite 1250, Miami, Florida 33131, (305) 372-8282 (jmendoza@sequorlaw.com or mdrivero@sequorlaw.com) within 20 days after service on the Garnishee, exclusive of the day of service, and to file the original with the clerk of the Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to defendant **JAMES FISHBACK**, at the time of the answer or was indebted at the time of service of the Writ, or at any time between such times, and in what sum and what tangible and intangible personal property of defendant the Garnishee is in possession

or control of at the time of the answer or had at the time of service of the Writ, or at any time between such times; and whether the Garnishee knows of any other person indebted to defendant, or who may be in possession or control of any of the property of defendant. The amount set forth in Plaintiff's motion is **$ 228,988.71**.

By:  *Bryston Ford*
Deputy Clerk

8/21/2025
Date

2

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

## NOTICE TO DEFENDANT OF RIGHT AGAINST GARNISHMENT OF WAGES, MONEY AND OTHER PROPERTY

This notice is provided pursuant to Florida Statute 77.041.

The Writ of Garnishment delivered to you with this Notice means that wages, money, and other property belonging to you have been garnished to pay a court judgment against you.

**HOWEVER, YOU MAY BE ABLE TO KEEP OR RECOVER YOUR WAGES, MONEY, OR PROPERTY. READ THIS NOTICE CAREFULLY.**

State and federal laws provide that certain wages, money, and property, even if deposited in a bank, savings and loan, or credit union, may not be taken to pay certain types of court judgments. Such wages, money, and property are exempt from garnishment. The major exemptions are listed below on the form for Claim of Exemption and Request for Hearing. This list does not include all possible exemptions. You should consult a lawyer for specific advice.

**IF AN EXEMPTION FROM GARNISHMENT APPLIES TO YOU AND YOU WANT TO KEEP YOUR WAGES, MONEY, AND OTHER PROPERTY FROM BEING GARNISHED, OR TO RECOVER ANYTHING ALREADY TAKEN, YOU MUST COMPLETE A FORM FOR CLAIM OF EXEMPTION AND REQUEST FOR HEARING AS SET FORTH BELOW AND HAVE THE FORM NOTARIZED. IF YOU HAVE A VALID EXEMPTION, YOU MUST FILE THE FORM WITH THE CLERK'S OFFICE WITHIN 20 DAYS AFTER THE DATE YOU RECEIVE THIS NOTICE OR YOU MAY LOSE IMPORTANT RIGHTS. YOU MUST ALSO MAIL OR DELIVER A COPY OF THIS FORM TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY AT THE ADDRESSES LISTED ON THE WRIT OF GARNISHMENT. NOTE THAT THE FORM REQUIRES YOU TO COMPLETE A CERTIFICATION THAT YOU MAILED OR HAND DELIVERED COPIES TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY.**

If you request a hearing, it will be held as soon as possible after your request is received by the court. The plaintiff or the plaintiff's attorney must file any objection within 8 business days if you hand delivered to the plaintiff or the plaintiff's attorney a copy of the form for Claim of Exemption and Request for Hearing or, alternatively, 14 business days if you mailed a copy of the form for claim and request to the plaintiff or the plaintiff's attorney. If the plaintiff or the plaintiff's attorney files an objection to your Claim of Exemption and Request for Hearing, the clerk will notify you and the other parties of the time and date of the hearing. You may attend the hearing with or without an attorney. If the plaintiff or the plaintiff's attorney fails to file an objection, no hearing is required, the writ of garnishment will be dissolved and your wages, money, or property will be released.

**IF YOU HAVE A VALID EXEMPTION, YOU SHOULD FILE THE FORM FOR CLAIM OF EXEMPTION IMMEDIATELY TO KEEP YOUR WAGES, MONEY, OR PROPERTY FROM BEING APPLIED TO THE COURT JUDGMENT. THE CLERK CANNOT GIVE YOU LEGAL ADVICE. IF YOU NEED LEGAL ASSISTANCE YOU SHOULD SEE A LAWYER. IF YOU CANNOT AFFORD A PRIVATE LAWYER, LEGAL SERVICES MAY BE AVAILABLE. CONTACT YOUR LOCAL BAR ASSOCIATION OR ASK THE CLERK'S OFFICE ABOUT ANY LEGAL SERVICES PROGRAM IN YOUR AREA.**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,           Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.
_____/

**CLAIM OF EXEMPTION AND REQUEST FOR HEARING**

**I claim exemptions from garnishment under the following categories as checked:**

☐   1. Head of family wages. (Check either a. or b. below, if applicable.)
      ☐  a.  I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week.
      ☐  b.  I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.
☐   2. Social Security benefits.
☐   3. Supplemental Security Income benefits.
☐   4. Public assistance (welfare).
☐   5. Workers' Compensation.
☐   6. Reemployment assistance or unemployment compensation.
☐   7. Veterans' benefits.
☐   8. Retirement or profit-sharing benefits or pension money.
☐   9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.
☐   10. Disability income benefits.
☐   11. Prepaid College Trust Fund or Medical Savings Account.
☐   12. Other exemptions as provided by law. _____(explain)

5

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Address: _____

Telephone number: _____

**I CERTIFY UNDER OATH AND PENALTY OF PERJURY** that a copy of this **CLAIM OF EXEMPTION AND REQUEST FOR HEARING** has been furnished by (circle one) United States mail or hand delivery on (insert date), to: (insert names and addresses of Plaintiff or Plaintiff's attorney and of Garnishee or Garnishee's attorney to whom this document was furnished).

**I FURTHER CERTIFY UNDER OATH AND PENALTY OF PERJURY** that the statements made in this request are true to the best of my knowledge and belief.

_____        _____
Defendant's signature                                                    Date



**STATE OF FLORIDA**
**COUNTY OF** _____

**Sworn and subscribed to before me this** ____ **day of** _____ (month and year),

**By** _____ (name of person making statement).

**Notary Public/Deputy Clerk**

☐ Personally Known

OR

☐ Produced Identification

Type of Identification Produced: _____

6