*EXHIBIT 2*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,        Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.
_____/

GREENLIGHT CAPITAL, INC.,

    Garnishor,

v.

R.J. O'BRIEN & ASSOCIATES LLC,

    Garnishee.
_____/

### ORDER GRANTING JUDGMENT CREDITOR'S
### MOTION FOR JUDGMENT ON THE GARNISHMENT PLEADINGS

This cause came before the Court on the Motion for Judgment on the Garnishment Pleadings filed by Judgment Creditor/Plaintiff Greenlight Capital, Inc. [ECF No. ____] (the "Motion"). The Court having considered the Motion, the Answer filed by Garnishee, R.J. O'Brien & Associates LLC ("Garnishee"), acknowledging that it is holding property of the Judgment Debtor/Defendant,

James Fishback ("Judgment Debtor") and being otherwise advised in the premises, it is hereby

**ORDERED** and **ADJUDGED** that:

1. Judgment Creditor's Motion is **GRANTED**.

2. Judgment Creditor, Greenlight Capital, Inc., shall recover from Garnishee, R.J. O'Brien & Associates LLC whose address is 222 S. Riverside Plaza, Suite 1200 Chicago, IL 606060, the sum of $400.87 for which let execution issue forthwith.

3. This Court reserves jurisdiction to enter all further orders as necessary.

Done and ordered in Tallahassee, Florida, this day of December \_\_\_\_, 2025.

_____

Copies to: Counsel of Record