*EXHIBIT A*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,        Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CIVIL CONTEMPT AND SANCTIONS**

This cause came before the Court on ____ on Plaintiff's *Motion For Civil Contempt And Sanctions* (the "Motion") ECF No. __. The Court has reviewed the Motion, the record, and is otherwise informed in the matter. Accordingly, it is hereby

ORDERED AND ADJUGED THAT:

1. The Motion is **Granted**.

2. Defendant James Fishback is **HELD IN CONTEMPT** of this Court.

3. Defendant is found to be in violation of the Court's Discovery Order in light of his failure to comply with the production of all documents, and the subsequent filing of a notice of production on the record.

1

4.	Defendant shall pay to the Court's registry a **FINE** of $200.00 per day, starting on the date of this Order and continuing until Defendant complies fully with the Court's Discovery Order.

5.	Attorney's fees and costs totaling $_____ are awarded in favor of the Plaintiff as sanctions against Defendant.

6.	Within ten (10) days from the entry of this Order, Defendant is directed to pay or cause to be paid the sum of $_____ to Plaintiff via cashier's check, money order or wire transfer.

7.	Done and Ordered in Tallahassee, Florida on this ___ day of _____, 2025

_____

2