*EXHIBIT B*

| | |
|---|---|
| **From:** | James Fishback |
| **To:** | Miguel E. Del Rivero |
| **Cc:** | Juan J. Mendoza; Edward H. Davis Jr. |
| **Subject:** | Re: Meet and Confer: Production of Post-Judgment Documents |
| **Date:** | Friday, December 19, 2025 12:57:15 PM |

Miguel, how am I supposed to produce something that I don't have?

On Dec 19, 2025, at 11:35, Miguel E. Del Rivero <mdrivero@sequorlaw.com> wrote:

James,

Pursuant to the Court's Order (attached hereto), you are compelled to produce the following documents: (1) all requests included in the Notice of Deposition, which include 54 separate requests for documents and (2) all documents which you agreed to produce at the deposition, which include the following:

- Records indicating payments from Azoria Capital Inc. in 2025;
- R.J. O'Brien Account Statement Showing No Funds;
- Any Documents regarding loans paid out/loans taken;
- All R.J. O'Brien Statements;
- Confidentiality Agreement with Azoria Investors.

The Court required that you both produce all documents responsive to post-judgment discovery and file a notice of production with the Court. You have failed to comply with either obligation.

The only document you provided to Greenlight in connection with the Court's order is the PDF of your "payments" from Azoria Capital, Inc. from November 19, 2025. This is not acceptable. We request that you provide us all documentation of these payments.

Concerning your statement that you are unable to access your R.J. O'Brien account and that we are "free to subpoena" R.J. O'Brien for that information. That is also unacceptable, and we require production concerning same.

As a result, we demand that you comply with the Court's Order, and provide us all documents requested in the Notice of Deposition and all documents that you agreed to provide by 4:00PM Monday, December 22, 2025. Failure to comply will result in us seeking Court intervention, which includes moving for the imposition of sanctions and a finding of contempt.

Govern yourself accordingly.

## Miguel E. Del Rivero

**Attorney**

1111 Brickell Avenue, Suite 1250
Miami, Florida 33131

| | |
|---|---|
| **work** | (+1) 305-372-8282 ext.212 |
| **email** | mdrivero@sequorlaw.com |
| **web** | www.sequorlaw.com |

**Statement of Confidentiality**

The information in this E-mail is confidential and may be legally privileged. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate, maintain, save or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sequor Law, P.A. for damage arising in any way from its use.

<[DE 43] Order Granting Plaintiff's Motion to Compel (00405030x9F5D7).PDF>