*EXHIBIT C*

← Post


**James Fishback** ✓
@j_fishback

Honored to be at UF last night


**RiftTV** ✓  X.com
@rifttv

**ENCOURAGING:** America First gubernatorial candidate @j_fishback draws 100+ attendees to Town Hall event at the University of Florida during finals week.

The UF College Republicans (@UFCR) described this as the "hardest time of year to gather a crowd."




10:32 AM · Dec 5, 2025 · **4,617** Views

💬 13    🔁 12    ♥ 185    🔖 3    ↑