*EXHIBIT D*

**Brian Jacobson** @BrianHJacobson · Dec 2

Ok

1. How are you paying for your tens of thousands of dollars in purchases at clothing stores etc., when you have claimed in court and on X that you are broke?

2. What qualifications did your UK based Azoria COO Kabir Singh Bawa have that an American did not?

3. Where did the $19,000 come from that your business partner's mother bid on your old Tesla at auction?

4. Why did you think it was a good idea to give out $5,000 checks to everyone in the nation while you were working with DOGE?

5. Don't you think a candidate for governor who has hundreds of thousands of dollars worth of court judgments outstanding against them makes that candidate compromised?

💬 5   🔁 12   ♥ 44   📊 1.5K



**James Fishback** @j_fishback · Dec 2

Thanks, Brian, I'm happy to answer to provide clarity and to debunk the idea that I'd ever duck questions from folks in my state.

1. I'm not broke, I'm not rich. I don't ever aspire to have massive wealth. I'm not sure what purchases you're referring to, but I will not be paying my former employer's legal bills after he counter-sued me and convinced a NY commie judge that I owed him millions in legal bills.

2. Kabir, who lives in the UK, was brought on by Azoria to help kickstart our UK operation, which we later decided against launching.

3. I actually have no idea what you're talking about.

4. I think when the federal governments wasted our tax dollars, and then DOGE identified that waste, tax payers deserved a refund via a DOGE Dividend.

5. What compromises a candidate is taking $30 million from corporate and foreign interests. I haven't.

💬 1   🔁 4   ♥ 33   📊 1.4K