*EXHIBIT 1*

# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### Northern District of Florida

Case Number: 4:25-MC-00031

Plaintiff(s): **GREENLIGHT CAPITAL, INC.,**
vs.
Defendant(s): **JAMES FISHBACK,**

For: JUAN J. MENDOZA, ESQ.
SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, FL 33131

Received by _Maria Cruse,_ on the 24th day of October, 2025 at 3:50 pm to be served on **JPMorgan Chase Bank, N.A., 700 Kansas Lane, Mail Code LA4-7200, Monroe, LA 71203**. I, _Maria Cruse,_ do hereby affirm that on the _27th_ day of _October_, 2025 at _1:30_ P.m., executed service by delivering a true copy of the **POST-JUDGMENT WRIT OF GARNISHMENT; NOTICE TO DEFENDANT OF RIGHT AGAINST GARNISHMENT OF WAGES, MONEY AND OTHER PROPERTY; and CLAIM OF EXEMPTION AND REQUEST FOR HEARING** in accordance with state statutes in the manner marked below:

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(✓) CORPORATE SERVICE: By serving _Lana Robinson_ as _Operations Specialist_.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare I have read the foregoing documents and that the facts stated in it are true and correct. Pursuant to local rules and Fed. R. Civ. P. 4.

_Maria Cruse_

PROCESS SERVER # _10176-110322-LA_
Appointed in accordance with State Statutes

Litigation Process Servers, LLC
8306 Mills Drive, Suite 599
Miami, FL 33183
(305) 340-3100

Our Job Serial Number: 2025004018

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e