*EXHIBIT 2*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,        Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.
_____/

GREENLIGHT CAPITAL, INC.,

    Garnishor,

v.

JPMORGAN Chase Bank N.A.,

    Garnishee.
_____/

## ORDER GRANTING JUDGMENT CREDITOR'S
## MOTION FOR JUDGMENT ON THE GARNISHMENT PLEADINGS

This cause came before the Court on the Motion for Judgment on the Garnishment Pleadings filed by Judgment Creditor/Plaintiff Greenlight Capital, Inc. [ECF No. \_\_\_\_] (the "Motion"). The Court having considered the Motion, the Answer filed by Garnishee, JPMORGAN Chase Bank N.A. ("Garnishee"), acknowledging that it is holding property of the Judgment Debtor/Defendant,

James Fishback ("Judgment Debtor") and being otherwise advised in the premises, it is hereby

**ORDERED** and **ADJUDGED** that:

1. Judgment Creditor's Motion is **GRANTED**.

2. Judgment Creditor, Greenlight Capital, Inc., shall recover from Garnishee, JPMORGAN Chase Bank N.A. whose address is 700 Kansas Lane, Mail Code LA4-7200, Monroe, LA 71203, the sum of $61.71 for which let execution issue forthwith.

3. Greenlight Capital, Inc. shall provide the statutory payment of $100.00 to Garnishee JPMORGAN Chase Bank N.A. pursuant to Fla. Stat. § 77.28 no later than fourteen (14) days after entry of this order, via Garnishee's counsel, Homer Bonner Jacobs Ortiz, 1200 Four Seasons Tower, 1441 Brickell Avenue, Miami, FL 33131.

4. This Court reserves jurisdiction to enter all further orders as necessary.

Done and ordered in Tallahassee, Florida, this day of January ____, 2026.

_____

Copies to: Counsel of Record