# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**GREENLIGHT CAPITAL, INC.,**

    **Plaintiff/Judgment Creditor,**

v.                                        Case No. 4:25-MC-031-MW-MAF

**JAMES FISHBACK,**

    **Defendant/Judgment Debtor,**

_____/

# O R D E R

Plaintiff Greenlight Capital, Inc. [hereinafter "Greenlight"] obtained a judgment in its favor in the amount of $228,988.71, against Defendant James Fishback. ECF No. 1. The Judgment was registered in this Court, ECF No. 1, remains outstanding, and a Writ of Execution was issued on June 3, 2025. ECF No. 6.

On December 22, 2025, Greenlight filed a motion for judgment on the garnishment pleadings, ECF No. 54, as to the Writ of Garnishment served on R.J. O'Brien & Associates LLC. *See* ECF No. 13. R.J. O'Brien's answer to the writ shows it holds property for Defendant "Fishback totaling

$400.87." ECF No. 54 at 2-3. Prior to ruling on that motion, Defendant Fishback was afforded an opportunity to file a response and given until **January 23, 2026,** to respond. ECF No. 56.

On January 15, 2026, Greenlight filed another motion for judgment on the garnishment pleadings, ECF No. 57, this time directed to the Writ of Garnishment served on JPMORGAN Chase Bank N.A. ["Chase Bank"]. *See* ECF No. 39. Chase Bank's answer to the writ shows it holds property for Defendant Fishback in the amount of $61.71. ECF No. 46 at 1-2.

Pursuant to the Local Rules of this Court, a party opposing a motion must file a memorandum in opposition. N.D. Fla. Loc. R. 7.1(E). Defendant Fishback is advised that a response to the motion must be filed no later than **January 29, 2026**. Furthermore, he should consider that the Court may grant the motion "by default" if Plaintiff "does not file a memorandum as required by this rule." N.D. Fla. Loc. R. 7.1(H).

Accordingly, it is

**ORDERED:**

1. Defendant Fishback has until **January 23, 2026,** to respond to Plaintiff's first motion for judgment on the garnishment pleadings, ECF No. 54, pertaining to R.J. O'Brien & Associates.

Case No. 4:25-MC-031-MW-MAF

2. Defendant Fishback has until **January 29, 2026,** to respond to Plaintiff's second motion for judgment on the garnishment pleadings, ECF No. 57, pertaining to Chase Bank.

3. Defendant Fishback has until **January 23, 2026**, to respond to Plaintiff's motion for civil contempt and sanctions, ECF No. 55.

4. The Clerk of Court shall return this file upon Defendant Fishback's filing of responses, or no later than January 29, 2026.

**DONE AND ORDERED** on January 16, 2026.

S/   Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**