# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

      Plaintiff/Judgment Creditor,           Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

      Defendant/Judgment Debtor.

_____/

GREENLIGHT CAPITAL, INC.,

      Plaintiff,

v.

JAY T. FISHBACK,

      Defendant in Proceedings Supplementary.

_____/

## MOTION FOR CLERK'S DEFAULT JUDGMENT
## AGAINST JAY T. FISHBACK

Greenlight Capital Inc. (the "Plaintiff") moves the Clerk of Court for entry of a clerk's entry of default against Jay T. Fishback ("Impleader Defendant") under Fed R. Civ. Pro. 55(a) and in support states as follows:

1.      On March 31, 2025, a final judgment (the "Final Judgment") was entered in favor of Greenlight and against Fishback by the U.S. District Court for the Southern District of New York.

2.      On May 9, 2025, the Final Judgment was registered in this Court pursuant to 28 U.S.C. § 1963. Accordingly, as of May 9, 2025, the Final Judgment has the same effect as a judgment of the District Court for the Northern District of Florida and is enforceable in Florida. *See* ECF No. 1 (Registration of Foreign Judgment).

3.      On November 5, 2025, this Court initiated supplementary proceedings against Impleader Defendant (the "Order"). [ECF No. 45]. The Court ordered the Impleader Defendant to "show cause within twenty days after service of this Order and Notice to Appear by filing an affidavit what states why the 2023 Tesla Model 3, Florida License Plate: BN90UM, and vehicle identification number: 5YJ3E1EA7PF541502 (the "2023 Tesla") should not be applied towards satisfaction of Plaintiff Greenlight Capital, Inc.'s judgment." *See id.* at pp. 4-5.

4.      On December 1, 2025, Plaintiff served Impleader Defendant with the following: (1) Order; (2) Notice to Appear in Proceedings Supplementary; and (3) *Ex Parte* Motion to Commence Proceedings Supplementary and Issue a Notice to Appear to Jay T. Fishback with Exhibits at 4009 Davis Place, NW, Apt. 202, Washington, DC 20007. *See* attached hereto as **Exhibit 1** is the return of service of Impleader Defendant.

5.      Accordingly, Impleader Defendant had until December 22, 2025, to serve its answer in response to the Order.

6.      Impleader Defendant, however, failed to serve any response to the Order or otherwise make an appearance as of the filing of this Motion. Pursuant to Fed R. Civ. P. 55(a), attached hereto as **Exhibit 2** is an affidavit by counsel for Plaintiff demonstrating Impleader Defendant's default.

7.      Accordingly, a Clerk's entry of default should be entered against the Impleader Defendant pursuant to Fed R. Civ. P. 55(b)(1).

WHEREFORE, Plaintiff respectfully seeks entry of a clerk's entry of default against Impleader Defendant, Jay T. Fishback, in the form substantially similar to the proposed order attached hereto as **Exhibit 3**, due to the Impleader Defendant's failure to plead or otherwise respond.

Dated: January 21, 2026          Respectfully submitted,

**Counsel for Plaintiff/Judgment Creditor**
SEQUOR LAW, P.A.
1111 Brickell Avenue, Ste. 1250
Miami, FL 33131
Tel: (305) 372-8282
Fax: (305) 372-8202

By:    */s/ Miguel E. Del Rivero*
       Edward H. Davis Jr.,
       Florida Bar No.: 704539
       Email: edavis@sequorlaw.com
       Juan J. Mendoza
       Florida Bar No.: 113587
       Email: jmendoza@sequorlaw.com
       Miguel E. Del Rivero
       Florida Bar No.: 1048586
       Email: mdrivero@sequorlaw.com

3

## Local Rule 7.1(B) Conferral Certificate

I certify that, prior to filing this Motion, I made a good faith effort to confer with Impleader Defendant as listed in Exhibit 2. We advised that failure to file an answer pursuant to the Notice to Appear will require us to file a Motion for Clerk's Default. Unfortunately, those efforts were unsuccessful as Impleader Defendant failed to respond.

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent email notification of such filing to all CM/ECF participants; via Electronic Mail to Judgment Debtor, James Fishback tommyfishback@gmail.com; via First Class U.S. Mail to Jay T. Fishback, 4009 Davis Place, NW, Apt. 202, Washington, DC20007; and via First Class U.S. Mail to Judgment Debtor, James Fishback, 115 SW Pinckney Street, Madison, FL 32340 on January 21, 2026.

/s/ Miguel E. Del Rivero
Miguel E. Del Rivero

SEQUOR LAW, P.A.