*EXHIBIT 1*

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

**Greenlight Capital, Inc.**
      *Plaintiff*

vs.  Case No: 4:25-MC-031-MW-MAF

**James Fishback**
      *Defendant*

## DECLARATION OF SERVICE

I, Nigyl Nibblins, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Order dated November 5, 2025; Notice to Appear in Proceedings Supplementary Pursuant to FLA. STAT. § 56.29(2) AND Fed. R. Civ. P. 69; and Ex Parte Motion (I) to Commence Proceedings Supplementary and (II) Issue a Notice to Appear to Jay T. Fishback with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 12/01/2025 at 8:21 PM, I personally served Jay T. Fishback with the Order dated November 5, 2025; Notice to Appear in Proceedings Supplementary Pursuant to FLA. STAT. § 56.29(2) AND Fed. R. Civ. P. 69; and Ex Parte Motion (I) to Commence Proceedings Supplementary and (II) Issue a Notice to Appear to Jay T. Fishback with Exhibits at 4009 Davis Place, NW, Apt. 202, Washington, DC 20007.

Jay T. Fishback is described herein as:

Gender: Male   Ethnicity: Caucasian   Age: 65   Weight: 170   Height: 5'11"   Hair: Gray

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/02/2025

*Nigyl Nibblins*

Capitol Process Services, Inc.
7500 Greenway Center Drive, Suite 420
Greenbelt, Maryland 20770
(202) 667-0050

Client Ref Number:
Job #:14667438