*EXHIBIT 2*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,        Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.
_____/

GREENLIGHT CAPITAL, INC.,

    Plaintiff,

v.

JAY T. FISHBACK,

    Defendant in Proceedings Supplementary.
_____/

**AFFIDAVIT IN SUPPORT OF MOTION OF CLERK'S
ENTRY OF DEFAULT JUDGMENT AGAINST JAY T. FISHBACK**

    1.    My name is Miguel E. Del Rivero, Esq. I am over the age of 18 and make this affidavit upon personal knowledge of the facts set forth herein. I am an attorney at Sequor Law, P.A., 1111 Brickell Avenue, Suite 1250, Miami, Florida 33131. My Florida Bar number is 1048586.

    2.    I submit this Affidavit, pursuant to Fed. R. Civ. P. 55(a), in support of the *Motion for Clerk's Entry of Default Judgment Against Jay T. Fishback*.

3. Sequor Law, P.A. represents Greenlight Capital, Inc. (the "Plaintiff"), which holds a judgment against James Fishback (the "Judgment Debtor").

4. On December 1, 2025, Jay T. Fishback (the "Impleader Defendant") was served with the Court's Order initiating supplementary proceedings [ECF No. 45 pp. 1-5], the notice to appear [ECF No. 45 pp. 6-7], and a copy of the filed motion [ECF No. 42]. Attached to the *Motion of Clerk's Entry of Default Judgment Against Jay T. Fishback* (the "Motion") as **Exhibit 1**, is an Affidavit of Service that provides that Plaintiff served the Impleader Defendant on December 1, 2025.

5. On Monday, January 12, 2026, the undersigned mailed a letter to the Impleader Defendant at the same address at which service was effected, and also to James Fishback at his home address, and via email to James Fishback, advising that failure to file an answer would result in the filing of the instant motion on January 20, 2026.

6. As of the date of execution of this Affidavit, the Impleader Defendant has filed neither a pleading or response as directed by the Order nor requested additional time to file a response.

I declare under penalty of perjury that the foregoing affidavit is true and correct.

Executed on January 21, 2026 in Miami, Florida.

/s/ Miguel E. Del Rivero
MIGUEL E. DEL RIVERO