*EXHIBIT 3*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

GREENLIGHT CAPITAL, INC.,

 Plaintiff/Judgment Creditor,     Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

 Defendant/Judgment Debtor.
_____/

GREENLIGHT CAPITAL, INC.,

 Plaintiff,

v.

JAY T. FISHBACK,

 Defendant in Proceedings Supplementary.
_____/

**CLERK'S ENTRY OF DEFAULT**

 Upon the motion of Plaintiff Greenlight Capital Inc. in the above styled cause and having examined the records and there appearing to be no pleadings filed by Jay T. Fishback responsive to the Court's Order [ECF No. 45], default is hereby entered against Jay T. Fishback on January ___, 2026.

                  JESSICA J. LYUBLANOVITS
                  CLERK OF COURT

_____            _____
**DATE**                      **Deputy Clerk:**