UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,    Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.
_____/

GREENLIGHT CAPITAL, INC.,

    Plaintiff,

v.

JAY T. FISHBACK,

    Defendant in Proceedings Supplementary.
_____/

## CLERK'S ENTRY OF DEFAULT

Upon the motion of Plaintiff Greenlight Capital Inc. in the above styled cause and having examined the records and there appearing to be no pleadings filed by Jay T. Fishback responsive to the Court's Order [ECF No. 45], default is hereby entered against Jay T. Fishback on January 22, 2026.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

1/22/2026

*Bryston Ford*

**DATE**

**Deputy Clerk:**