UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    Plaintiff/Judgment Creditor,                   Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

    Defendant/Judgment Debtor.
_____/

**CERTIFICATE OF SERVICE OF
CLERK'S ENTRY OF DEFAULT**

Judgment Creditor, Greenlight Capital, Inc. ("Greenlight"), hereby certifies that on **January 23, 2026**, it served copies of the following document, Clerk's Entry of Default [ECF No. 60], by First Class U.S. Mail upon Jay T. Fishback at his address and upon James Fishback ("Judgment Debtor") at his address. Greenlight further certifies that a copy was served to the Judgment Debtor by email on **January 22, 2026**.

[Signature on following page]

Dated: January 23, 2026

Respectfully submitted,
Counsel for Plaintiff/Judgment Creditor
SEQUOR LAW, P.A.
1111 Brickell Avenue, Ste. 1250
Miami, FL 33131
Tel: (305) 372-8282
Fax: (305) 372-8202

By: */s/ Miguel E. Del Rivero*
Edward H. Davis Jr.,
Florida Bar No.: 704539
Email: edavis@sequorlaw.com
Juan J. Mendoza
Florida Bar No.: 113587
Email: jmendoza@sequorlaw.com
Miguel E. Del Rivero
Florida Bar No.: 1048586
Email: mdrivero@sequorlaw.com

2