IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,
   Plaintiff/Judgment Creditor,

v.                      Case No. 4:25-mc-00031-MW-MAF

JAMES FISHBACK,
   Defendant/Judgment Debtor.
_____/

DECLARATION OF JAMES FISHBACK

I, James Fishback, declare as follows:

1. I am the Defendant and Judgment Debtor in this matter. I submit this declaration in response to the Court's January 8, 2026 Order compelling turnover of certain property, and Plaintiff's December 22, 2025 motion for contempt.

2. Plaintiff alleges purchases dating as far back as March 15, 2024, nearly twenty-two months ago. I have not been able to identify the specific items in question, whether they are still in my possession, and which items are tangible items that could be transferred.

3. With all due respect to this Honorable Court, the directive that Defendant "must turn over the 43 items purchased as listed" presumes facts not established in the record. The existence of forty-three financial transactions does not equate to the existence of forty-three discrete items, or even tangible items at all.

FILED USDC FLND TL
JAN 30 '26 PM 4:27
Bf

4. This Honorable Court wrote in its order that "Frankly, the Court does not know what was purchased." Therefore, I respectfully request that the Plaintiff provide a list identifying specific physical items alleged to exist and alleged to be within my possession, custody, or control so I can promptly comply with this Honorable Court's orders, which I seek to do out of respect for this Court's inherent authority.

5. Furthermore, I do not personally possess any physical share certificates or shares of Azoria Capital, Inc. As such, I cannot turn over property that I do not personally possess.

6. To the best of my knowledge, I have complied with the Court's Discovery Order by producing documents and information within my possession. Plaintiff is in possession of thousands of pages of my financial records, debit card statements, bank statements, and more. I cannot produce documents that do not exist or that are not within my possession, custody, or control.

For example, among other items, Plaintiff seeks contempt over my "failure" to produce "all documents evidencing real or personal property and other tangible or intangible assets, including vehicles, jewelry, precious metals or stones..."

I cannot produce documents responsive to this request because I do not own a vehicle, jewelry, precious metals, precious metals or stones. Because I do not own such assets, I do not possess documentation evidencing them.

What's more, Plaintiff seeks contempt over my "failure" to produce RJ O'Brien roughly 2,920 individual daily brokerage statements beginning in 2018. I do not possess these daily

statements beginning in 2018, and therefore I cannot turn them over.

I respectfully submit that any nonproduction described herein is the result of a lack of clarity from the Plaintiffs, not refusal. I have produced all materials within my possession, custody, or control and remain ready to comply promptly with any clarified order identifying specific property or documents alleged to exist and be within my control.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed on January 30, 2026**

**s/James T. Fishback**