*EXHIBIT A*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

GREENLIGHT CAPITAL, INC.,

       Plaintiff/Judgment Creditor,           Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

       Defendant/Judgment Debtor.

_____/

**ORDER GRANTING MOTION TO COMPEL AZORIA CAPITAL, INC.**
**TO COMPLY WITH POST-JUDGMENT DISCOVERY**

THIS MATTER came upon the *Motion To Compel Azoria Capital, Inc. To Comply With Post-Judgment Discovery And Memorandum In Support* (the "<u>Motion</u>").  The Court has considered the Motion, the application of the Federal Rules of Civil Procedure, the record, and is otherwise duly informed.

Accordingly, it is **ORDERED** and **ADJUDGED** that:

1.      The Motion is GRANTED.

2.      Azoria Capital, Inc. must produce all documents responsive to the subpoena served upon it no later than 10 days from the date of this Order.

3.      Attorney's fees and costs totaling $_____ are awarded in favor

of the Plaintiff as sanctions against Azoria Capital, Inc.

       IT IS SO ORDERED, this _____ day of _____, 2026.


                          _____