*EXHIBIT C*

# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### Northern District of Florida

Case Number: 4:25-MC-00031

Plaintiff(s): **GREENLIGHT CAPITAL, INC.,**
vs.
Defendant(s): **JAMES FISHBACK,**

For: Miguel E. Del Rivero SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, FL 33131

Received by FRANK PRITCHETT on the 5th day of November, 2025 at 3:50 pm to be served on **Azoria Capital, Inc. c/o VCorp Agent Services Inc., 108 W. 13th Street, Suite 100, Wilmington, DE 19801.** I, FRANK PRITCHETT, do hereby affirm that on the 7TH day of NOVEMBER, 20 25 at 11 : 00 A .m., executed service by delivering a true copy of the **SUBPOENA DUCES TECUM IN AID OF EXECUTION** in accordance with state statutes in the manner marked below:

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving ROBIN HUTT-BANKS as MANAGING AGENT.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare I have read the foregoing documents and that the facts stated in it are true and correct. Pursuant to Florida Statutes 92.525 and Fed. R. Civ. P. 4.

FRANK PRITCHETT
PROCESS SERVER # 1984
Appointed in accordance with State Statutes

Litigation Process Servers, LLC
8306 Mills Drive, Suite 599
Miami, FL 33183
(305) 340-3100

Our Job Serial Number: 2025004152