*EXHIBIT D*

**Miguel E. Del Rivero**

| | |
|---|---|
| **From:** | Maday Cohen |
| **Sent:** | Thursday, January 8, 2026 6:07 PM |
| **To:** | info@investazoria.com |
| **Cc:** | Miguel E. Del Rivero |
| **Subject:** | RE: Greenlight Capital, Inc. v. James Fishback (case No. 4:25-mc-00031) |

Just touching base on the status of your search.  How much more time you need?

Hope to hear back soon. Thanks!

# Maday Cohen
**Paralegal**



1111 Brickell Avenue, Suite 1250
 Miami, Florida 33131

**work**  (+1) 305-372-8282 ext. 243
**email**  mcohen@sequorlaw.com
**web**  www.sequorlaw.com

**Statement of Confidentiality**
The information in this E-mail is confidential and may be legally privileged. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate, maintain, save or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sequor Law, P.A. for damage arising in any way from its use.

**From:** Maday Cohen
**Sent:** Tuesday, January 6, 2026 12:40 PM
**To:** 'info@investazoria.com' <info@investazoria.com>
**Cc:** Miguel E. Del Rivero <mdrivero@sequorlaw.com>
**Subject:** RE: Greenlight Capital, Inc. v. James Fishback (case No. 4:25-mc-00031)

Good afternoon,

I am following up, your response to the subpoena is overdue. Please advise the status of your search.

Thank you,

**From:** Maday Cohen
**Sent:** Friday, December 26, 2025 4:56 PM
**To:** info@investazoria.com
**Subject:** Greenlight Capital, Inc. v. James Fishback (case No. 4:25-mc-00031)

Good afternoon,

This correspondence is in reference to the attached subpoena.  Could we please have an update on when you expect to complete your searches and produce any responsive documents?

Regards,

*Maday Cohen*