*EXHIBIT E*



**Max** 🟩 ✓ **@MaxNordau** · 5h

BREAKING: Fringe Florida gubernatorial candidate James Fishbeck (R-DC) announces that he will defy a $229,000 court order with a deadline of January 30, 2026.

Question: "Reading a headline: 'James Fishbeck ordered to turn over Azoria stock, luxury items to pay $229,000 court judgment.' Do you plan to pay this, yes or no?"

Fishbeck: "No. I don't—My billionaire ex-boss who was trained by George Soros? No, I'm not paying him a penny. He convinced a New York judge—the same one that sided against President Trump—that I have to pay him $5 million in legal fees. I'm not paying him a penny. And you can go tell the judge that himself. I don't care."



💬 6   🔁 12   ♡ 48   📊 1.6K

**Joe** ✓ **@JoePostingg** · 16h