*EXHIBIT F*

# Miguel E. Del Rivero

| | |
|---|---|
| **From:** | Miguel E. Del Rivero |
| **Sent:** | Thursday, February 12, 2026 10:57 AM |
| **To:** | James Fishback; 'info@investazoria.com' |
| **Cc:** | Juan J. Mendoza |
| **Subject:** | Greenlight Capital, Inc. v. Fishback (No. 4:25-mc-00031); Subpoena in Aid of Execution |
| **Attachments:** | Subpoena - Azoria Capital, Inc. (00405049x9F5D7).PDF; Return of Service - Azoria Capital, Inc. (00405274x9F5D7).PDF |

James,

As you are aware, we served a subpoena in aid of execution on Azoria Capital, Inc. on its registered agent on November 7, 2025. For your reference, see attached the subpoena and the return of service. We have not received any responses, and the deadline to produce all documents in accordance with the subpoena--December 15, 2025--has long since passed. Greenlight sent several follow-up emails inquiring as to the status of the production yet have not received any response.

As a result, we are emailing you, as you are the Founder and Chief Executive Officer of Azoria Capital, Inc.

If we do not receive a full production of all documents requested by close of business on February 17, 2026, Greenlight will seek appropriate relief from the Court.

1