*EXHIBIT A*



JAMES T FISHBACK  |  Account # ███████ 0313  |  April 6, 2023 to May 5, 2023

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████████████████████████████████████ | ████ |
| ████ | ████████████████████████████████<br>████ | ████ |
| ████ | ████████████ ████████ ████████ | ████ |
| ████ | ██████ ████████ ████ █ | ████ |
| ████ | ████████ ████████ ████████ | ████ |
| ████ | ██████ ████████ ████ █ | ████ |
| ████ | ████████ ████████ ████████ | ████ |
| ████ | ████████ ████████ ████████ | ████ |
| ████ | ██████ ████████ ████ █ | ████ |
| ████ | ████████ ████████ ████ | ████ |
| ████ | ████████ ████████ ████████ | ████ |
| ████ | ██████ ████████ ██████████ | ████ |
| ████ | ████████ ████████ █ | ████ |
| ████ | ████████████ ████████████ | ████ |
| ████ | ████████████ ████████ | ████ |
| ████ | ████████ ████████ ████ | ████ |
| ████ | ██████ ████████████ | ████ |
| ████ | ████████ ████████ █ | ████ |
| ████ | ████████ ████████ █ | ████ |

**Total ATM and debit card subtractions** ████████

## Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████████████████████ | ████ |
| ████ | ████████████████ | ████ |
| ████ | ██████████████████████<br>██████████████████ | ████ |
| 04/12/23 | TESLA MOTORS    DES:TESLA MOTO ID:2QK3D2U8RSRM8D6  INDN:JAMES FISHBACK    CO<br>ID:5912197729 PPD | -10,077.28 |
| ████ | ████████████████████ | ████ |

*continued on the next page*



**JAMES T FISHBACK  |  Account # ███████ 0313  |  June 7, 2023 to July 6, 2023**

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████████████ █ | ███ |
| ████ | ████████ TD AUTO FINANCE DES:BILL █ | ██ |
| ████ | ████████████ ███ | ███ |
| ████ | █████ ███████████ █ | ███ |
| ████ | █████ █████████ █ | ███ |
| ████ | ████ ████████████ █ | ███ |
| ████ | ████ ████████████ █ | ███ |
| ████ | █████ ███████ █ | ███ |
| ████ | ████ ██████████ ██████ | ███ |
| ████ | █████ ████ ████████ | ███ |
| ████ | █████ █████████ █ | ███ |
| ████ | █████ █████████ █ | ███ |
| ████ | ████ ██████████ | ███ |

**Total ATM and debit card subtractions** ████████

## Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 06/07/23 | TD AUTO FINANCE DES:BILL PAY ID:18972374211 INDN:JAMES FISHBACK    CO ID:7529150911 WEB | -651.61 |
| 06/█ | ███████████ ████████ ██████ █ | ███ |
| ████ | ██████████ ████████ ██████ ██████ █ | ███ |
| ████ | ██████████ ████████ ████████ █ | ███ |
| ████ | ████████████ █████████ █ | ███ |
| ████ | ██████████ █████████ | ███ |
| ████ | ██████ ████████ ████████ ██████ █ | ███ |
| ████ | ██████ █████████ █ █ | ███ |
| ████ | ████████ █████████ | ███ |
| ████ | ████████ █████████ | ███ |

*continued on the next page*

JAMES T FISHBACK  |  Account # ████████0313  |  June 7, 2023 to July 6, 2023

## Withdrawals and other subtractions - continued

### Other subtractions - continued



| Date | Description | | Amount |
|------|-------------|---|--------|
| ██████ | ██████████████████ | | ████ |
| ██████ | ██████████████ | | ████ |
| 06/26/23 | TD AUTO FINANCE  DES:LOAN PYMT  ID:002911104431258  INDN:JAY FISHBACK  CO  ID:8202614244 WEB | | -651.61 |
| ██████ | ████████████████████ | | ████ |
| ██████ | ██████████████████ ██ | | ████ |
| ██████ | ██████████ ████████████ ██ | | ████ |
| ██████ | ██████████████ | | ████ |

**Total other subtractions** ████████

## Checks



| Date | Check # | Amount |
|------|---------|--------|
| ██████ | | ████ |

**Total checks** ████
**Total # of checks** █

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| ██████ | ████████████████ | ████ |

**Total service fees** ████

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

JAMES T FISHBACK  |  Account # ██████████ 0313  |  July 7, 2023 to August 8, 2023

