*EXHIBIT B*

JAMES T FISHBACK   |   Account # ███████ 5409   |   January 5 - February 4, 2025

## Transactions



| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| **Payments and Other Credits** | | | | | | |
| ███ | ███ | ██████ | ███ | ███ | ███ | |
| | | **TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD** | | | | ███ |
| **Purchases and Adjustments** | | | | | | |
| ███ | ███ | ██████████ | ███ | ███ | ███ |
| ███ | ███ | ██████████ | ███ | ███ | ███ |
| ███ | ███ | ██████████ | ███ | ███ | ███ |
| ███ | ███ | ██████████ | ███ | ███ | ███ |
| ███ | ███ | ██████████ | ███ | ███ | ███ |
| ███ | ███ | ██████████ | ███ | ███ | ███ |
| ███ | ███ | ██████████ | ███ | ███ | ███ |
| 01/25 | 01/27 | GEICO *AUTO    800-841-3000 DC | 3324 | 5409 | 1,226.63 |
| ███ | ███ | ██████████ | ███ | ███ | ███ |
| ███ | ███ | ██████████ | ███ | ███ | ███ |
| ███ | ███ | ██████████ | ███ | ███ | ███ |
| ███ | ███ | ██████████ | ███ | ███ | ███ |
| | | **TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD** | | | | ███ |
| **Interest Charged** | | | | | | |
| ███ | ███ | ██████████ | | | ███ |
| ███ | ███ | ██████████ | | | ███ |
| | | **TOTAL INTEREST CHARGED FOR THIS PERIOD** | | | | ███ |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | ███ |
| Total interest charged in 2025 | ███ |

JAMES T FISHBACK  |  Account # ████████ 5409  |  June 5 - July 4, 2025

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| ██ | ██ | ████████ | ██ | ██ | ██ | |
| | | **TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD** | | | | ██ |
| | | **Purchases and Adjustments** | | | | |
| 06/19 | 06/20 | GEICO *AUTO      800-841-3000 DC | 1117 | 5409 | 1,182.93 | |
| | | **TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD** | | | | **$1,182.93** |
| | | **Interest Charged** | | | | |
| ██ | ██ | ████████ | | | ██ | |
| ██ | ██ | ████████ | | | ██ | |
| ██ | ██ | ████████ | | | ██ | |
| | | **TOTAL INTEREST CHARGED FOR THIS PERIOD** | | | | ██ |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | ██ |
| Total interest charged in 2025 | ██ |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | ██ | | | | ██ | ██ |
| Balance Transfers | ██ | | | | ██ | ██ |
| Direct Deposit and Check Cash Advances | ██ | | | | ██ | ██ |
| Bank Cash Advances | ██ | | | | ██ | ██ |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)

JAMES T FISHBACK   |   Account # ████ 5409   |   July 5 - August 4, 2025

## Transactions



| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| ████ | ████ | ██████ | ███ | ███ | ███ | |
| | | **TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD** | | | | ████ |
| | | **Purchases and Adjustments** | | | | |
| 07/19 | 07/21 | GEICO *AUTO    800-841-3000 DC | 7541 | 5409 | 1,188.49 | |
| ███ | ███ | ████ | ███ | ███ | ███ | |
| ███ | ███ | ████ | ███ | ███ | ███ | |
| ███ | ███ | ████ | ███ | ███ | ███ | |
| ███ | ███ | ████ | ███ | ███ | ███ | |
| ███ | ███ | ████ | ███ | ███ | ███ | |
| | | **TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD** | | | | ████ |
| | | **Interest Charged** | | | | |
| ███ | ███ | ████ | | | ███ | |
| ███ | ███ | ████ | | | ███ | |
| | | **TOTAL INTEREST CHARGED FOR THIS PERIOD** | | | | ████ |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | ████ |
| Total interest charged in 2025 | ████ |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | ████ | | | | ███ | ███ |
| Balance Transfers | ████ | | | | ███ | ███ |
| Direct Deposit and Check Cash Advances | ████ | | | | ███ | ███ |
| Bank Cash Advances | ████ | | | | ███ | ███ |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)