IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GREENLIGHT CAPITAL, INC.,**

   *Plaintiff/Judgment Creditor*,

v.                                                          **Case No.: 4:25mc31-MW/MAF**

**JAMES FISHBACK,**

   *Defendant/Judgment Debtor*,

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and

Recommendation. ECF No. 64. Accordingly, upon consideration, no objections

having been filed by the parties,

   **IT IS ORDERED:**

   1. The report and recommendation, ECF No. 64, is **accepted and adopted** as

this Court's opinion. Plaintiff's motions for judgment on the garnishment pleadings,

ECF Nos. 54 and 57, are **GRANTED**.

   2. The Clerk shall enter judgment on the garnishment pleadings stating,

"Judgment Creditor, Greenlight Capital, Inc., shall recover from Garnishee, R.J.

O'Brien & Associates LLC whose address is 222 S. Riverside Plaza, Suite 1200

Chicago, IL 606060, the sum of **$400.87** for which let execution issue forthwith.

Judgment Creditor, Greenlight Capital, Inc., shall recover from Garnishee, JPMorgan Chase Bank N.A. whose address is 700 Kansas Lane, Mail Code LA4-7200, Monroe, LA 71203, the sum of **$61.71** for which let execution issue forthwith."

3. Greenlight Capital, Inc., shall provide the statutory payment of $100.00 to Garnishee JPMorgan Chase Bank N.A. pursuant to Fla. Stat. § 77.28 no later than fourteen (14) days after entry of this order, via Garnishee's counsel, Homer Bonner Jacobs Ortiz, 1200 Four Seasons Tower, 1441 Brickell Avenue, Miami, FL 33131

4. Furthermore, those Garnishees should be discharged from further liability under the writ after surrender of the identified funds.

5. The Clerk shall send this Order adopting the Recommendation to counsel for Garnishee, Barbara Casey, R.J. O'Brien & Associates LLC at 222 S. Riverside Plaza, Suite 1200, Chicago, IL 606060, see ECF No. 40 at 2, and to counsel for Garnishee, Andrew R. Herron, at 1200 Four Seasons Tower, 1441 Brickell Avenue, Miami, FL 33131, see ECF No. 46 at 3.

6. Plaintiff's motion for civil contempt, sanctions, and attorney fees and costs, ECF No. 55, is **GRANTED**. Defendant James Fishback shall appear in person before the undersigned **on Wednesday, April 1, 2026, at 11:00 a.m. (ET),** to show cause why he should not be held in contempt.

3

7. This case is otherwise referred back to the Magistrate Judge for further proceedings.

**SO ORDERED on March 6, 2026.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**