IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

    *Plaintiff/Judgment Creditor*,

v.                                           Case No. 4:25mc31-MW/MAF

JAMES FISHBACK,

    *Defendant/Judgment Debtor,*

_____/

## JUDGMENT

Judgment Creditor, Greenlight Capital, Inc., shall recover from Garnishee, R.J. O'Brien & Associates LLC whose address is 222 S. Riverside Plaza, Suite 1200 Chicago, IL 606060, the sum of $400.87 for which let execution issue forthwith. Judgment Creditor, Greenlight Capital, Inc., shall recover from Garnishee, JPMorgan Chase Bank N.A. whose address is 700 Kansas Lane, Mail Code LA4-7200, Monroe, LA 71203, the sum of **$61.71** for which let execution issue forthwith.

                                                  JESSICA J. LYUBLANOVITS,
                                                  CLERK OF COURT

<u>March 6, 2026</u>                    s/ *Bryston Ford*_____
DATE                                     Deputy Clerk