# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**GREENLIGHT CAPITAL, INC.,**

    **Plaintiff/Judgment Creditor,**

v.                                      Case No. 4:25-MC-031-MW-MAF

**JAMES FISHBACK,**

    **Defendant/Judgment Debtor,**

_____/

## O R D E R

Plaintiff Greenlight Capital, Inc. [hereinafter "Greenlight"] has filed an *Ex Parte* Motion for Leave to File Document under Seal. ECF No. 67. Greenlight seeks assistance in enforcing its judgment, concerned that public filing would "risk the further concealment of assets and/or the possible diversion of such assets from this Court's jurisdiction." *Id.* at 1-2. Good cause having been shown, the motion is granted.

Accordingly, it is

**ORDERED:**

1. The motion to file under seal, ECF No. 67, is **GRANTED**.

2. Greenlight's future motion shall be filed under seal until further Order of this Court.

**DONE AND ORDERED** on March 9, 2026.

S/   Martin A. Fitzpatrick
MARTIN A. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE