**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

GREENLIGHT CAPITAL, INC.,

      Plaintiff/Judgment Creditor,          Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

      Defendant/Judgment Debtor.

_____/

### STATEMENT IN RESPONSE TO COURT ORDER [ECF NO. 70]

Plaintiff/Judgment Creditor Greenlight Capital, Inc. ("Greenlight") hereby files this Statement (the "Statement") in compliance with the Court's Order Granting Motion to Compel Azoria Capital, Inc. (the "Order") [ECF No. 70].

1.      Attached hereto as Exhibit A is a declaration by Edward H. Davis, Jr. properly disclosing the time spent in filing the *Motion to Compel Azoria Capital, Inc. to Comply with Post-Judgment Discovery and Memorandum in Support* (the "Motion to Compel Azoria") [ECF No. 65]. Accompanying Exhibit A, is a copy of the billing records disclosing the time spent in connection with the preparation and filing of the Motion to Compel Azoria.

2.      Additionally, as of the filing of this Statement, Azoria Capital, Inc., through its founder and Chief Executive Officer, James Fishback, has failed to comply with the Court's Order and has not produced any documents as required.

SEQUOR LAW, P.A.

Dated: March 25, 2026          Respectfully submitted,

**Counsel for Plaintiff/Judgment Creditor**
SEQUOR LAW, P.A.
1111 Brickell Avenue, Ste. 1250
Miami, FL 33131
Tel: (305) 372-8282
Fax: (305) 372-8202

By:   */s/Miguel E. Del Rivero*
      Edward H. Davis Jr.,
      Florida Bar No.: 704539
      Email: edavis@sequorlaw.com
      Juan J. Mendoza
      Florida Bar No.: 113587
      Email: jmendoza@sequorlaw.com
      Miguel E. Del Rivero
      Florida Bar No.: 1048586
      Email: mdrivero@sequorlaw.com

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent email notification of such filing to all CM/ECF participants; via email to James Fishback at james@azoriapartners.com; via First Class U.S. Mail to Azoria Capital, Inc.'s principal office and place of business at 740 15th Street NW, 8th Floor, Washington, D.C. 20005; and via First Class U.S. Mail to James Fishback's last known address at 115 SW Pinckney Street, Madison, FL 32340.

/s/ *Miguel E. Del Rivero*
Miguel E. Del Rivero