*EXHIBIT A*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

GREENLIGHT CAPITAL, INC.,

      Plaintiff/Judgment Creditor,          Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

      Defendant/Judgment Debtor.

_____/

**DECLARATION AS TO ATTORNEY'S FEES AND COSTS IN THE**
**PROSECUTION OF THE MOTION TO COMPEL AZORIA CAPITAL,**
**INC. TO COMPLY WITH POST-JUDGMENT DISCOVERY AND**
**MEMORANDUM IN SUPPORT [ECF NO. 65]**

1.     I, Edward H. Davis, Jr., am an attorney licensed to practice in the state of Florida and have practiced law in Florida since 1987.

2.     I am the Founding Shareholder of Sequor Law P.A. ("Sequor"), a law firm located at 111 Brickell Avenue, Suite 1250, Miami, Florida 33131, and am authorized to make all statements contained in this declaration.

3.     I make this declaration upon my personal knowledge of the facts stated hereinafter.

4.     I further and independently make this declaration based upon my personal knowledge of the business records of Sequor (the "records"), which records are made and kept in the regular course of the business activities of Sequor. As the Founding Shareholder at Sequor with responsibility for the file where our firm

represents Plaintiff/Judgment Creditor Greenlight Capital, Inc. ("Greenlight"), I am familiar with the manner and method in which Sequor maintains its books and records in the regular course of business. The entries in the records are made at or near the time that the legal service is rendered or expense incurred, by persons with knowledge of the information being recorded, and whose regular practice it is to make such entries in the records of Sequor.

5. Greenlight retained Sequor to represent its interests in connection with this matter.

6. On March 9, 2026, this Court granted the *Motion to Compel Azoria Capital, Inc. to Comply with Post-Judgment Discovery and Memorandum in Support* (the "Motion") [ECF No. 65] in its Order [ECF No. 70].

7. The Court determined Greenlight's entitlement to attorneys' fees and costs and ordered that Greenlight file a statement in support of the request for fees and costs which properly discloses the time spent in filing the Motion no later than March 25, 2026. [ECF No. 70 p. 6.]

8. Greenlight has incurred the following attorneys' fees for work done by Sequor in the prosecution of the Motion, as follows:

| Name[1] | Total Hours | Charge Per Hour | Total Amount |
|---|---|---|---|
| Edward H. Davis, Jr., Esq. | 0.40 | $1010.00 | $404.00 |
| Juan J. Mendoza, Esq. | 0.80 | $575.00 | $460.00 |
| Miguel E. Del Rivero, Esq. | 6.30 | $435.00 | $2740.00 |
| **TOTAL** | **7.5** | | **$ 3604.00** |

---

[1] In the billing records, the names of the billing attorneys are abbreviated as follows: Edward H. Davis, Jr. (EHD), Juan J. Mendoza (JJM), and Miguel E. Del Rivero (MDR).

SEQUOR LAW, P.A.

9.     A copy of the billing records associated with this matter is attached hereto as Exhibit 1. All non-relevant entries have been redacted to preserve client confidentiality.

10.     The undersigned certifies that he has reviewed the supporting records and this declaration is well-grounded in fact and justified, and the statements in this declaration are true and correct.

/s/Edward H. Davis, Jr.
Edward H. Davis Jr.