*EXHIBIT 1*

| Matter | Date | Timekeeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 1001 | 2/12/2026 | MDR | 2.10 | 435.00 | 913.50 | Drafting correspondence to J. Fishback concerning failure of Azoria Capital, Inc. to provide documents in aid of execution; ███ drafting and finalizing the Motion to Compel Azoria Capital, Inc. compliance with the issued subpoena in aid of execution. |
| 1001 | 2/13/2026 | MDR | 1.10 | 435.00 | 478.50 | ███ correspondence with J. Mendoza concerning the Motion to Compel Discovery of Azoria Capital, Inc.; ███ |
| 1001 | 2/13/2026 | EHD | 0.30 | 1010.00 | 303.00 | Review motion to compel Azoria Capital, Inc.; ███ |
| 1001 | 2/13/2026 | JJM | 0.40 | 575.00 | 230.00 | Review and revise motion to compel, tasking M. Del Rivero with further revisions ███ |
| 1001 | 2/17/2026 | EHD | 0.10 | 1010.00 | 101.00 | Review communications ███ on motion to compel Azoria Capital, Inc. and tasking on same. |
| 1001 | 2/17/2026 | MDR | 2.50 | 435.00 | 1087.50 | ███ review and finalizing motion to compel Azoria Capital, Inc.; correspondence with J. Mendoza concerning same. |
| 1001 | 2/18/2026 | MDR | 3.20 | 435.00 | 1392.00 | ███ revision of the motion to compel of Azoria Capital, Inc.; ███ |
| 1001 | 2/18/2026 | JJM | 1.40 | 575.00 | 805.00 | Review and revise motion to compel Azoria and proposed order, ███ |
| 1001 | 2/19/2026 | MDR | 3.90 | 435.00 | 1696.50 | ███ finalizing Motion to Compel Azoria Capital Inc.; ███ |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | working with J. Diaz to ensure all exhibits are prepared for the filing of the Motion to Compel. |
| 1001 | 2/20/2026 | EHD | 0.90 | 1010.00 | 909.00 | Review motion to compel Azoria Capital, Inc. and approve for filing; ███████████████ |
| 1001 | 2/20/2026 | MDR | 3.90 | 435.00 | 1696.50 | Final revisions to the Motion to Compel Azoria Capital, Inc.; supervising filing of Motion to Compel Azoria Capital, Inc.; █████████████████████ |
| 1001 | 2/20/2026 | JJM | 1.40 | 575.00 | 805.00 | Conference with M. Del Rivero regarding final version of motion to compel Azoria Capital, Inc. and filing of same ████████████████ |