# EXHIBIT A

to be the general partner for a hedge fund that I'd contemplated launching after I left Greenlight -- operative word "left" -- and I didn't end up launching it.  I ended up launching Azoria Capital as an ETF investment firm instead.

Q    And was Azoria Partners an LLC?

A    That is correct.

Q    And where was that LLC formed?

A    I believe here in Florida.

Q    And you were the sole member?

A    Yes.

Q    Has it gone out of status with the state of Florida?

A    I don't know.

Q    Have you filed any annual reports for it?

A    I don't recall doing it.  Perhaps someone on my team did.  I don't remember.

Q    Does Azoria Partners LLC have any employees or --

A    No, not directly, but the Azoria Capital team would've -- they do typically do the filings and stuff like that, so -- I don't remember.  It's not an operational entity.  It doesn't have rev.  It doesn't have anything.

Q    I'm going to come back to Azoria Capital,