# **EXHIBIT B**



JPMorgan Chase Bank, N.A.
P O Box 6076
Newark, DE 19714 -6076

**Primary Account:** ▮▮▮▮1385
**For the Period 8/1/25 to 8/29/25**

AZORIA PARTNERS LLC
1050 30TH ST NW
WASHINGTON DC  20007-3822

## J.P. Morgan Team

| Client Service | (800) 599-9345 |
|---|---|
| Kimberly Vargas | |
| For assistance after business hours, 7 days a week. | (800) 576-6209 |
| We accept operator relay calls | |
| Online access:  **www.jpmorganonline.com** | |

# Commercial Checking

## Checking Account Summary

| | Instances | Amount |
|---|---|---|

SB1758026-F1

257





_____1385
**AZORIA PARTNERS LLC**

**Primary Account:** _____1385
**For the Period 8/1/25 to 8/29/25**

**Effective on the dates indicated below, the following are amendments to your Combined Terms and Conditions ("Combined Terms and Conditions") and/or International General Terms for Accounts and Services Account Agreements ("International Combined Terms and Conditions"), and may contain additional information about the features of your accounts.**

Unless indicated below, all other terms and conditions of your Combined Terms and Conditions and/or International Combined Terms and Conditions still apply. Please contact your J.P. Morgan team if you have any questions about these changes or would like additional information.

**Effective October 15, 2025**

**DEPOSITS OR CASHED ITEMS**

**A new paragraph is added after the last paragraph of the section entitled "Deposits or Cashed Items" in the Deposit Account Agreement in your Combined Terms and Conditions and/or International Combined Terms and Conditions. The new paragraph shall read as follows:**

Check writing services may not be available for certain Non-U.S. Clients.

**Effective December 1, 2025**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**

**The last paragraph of the section entitled "In Case of Errors or Questions About Your Electronic Funds Transfers" in the Deposit Account Agreement in your Combined Terms and Conditions and/or International Combined Terms and Conditions shall be revised and read as follows:**

For Business Accounts, the Following Procedures Apply: Our practice is to follow the procedures described above, but we are not legally required to do so. For example, we are not required to give provisional credit, or to finalize the claim during the periods stated above. You are required to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. You are required to notify us to return any ACH debit entry as unauthorized by the business day following the business day the ACH debit entry is posted. If you don't notify us in this timeframe, we will not reimburse your claim. We may make an effort to recover the funds on your behalf from the originating financial institution. Please note that claims for ACH payments on business accounts may require up to 75 days to finalize or reverse your provisional credit. As a reminder, when your Account is a type listed under "Business Accounts" in our product information, you agree not to use it for personal purposes.

SB1758026-F1

258





**1385**
**AZORIA PARTNERS LLC**

**Primary Account:** **1385**
**For the Period 8/1/25 to 8/29/25**

## Deposits & Credits

| Date | Description | Amount |
|------|-------------|--------|
| ▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓ |
| ▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓ |
| ▓ | ▓▓▓▓▓▓▓▓▓▓ | ▓ |

**Total Deposits & Credits** ▓

## ATM & Debit Card Transactions

| Date | Description | Amount |
|------|-------------|--------|
| ▓ | ▓▓▓ | ▓▓▓▓▓▓▓▓▓ | ▓ |
| ▓ | ▓▓▓ | ▓▓▓▓▓▓▓ | ▓ |
| ▓ | ▓▓▓ | ▓▓▓▓▓▓▓ | ▓ |
| ▓ | ▓▓▓ | ▓▓▓▓▓▓▓ | ▓ |
| ▓ | ▓▓▓ | ▓▓▓▓▓▓ | ▓ |
| ▓ | ▓▓▓ | ▓▓▓▓▓▓▓ | ▓ |
| ▓ | ▓▓▓ | ▓▓▓▓▓▓▓ | ▓ |
| 08/21 | Card Purchase | 08/20 The Ritz Carlton Naple Naples FL Card 2195 | 849.75 |
| 08/21 | Card Purchase | 08/21 Walmart.Com 800-925-6278 AR Card 2195 | 260.63 |
| 08/21 | Card Purchase | 08/21 Walmart.Com 800-925-6278 AR Card 2195 | 257.00 |
| 08/25 | Card Purchase | 08/24 Texas Roadhouse #2002 Gainesville FL Card 2195 | 25.70 |
| 08/25 | Card Purchase | 08/24 Waffle House 1358 Madison FL Card 2195 | 17.00 |
| 08/25 | Card Purchase | 08/24 Tractor Supply #2746 Madison FL Card 2195 | 20.99 |
| 08/25 | Card Purchase | 08/25 Texas Roadhouse #2017 Valdosta GA Card 2195 | 33.67 |
| 08/27 | Card Purchase | 08/26 Waffle House 1358 Madison FL Card 2195 | 15.25 |
| 08/27 | Card Purchase | 08/26 Winn-Dixie   #0028 Madison FL Card 2195 | 11.10 |
| 08/27 | Card Purchase | 08/26 Madison Cleaners Madison FL Card 2195 | 45.18 |
| 08/27 | Card Purchase | 08/26 Costco Whse #1026 Tallahassee FL Card 2195 | 48.78 |
| 08/27 | Card Purchase | 08/26 Costco Whse #1026 Tallahassee FL Card 2195 | 1.61 |

