# **<u>EXHIBIT C</u>**

Loan ███ 6675 Fishback – Copy of Payments

| Snapshot Date | Loan Number | Active Date | Next Draft Date | Bank Name | Bank Account Number | Bank Account Holder | Bank Account Type | Rounting Number | Draft Amount |
|---|---|---|---|---|---|---|---|---|---|
| 9/28/2025 | ██5675 | 8/29/2025 | 10/1/2025 | JPMORGAN CHASE | 1385 | JAMES T FISHBACK | C | ██4131 | $2,886.07 |
| 10/29/2025 | ██5675 | 8/29/2025 | 11/1/2025 | JPMORGAN CHASE | 1385 | JAMES T FISHBACK | C | ██4131 | $2,886.07 |
| 11/26/2025 | ██5675 | 8/29/2025 | 12/1/2025 | JPMORGAN CHASE | 1385 | JAMES T FISHBACK | C | ██4131 | $2,886.07 |
| 12/29/2025 | ██5675 | 8/29/2025 | 1/1/2026 | JPMORGAN CHASE | 1385 | JAMES T FISHBACK | C | ██4131 | $2,621.47 |
| 1/28/2026 | ██5675 | 8/29/2025 | 2/1/2026 | JPMORGAN CHASE | 1385 | JAMES T FISHBACK | C | ██4131 | $2,621.47 |
| 2/25/2026 | ██5675 | 8/29/2025 | 3/1/2026 | JPMORGAN CHASE | 1385 | JAMES T FISHBACK | C | ██4131 | $2,621.47 |

08/29/2025



PAYMENT STATUS: PROCESSED 08/29/2025

VIEW PAYMENT                              + NEW PAYMENT

Carrington Mortgage Services, LLC    CONFIRMATION: ████

ACCOUNT ID          PAYMENT AMOUNT        CURRENT PAYMENT METHOD    ROUTING NUMBER        NAME ON ACCOUNT
██5675              $  2,886.07           JPMORGAN CHASE B...       ██131                 JAMES T FISHBACK
                                          JPMORGAN CHASE BANK, NA   ACCOUNT TYPE          JOINT NAME
PAYMENT DATE        FEE AMOUNT            813-432-3700              Checking              ENTER NAME
08/29/2025          $  0.00                                        ACCOUNT NUMBER        NICKNAME
                                                                   ██385                 JPMORGAN CHASE BANK, NA *1385





