# EXHIBIT D

## Miguel E. Del Rivero

| | |
|---|---|
| **From:** | Miguel E. Del Rivero |
| **Sent:** | Thursday, March 26, 2026 1:14 PM |
| **To:** | James Fishback; James Fishback |
| **Cc:** | Juan J. Mendoza; Edward H. Davis Jr. |
| **Subject:** | Greenlight Capital, Inc. v. Fishback (No. 4:25-mc-00031); Charging Order |
| **Attachments:** | DE19 ORDER ON EX PARTE MOTION FOR CHARGING ORDER - The ex parte motion for a charging order ECF No. [12] 08-21-2025.pdf; DE21 CERTIFICATE OF SERVICE by GREENLIGHT CAPITAL INC OF CHARGING ORDER ON REGISTERED AGENT OF AZORIA PAR 08-25-2025.pdf |

James,

This email serves as a meet-and-confer regarding your and Azoria Partners LLC's failure to comply with the Court's Charging Order. The Court entered a Charging Order on August 21, 2025 (attached hereto), which the undersigned mailed to several of your last known addresses, as reflected in the attached Certificate of Service. To date, Greenlight Capital, Inc. has not received any distributions from Azoria Partners LLC, nor have you filed a sworn statement on the docket reporting any distributions, as required by the Court's Charging Order.

As of the date of this correspondence, you and Azoria Partners LLC are in violation of the Charging Order. Failure to comply with the Court's Charging Order by Monday, March 30, 2026, will force Greenlight Capital, Inc. to seek appropriate relief from the Court.