**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**GREENLIGHT CAPITAL, INC.,**

    **Plaintiff/Judgment Creditor,**

**v.**                                  **Case No. 4:25-MC-031-MW-MAF**

**JAMES FISHBACK,**

    **Defendant/Judgment Debtor,**

_____/

**O R D E R**

This Order memorializes the ruling of today's hearing.  No later than **April 8, 2026**, Greenlight must serve on Plaintiff a detailed and specific list of discovery items which have not yet been produced and are still outstanding.  No later than **April 15, 2026**, Defendant must serve responses to Plaintiff's discovery.  If Defendant is unable to respond to a request, he must serve a sworn declaration which clearly explains how and why he is unable to produce the requested item of discovery.

    **SO ORDERED on April 1, 2026.**

                                   **S/  Mark E. Walker**        
                                   **United States District Judge**