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████████████ ██ | ███ |
| ████ | ███████████████████ ██████ ███████ | ███ |
| ████ | █████ █████ ████ █ | ███ |
| ████ | ██████████ ██████████ | ███ |

**Total ATM and debit card subtractions** ████████

### Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████████████ | ███ |
| ████ | ███████ █████████ | ███ |
| ████ | ██ | |
| ████ | █████████████ | ███ |
| ████ | ████████████████ ██ | ███ |
| ████ | ██████ | |
| ████ | ████ █████████ ██████ ████████ █ | ███ |
| ████ | █████████████ █████████ | ███ |
| ████ | ██████████ ████████ | ███ |
| ████ | ████ ███ | |
| ████ | █ ██████ ██████ ███████ | ███ |
| ████ | ██████████████ | ███ |
| ████ | ████████████████ | ███ |
| ████ | ██████ | |
| ████ | ████ █████████ ██████ | ███ |
| ████ | ██ | |
| ████ | ███ ██████ █████ █ | ███ |
| 07/26/23 | TD AUTO FINANCE  DES:LOAN PYMT  ID:002911104431258  INDN:JAY FISHBACK          CO | -651.61 |
| | ID:8202614244 WEB | |
| ████ | █████████████ | ███ |
| ████ | ███████████ ██████ █ | ███ |
| ████ | █████████████ | ███ |

continued on the next page

JAMES T FISHBACK  |  Account # ████████ 0313  |  August 9, 2023 to September 6, 2023

# Withdrawals and other subtractions - continued

## Other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████████████ | ████ |
| ████ | ██████████████████ | ████ |
| ████ | ██████████████  ██████  ████████ ██ | ████ |
| ████ | ████████  ██████  █████████  ██ | ████ |
| 08/28/23 | TD AUTO FINANCE  DES:LOAN PYMT  ID:002911104431258  INDN:JAY FISHBACK        CO ID:8202614244 WEB | -651.61 |
| ████ | ██████████████ | ████ |
| ████ | ██████████████████ | ████ |
| ████ | ████████████████████ | ████ |
| ████ | ████████████████████  ██ | ████ |
| ████ | ████████  ██████████  ██ | ████ |
| ████ | ██████████████████████ | ████ |
| | ██████████████████ | |
| ████ | ████████████████ | ████ |

**Total other subtractions** ████

# Service fees

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| ████ | ████████ | |

**Total service fees** ████

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

## Withdrawals and other subtractions - continued

### Other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|



| 09/26/23 | TD AUTO FINANCE DES:LOAN PYMT ID:002911104431258 INDN:JAY FISHBACK    CO ID:8202614244 WEB | -651.61 |

**Total other subtractions**

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|



**Total service fees**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

JAMES T FISHBACK  |  Account #████████ 0313  |  October 6, 2023 to November 6, 2023

# Withdrawals and other subtractions - continued

## Other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|



| 10/26/23 | TD AUTO FINANCE  DES:LOAN PYMT  ID:002911104431258  INDN:JAY FISHBACK        CO  ID:8202614244 WEB | -651.61 |

**Total other subtractions**

# Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|

**Total service fees**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

JAMES T FISHBACK  |  Account # ███████ 0313  |  November 7, 2023 to December 5, 2023

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions - continued

| Date | Description | | Amount |
|------|-------------|--|--------|
| ████ | ████████████ | ████████████ | ███ |
| ████ | ████████████ | ████████████ | ███ |
| ████ | ████████████ | ████████████ | ███ |

**Total ATM and debit card subtractions** ████████

### Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| █████ | ████████████████████████████████████ | ███ |
| █████ | ███████████████████████████████████████████ | ███ |
| █████ | ████████████████████████████████████ | ███ |
| █████ | ███████████████████████████  ██████████ ██ | ███ |
| █████ | ██ ████████████ ████████████████ ██████████ ██ | █████ |
| █████ | ██████████████████ ████████████ ██████████ ██ | ███ |
| █████ | ████████████████████████████████ | ███ |
| █████ | ██████████████████████████████ | ███ |
| █████ | ██████████████████████████████████ ██ | ███ |
| █████ | █████████████████████████████████████████████ ██ | ████ |
| █████ | ██ ████████████ ████████████████ ██████████ ██ | ███ |
| █████ | █████████████████████████ | ███ |
| █████ | ████████████████████████████████ | ███ |
| 11/27/23 | TD AUTO FINANCE  DES:LOAN PYMT  ID:002911104431258  INDN:JAY FISHBACK  CO  ID:8202614244 WEB | -651.61 |
| █████ | ███████████████████████████ | ███ |
| █████ | █████████████████████████████████ ██ | ███ |
| █████ | ██████████████████ ████████████████ ██ | ███ |