**SB1758026-F1**

**259**







1385
**AZORIA PARTNERS LLC**

**Primary Account:** ▮▮▮▮▮▮▮**1385**
**For the Period 8/1/25 to 8/29/25**

## ATM & Debit Card Transactions  CONTINUED

| Date | Description | | Amount |
|------|-------------|--|-------:|
| 08/28 | Card Purchase | 08/27 Oneals Country Buffet Madison FL Card 2195 | 18.00 |
| 08/28 | Card Purchase | 08/28 Texas Roadhouse #2017 Valdosta GA Card 2195 | 22.33 |
| 08/29 | Card Purchase | 08/28 Madison Cleaners Madison FL Card 2195 | 16.66 |
| 08/29 | Card Purchase | 08/28 Dollartree Tallahassee FL Card 2195 | 20.34 |
| 08/29 | Card Purchase | 08/28 Costco Whse #1026 Tallahassee FL Card 2195 | 3.75 |
| **Total ATM & Debit Card Transactions** | | | **($2,176.24)** |

## ATM & Debit Card Summary

JAMES THOMAS FISHBACK  Card 2195

| | |
|--|--|
| Total ATM Withdrawals & Debits | ▮▮▮ |
| Total Card Purchases | ▮▮▮▮ |
| Total Card Deposits & Credits | ▮▮▮ |

ATM & DEBIT CARD TOTALS

| | |
|--|--|
| Total ATM Withdrawals & Debits | ▮▮▮ |
| Total Card Purchases | ▮▮▮▮ |
| Total Card Deposits & Credits | ▮▮▮ |

## Payments & Transfers

| Date | Description | Amount |
|------|-------------|-------:|
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| 08/21 | Orig CO Name:Rocket Mortgage      Orig ID:9112356513 Desc Date:082025 CO Entry Descr:Mtg Pymts Sec:Web Trace#:021000020458152 Eed:250821   Ind ID:3486177028          Ind Name:Azoria Partners LLC ACH Drafting Trn: 2330458152Tc | 1,969.82 |

SB1758026-F1

**260**



1385
**AZORIA PARTNERS LLC**

Primary Account: 1385
**For the Period 8/1/25 to 8/29/25**

## Payments & Transfers CONTINUED

| Date | Description | Amount |
|---|---|---|
| 08/22 | Orig CO Name:TD Auto Finance     Orig ID:5202614244 Desc Date:250821 CO Entry Descr:Web Pay   Sec:Web<br>Trace#:211274456343998 Eed:250822   Ind ID:0001104431258       Ind Name:Jay Fishback<br>Automobile Payment Trn: 2336343998Tc | 684.19 |
| 08/22 | 08/22 Online Transfer To Chk ...1864 Transaction#: 25944751532 | 500.00 |
| 08/22 | 08/22 Online Transfer To Chk ...1864 Transaction#: 25945040416 | 800.00 |
| 08/26 | Orig CO Name:TD Auto Finance     Orig ID:8202614244 Desc Date:250826 CO Entry Descr:Loan Pymt Sec:Web<br>Trace#:211274454792674 Eed:250826   Ind ID:002911104431258       Ind Name:Jay Fishback Trn: 2374792674Tc | 651.61 |
| 08/28 | Orig CO Name:Carrington     Orig ID:9673545010 Desc Date:250828 CO Entry Descr:Mortgage  Sec:PPD<br>Trace#:021000025858390 Eed:250828   Ind ID:4001236675       Ind Name:James T Fishback<br>Telephone Trn: 2395858390Tc | 2,994.22 |
| 08/29 | Orig CO Name:Rocket Mortgage     Orig ID:9112356513 Desc Date:082825 CO Entry Descr:Mtg Pymts Sec:Web<br>Trace#:021000021135130 Eed:250829   Ind ID:3486177028       Ind Name:Azoria Partners LLC<br>ACH Drafting Trn: 2411135130Tc | 25.00 |

**Total Payments & Transfers**                  **($8,124.84)**



## Fees, Charges & Other Withdrawals

| Date | Description | Amount |
|---|---|---|
| ▉ | ▉ | ▉ |

**Total Fees, Charges & Other Withdrawals**        **($10.00)**

## Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| ▉ | ▉ | 08/21 | 4,903.94 | 08/27 | 5,148.86 |
| ▉ | ▉ | 08/22 | 2,919.75 | 08/28 | 2,114.31 |
| ▉ | ▉ | 08/25 | 5,922.39 | 08/29 | 2,048.56 |
| ▉ | ▉ | 08/26 | 5,270.78 | | |

**SB1758026-F1**

J.P.Morgan



Primary Account: ██████████ 1385
For the Period 8/1/25 to 8/29/25

# Important Information About Your Statement

## In Case of Errors or Questions About Your Electronic Funds Transfers:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

## In Case of Errors or Questions About Non-Electronic Funds Transfers:

Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC.

SB1758026-F1

262