**Total other subtractions** ████████

JAMES T FISHBACK  |  Account # ████████ 0313  |  December 6, 2023 to January 5, 2024

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued



| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████████████ █ | ███ |
| ████ | ████████████████ █ | ███ |
| ████ | ████████████ █ | ███ |
| ████ | ██████████████ ██████████ | ███ |
| ████ | ███████████████ █ | ███ |
| ████ | ███████████████ █ | ███ |
| ████ | █████████████████████ | ███ |
| ████ | ████████████ █████████ | ███ |
| ████ | ████████████████ █ | ███ |
| ████ | ████ ██████████ | ███ |
| ████ | ██████████ █ | ███ |

**Total ATM and debit card subtractions** ████████

## Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ██████████████ | ███ |
| ████ | ██████████████████ ████████ █ | ███ |
| ████ | ████████████ ██ █ | ████ |
| ████ | ███████ ████ ████ | ███ |
| ████ | ██████████████ ████ ████ █ | ███ |
| 12/26/23 | TD AUTO FINANCE DES:LOAN PYMT ID:002911104431258 INDN:JAY FISHBACK       CO ID:8202614244 WEB | -651.61 |
| ████ | ██████████████████ █ | ███ |
| ████ | ████████ ██████████ █ | ███ |

**Total other subtractions** ████████

# Service fees

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| ████ | ████████████ | ██ |

**Total service fees** ████

*Note your Ending Balance already reflects the subtraction of Service Fees.*



JAMES T FISHBACK  |  Account # ████████ 0313  |  January 6, 2024 to February 5, 2024

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ██████████████████████████ █ | ██ |
| ████ | ██████████████████████████ █ | ██ |
| ████ | ████████████████████████ | ██ |
| ████ | ████████████ █ ██████████████ | ██ |
| ████ | ███████████████████████ █ █ | ██ |
| ████ | █████████████ █ █████████████ | ██ |
| ████ | █████████████ █ █████████████ | ██ |
| ████ | ████████████████████████ | ██ |
| ████ | ████████████████████████ | ██ |
| ████ | █████████████████████████ | ██ |
| ████ | ████████████████████ █ | ██ |
| ████ | ███████████████████ █ | ██ |

**Total ATM and debit card subtractions** ████████

## Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| █████ | ████████████████████████ | ███ |
| █████ | ███████████████████████ ██████████ | ███ |
| █████ | █████████ ████████ ████████ ██████ ████████ | █████████ |
| █████ | ████████████████████████████ █ | ████ |
| █████ | ███████████████████████████████ | ████ |
| █████ | ████████████ ████████ ████████ █ | ███ |
| █████ | █████████ ████ ████ █████████████ █ | ███ |
| 01/26/24 | TD AUTO FINANCE  DES:LOAN PYMT  ID:002911104431258  INDN:JAY FISHBACK        CO | -651.61 |
|          | ID:8202614244 WEB | |

*continued on the next page*





JAMES T FISHBACK   |   Account # ▇▇▇▇▇▇ 0313   |   February 6, 2024 to March 6, 2024

# Withdrawals and other subtractions - continued

## Other subtractions

| Date | Description | Amount |
|------|-------------|--------|

| 02/26/24 | TD AUTO FINANCE  DES:LOAN PYMT  ID:002911104431258  INDN:JAY FISHBACK          CO  ID:8202614244 WEB | -651.61 |

### Total other subtractions

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.



JAMES T FISHBACK   |   Account # ███████ 0313   |   March 7, 2024 to April 5, 2024

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████████████████████ ████████████ | ████ |
| ████ | ██████████████ █ | ████ |
| ████ | ████████████████ █ | ████ |
| ████ | ████████████ | ████ |
| ████ | ████████████ █ | ████ |
| ████ | ████████████████ ██████████ | ████ |
| | ████████ | |
| ████ | ██████████████ ████████ | ████ |
| ████ | ████████████████ | ████ |
| ████ | ████████████████ | ████ |
| ████ | ██████████████ ████████ | ████ |
| ████ | ██████████████ ████████ | ████ |

**Total ATM and debit card subtractions** ████████

## Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████████████████ ██████████ | ████ |
| | ██ | |
| ████ | ██████████████████████████ █ | ████ |
| | ████████ | |
| ████ | ████████ ██████████ ██████████ | ████ |
| | ████████ | |
| ████ | ██████████████ ████████ ████████ | ████ |
| | ██ | |
| ████ | ████████████████████████████ | ████ |
| ████ | ████████████████████ | ████ |
| ████ | ██████ ██████ ████████████ █ | ████ |
| 03/26/24 | TD AUTO FINANCE  DES:LOAN PYMT  ID:002911104431258  INDN:JAY FISHBACK        CO ID:8202614244 WEB | -651.61 |
| ████ | ████████████████ | ████ |

*continued on the next page*



JAMES T FISHBACK   |   Account # ████████ 0313   |   April 6, 2024 to May 7, 2024

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|



**Total ATM and debit card subtractions**

## Other subtractions

| Date | Description | Amount |
|------|-------------|--------|

04/26/24   TD AUTO FINANCE  DES:LOAN PYMT  ID:002911104431258  INDN:JAY FISHBACK        CO    -651.61
           ID:8202614244 WEB

*continued on the next page*



JAMES T FISHBACK  |  Account # ████████ 0313  |  May 8, 2024 to June 4, 2024

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████████ ████████████ | ████ |
| ████ | ████████████ ████████████ | ████ |
| ████ | ████████████ ████████████ | ████ |
| ████ | ████ ████ ████ █ | ████ |
| ████ | ████ ████ ████ ████ █ | ██ |
| ████ | ████████ ████████ | ████ |
| ████ | ████ ████ █ | ████ |
| ████ | ████ ████ ████ █ | ████ |
| ████ | ████ ████ ████ █ | ████ |
| ████ | ████████████ ██ █ | ████ |
| ████ | ████ ████ ████████ █ | ████ |

**Total ATM and debit card subtractions** ██████

## Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████ ████████ | |
| ████ | ████████████ ██ | ████ |
| ████ | ████ ████ ████████ ██ | ████ |
| ████ | ████ ████ ████████ █ | ████ |
| 05/28/24 | TD AUTO FINANCE  DES:LOAN PYMT  ID:002911104431258  INDN:JAY FISHBACK          CO ID:8202614244 WEB | -651.61 |
| ████ | ████████ █ | ████ |
| ████ | ████████ ████████ █ | ████ |

**Total other subtractions** ██████



JAMES T FISHBACK  |  Account # ███████ 0313  |  June 5, 2024 to July 8, 2024

# Withdrawals and other subtractions - continued

## Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| ███ | ████████████ | ███ |
| ███ | ████████████████ ███████ | ██ |
|     | █ | |
| ███ | ██████ █████ ██ | ███ |
|     | ██████████ | |
| ███ | ██████████████████ | ███ |
| ███ | ██████ ████ ██████ ████████ | ███ |
| ███ | █████████████████ ██ | ███ |
| ███ | ████ ████ ██████ ██████ | ███ |
| ███ | █████ █████ █████ ██████ | ███ |
|     | █ | |
| ███ | ██████ █████ █████ █ | ███ |
| 06/26/24 | TD AUTO FINANCE  DES:LOAN PYMT  ID:002911104431258  INDN:JAY FISHBACK        CO ID:8202614244 WEB | -651.61 |
| ███ | ████████████ █ | ███ |
| ███ | ██████ █████ ██████ | ███ |
| ███ | ████ ████ ████ █ | ███ |
| ███ | ██████████ | ███ |

**Total other subtractions** ████

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| ███ | ████████████ | ██ |
| ███ | ████████████ | ██ |

**Total service fees** ███

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|



**Total ATM and debit card subtractions**

### Other subtractions

| Date | Description | Amount |
|------|-------------|--------|



| 07/26/24 | TD AUTO FINANCE  DES:LOAN PYMT  ID:002911104431258  INDN:JAY FISHBACK      CO ID:8202614244 WEB | -651.61 |

*continued on the next page*

JAMES T FISHBACK  |  Account # ▮▮▮▮▮ 0313  |  August 8, 2024 to September 5, 2024

# Withdrawals and other subtractions - continued

## Other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| ▮▮▮ | ▮▮▮▮▮ | ▮▮ |
| ▮▮ | ▮▮▮▮▮ | ▮▮ |
| ▮▮ | ▮▮▮▮ | ▮▮ |
| ▮▮ | ▮▮▮▮▮ | ▮▮ |
| ▮▮ | ▮▮▮▮▮ | ▮▮ |
| ▮▮ | ▮▮▮▮▮ | ▮▮ |
| 08/26/24 | TD AUTO FINANCE  DES:LOAN PYMT  ID:002911104431258  INDN:JAY FISHBACK        CO ID:8202614244 WEB | -651.61 |
| ▮▮ | ▮▮▮▮ | ▮▮ |
| ▮▮ | ▮▮▮▮▮ | ▮▮ |
| ▮▮ | ▮▮▮▮▮ | ▮▮ |

**Total other subtractions**                                          ▮▮▮▮

## Service fees

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| ▮▮ | ▮▮▮ | ▮ |
| ▮▮ | ▮▮▮▮ | ▮ |

**Total service fees**                                               ▮▮▮

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.



JAMES T FISHBACK   |   Account #▮▮▮▮▮▮ 0313   |   September 6, 2024 to October 7, 2024

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| ▮▮▮ | ▮▮▮▮▮ | ▮▮ |
| ▮▮▮ | ▮▮▮▮▮ | ▮▮ |
| ▮▮▮ | ▮▮▮▮▮ | ▮▮ |
| ▮▮▮ | ▮▮▮▮▮ | ▮▮ |

**Total ATM and debit card subtractions** ▮▮▮

## Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| ▮▮▮ | ▮▮▮▮▮ | ▮▮ |
| ▮▮▮ | ▮▮▮▮▮ | ▮▮ |
| ▮▮▮ | ▮▮▮▮▮ | ▮▮ |
| ▮▮▮ | ▮▮▮▮▮ | ▮▮ |
| ▮▮▮ | ▮▮▮▮▮ | ▮▮ |
| ▮▮▮ | ▮▮▮▮▮ | ▮▮ |
| 09/26/24 | TD AUTO FINANCE  DES:LOAN PYMT  ID:002911104431258  INDN:JAY FISHBACK          CO ID:8202614244 WEB | -651.61 |
| ▮▮▮ | ▮▮▮▮▮ | ▮▮ |
| ▮▮▮ | ▮▮▮▮▮ | ▮▮ |

**Total other subtractions** ▮▮▮

JAMES T FISHBACK  |  Account # ██████ 0313  |  October 8, 2024 to November 4, 2024

# Withdrawals and other subtractions - continued

## Other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| ██████ | ████████████████ | ████ |
| ██████ | ████████████████ | ████ |
| 10/28/24 | TD AUTO FINANCE  DES:LOAN PYMT  ID:002911104431258  INDN:JAY FISHBACK    CO  ID:8202614244 WEB | -651.61 |
| ██████ | ████████████████ | ████ |
| ██████ | ████████████████ | ████ |
| ██████ | ████████████████ | ████ |

**Total other subtractions** ████

# Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | ████ | ████ |
| Total NSF: Returned Item fees | ████ | ████ |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

JAMES T FISHBACK  |  Account # ███████ 0313  |  November 5, 2024 to December 5, 2024

# Withdrawals and other subtractions - continued

## Other subtractions - continued



| Date | Description | Amount |
|------|-------------|--------|
| ███████ | ███████████████████████████████ ███ | |
| ███████ | ████████████████████████████ ███ | ███████ |
| ███████ | ███████████████████████████ ███ | ███████ |
| ███████ | ████████████████████ | ███████ |
| ███████ | ████████████ ████████████ ██████ | ███████ |
| ███████ | ████████████████████████████████ | ███████ |
| ███████ | ████████████ ████████████ █ | ███████ |
| 11/26/24 | TD AUTO FINANCE  DES:LOAN PYMT  ID:002911104431258  INDN:JAY FISHBACK      CO  ID:8202614244 WEB | -651.61 |
| ███████ | ████████ ████████ ████████████ █ | ███████ |
| ███████ | ████████████████ ██████ | ███████ |
| ███████ | ████████████████████ | ███████ |

**Total other subtractions**   ███████

# Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | ████ | ████ |
| Total NSF: Returned Item fees | ████ | ████ |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**
- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

*continued on the next page*

JAMES T FISHBACK  |  Account # ███████ 0313  |  December 6, 2024 to January 7, 2025

# Withdrawals and other subtractions - continued

## Other subtractions - continued

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| ███████ | ██████████████████ | ████████████ | ██████████ | ██████ |
| 12/26/24 | TD AUTO FINANCE  DES:LOAN PYMT  ID:002911104431258  INDN:JAY FISHBACK  CO ID:8202614244 WEB | | | -651.61 |
| ███████ | █████████████████ | ██ | | ██████ |
| ███████ | █████████████████ | ██ | | ██████ |
| ███████ | ████████████████ | ██ | | ██████ |
| ███████ | ██████████ | | | ██████ |
| ███████ | █████████████████ | ██ | | ██████ |
| **Total other subtractions** | | | | ████████ |

# Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|------|-------|-------|
| Total Overdraft fees | ████ | ████ |
| Total NSF: Returned Item fees | ████ | ████ |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| ███████ | ████████████████ | ██████ |
| **Total service fees** | | ████████ |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.


**BANK OF AMERICA** 

JAMES T FISHBACK  |  Account # ████ 0313  |  January 8, 2025 to February 4, 2025

## Account summary - continued

████████████████████████
████████████

*Your account is enrolled in Balance Connect™ for overdraft protection. You can manage your overdraft protection preferences, including linked accounts, in Online and Mobile Banking.*

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████████████ | ███ |
| ████ | ██████ | ██ |
| **Total deposits and other additions** | | ███ |

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████████ ████████████ ██ | ███ |
| ████ | ██████████████████ █ | ███ |
| ████ | ██████ ██████████ ██████ | ███ |
| ████ | ████████████████ █ | ███ |
| 01/27/25 | TD AUTO FINANCE DES:LOAN PYMT ID:002911104431258 INDN:JAY FISHBACK CO ID:8202614244 WEB | -651.61 |

*continued on the next page*



## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

**To learn more, visit bofa.com/SecurityCenter or scan this code.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-11-23-0458.C | 6115469

JAMES T FISHBACK  |  Account # ■■■■■■ 0313  |  February 5, 2025 to March 6, 2025

# Withdrawals and other subtractions - continued

## Other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| ██████ | █████████  █████████  █████████  ██ | ████ |
| 02/26/25 | TD AUTO FINANCE DES:LOAN PYMT ID:002911104431258 INDN:JAY FISHBACK    CO ID:8202614244 WEB | -651.61 |
| ██████ | ███████████ | ████ |
| ██████ | █████████  █████████  █████████  ██ | ████ |
| ██████ | █████████ | ████ |
| ██████ | ███████████  █████████  ██ | ████ |

**Total other subtractions** ████████

# Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|--|----------------------|--------------------|
| Total Overdraft fees | ████ | ████ |
| Total NSF: Returned Item fees | ████ | ████ |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**
- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| ██████ | █████████████ | ████ |
| ██████ | █████████ | ████ |

**Total service fees** ████████

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

JAMES T FISHBACK  |  Account # ████████ 0313  |  March 7, 2025 to April 7, 2025

# Withdrawals and other subtractions - continued

## Other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████ | ████ |
| ████ | ████ | ████ |
| ████ | ████ | ████ |
| ████ | ████ | ████ |
| 03/26/25 | TD AUTO FINANCE  DES:LOAN PYMT  ID:002911104431258  INDN:JAY FISHBACK          CO ID:8202614244 WEB | -651.61 |
| ████ | ████ | ████ |
| ████ | ████ | ████ |
| ████ | ████ | ████ |

**Total other subtractions** ████

# Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | ████ | ████ |
| Total NSF: Returned Item fees | ████ | ████ |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**
- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| ████ | ████ | |

**Total service fees** ████

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.



JAMES T FISHBACK   |   Account # ████████ 0313   |   April 8, 2025 to May 6, 2025

## Deposits and other additions



| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████████████████████ | ███ |
| ████ | ███████████████ | ███ |
| ████ | ███████████████ | ██ |
| ████ | █████████████████ | ████ |
| ████ | █████████████████ | ███ |
| ████ | █████ | ███ |
| **Total deposits and other additions** | | ██████ |

## Withdrawals and other subtractions

### Other subtractions



| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████████████████████ ██ | ███ |
| | ████████ | |
| ████ | █████████████████ | ███ |
| ████ | █████████████ ██ | ████ |
| ████ | █████████████████ ██ | ███ |
| | ████████ | |
| ████ | ████████████████████ ██ | ████ |
| ████ | ██████ ███████ | ███ |
| | ██ | |
| ████ | ███████████████████ ██ | ███ |
| 04/28/25 | TD AUTO FINANCE DES:LOAN PYMT ID:002911104431258 INDN:JAY FISHBACK            CO | -651.61 |
| | ID:8202614244 WEB | |

*continued on the next page*

Available in English and Spanish

**Send wire transfers in the Mobile Banking app**

Use our app or Online Banking to send domestic wires or international wires in 140+ currencies to over 200 countries.

**Scan the code or visit bofa.com/wiretransfers.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
Fees or other costs may apply to wire transfers. See the Online Banking Service Agreement at bankofamerica.com. Data connection required. Carrier fees may apply.

SSM-12-24-0270.C  I  7457437

JAMES T FISHBACK | Account # ███ 0313 | May 7, 2025 to June 4, 2025

## Withdrawals and other subtractions - continued

### Other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████ ████ ████ ██ | ████ |
| ████ | ████ ████ ████ ██ | ████ |
| 05/27/25 | TD AUTO FINANCE  DES:LOAN PYMT  ID:002911104431258  INDN:JAY FISHBACK          CO ID:8202614244 WEB | -651.61 |
| ████ | ████ ████ ████ ██ | ████ |

**Total other subtractions** ████

## Service fees



**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | ████ | ████ |
| Total NSF: Returned Item fees | ████ | ████ |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**
- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| ████ | ████ ████ | ████ |

**Total service fees** ████

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

# Withdrawals and other subtractions - continued

## Other subtractions - continued

| Date | Description | | | Amount |
|------|-------------|---|---|-------:|
| ████ | ████████ ███ | ████ | ████ | ████ |
| 06/26/25 | TD AUTO FINANCE  DES:LOAN PYMT  ID:002911104431258  INDN:JAY FISHBACK          CO ID:8202614244 WEB | | | -651.61 |
| ████ | ████████ | ████ | | ████ |
| ████ | ████ | ████████ ██ | | ████ |
| ████ | ████████ | | | ████ |
| ████ | ████ ████████ ██ | | | ████ |

**Total other subtractions** ████

# Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|--|-----------------------|--------------------|
| Total Overdraft fees | ████ | ████ |
| Total NSF: Returned Item fees | ████ | ████ |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**
- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

| Date | Transaction description | Amount |
|------|-------------------------|-------:|
| ████ | ████████ | ████ |

**Total service fees** ████

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

JAMES T FISHBACK   |   Account # ███████ 0313   |   July 9, 2025 to August 6, 2025

# Withdrawals and other subtractions - continued

## Other subtractions

| Date | Description | | Amount |
|------|-------------|---|--------|
| ███ | ████████████ | | ███ |
| ███ | ████ ████ ████ █ | | ███ |
| | ████ | | |
| ███ | ████ ████ | | ███ |
| ███ | ████████ █ | | ███ |
| ███ | ██████████████ | | ███ |
| ███ | ████ ████ ████ ███ | | ███ |
| | █ | | |
| ███ | ████ ████ ████ █ | | ███ |
| 07/28/25 | TD AUTO FINANCE  DES:LOAN PYMT  ID:002911104431258  INDN:JAY FISHBACK | CO | -651.61 |
| | ID:8202614244 WEB | | |

**Total other subtractions** ███

# Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | ███ | ███ |
| Total NSF: Returned Item fees | ███ | ███ |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

| Date | Transaction description | | Amount |
|------|-------------------------|---|--------|
| ███ | ████ | | ███ |
| ███ | ████ | | ███ |

**Total service fees** ███

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

Bank of America Legal Order Processing
Regarding reference number: D080725000455
Court case number: 4:25-mc-00031
Court or issuer: SEQUOR LAW, P.A.
Court case name: JAMES FISHBACK

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, Deena Simpers, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.
   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

| Account title: | Account ending: | Document type: | Timeframe: |
|---|---|---|---|
| JAMES T FISHBACK | 0313 | Statement Pages, Signature Card, Credits, Checks Written, Wires | 01/2019 - 08/2025 |
| JAMES T FISHBACK | 5409 (6566)(7753) | Statement Pages, Application | 03/2019 - 08/2025 |

3.) <u>Production.</u>
  X         The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

OR

_____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date:   08/12/2025         Signature: Deena Simpers

Digitally signed by
Deena Simpers
Date: 2025.08.12
10:56:42 -04'00'