# United States District Court
## CIVIL MINUTES - GENERAL

Date: <u>April 1, 2026</u>                                          Case No.: <u>4:25mc31-MW/MAF</u>
Time: <u>11:01 a.m. – 1:16 a.m.</u>

### GREENLIGHT CAPITAL INC v. JAMES FISHBACK

DOCKET ENTRY:  Show Case Hearing held.  An order will be issued by the Court.

PRESENT:   **MARK E. WALKER, CHIEF UNITED STATES DISTRICT JUDGE**

<u>Kimberly Westphal</u>                    <u>Megan Hague</u>
Deputy Clerk                              Court Reporter

ATTORNEYS APPEARING FOR PLAINTIFF:
Edward Davis, Jr.
Miguel Del Rivero

DEFENDANT:
James Fishback (pro se)

<u>Proceedings:</u>
11:01   Court in session
        Court addresses the parties
11:05   Argument to the Court by Plaintiff (Davis)
11:11   Argument to the Court by Plaintiff (Del Rivero)
11:44   Court addresses the Defendant
11:45   Argument to the Court by Defendant (Fishback)
12:11   Court in recess

12:27   Court in session
        Court questions Defendant
12:24   Argument to the Court by Plaintiff (Davis)
12:42   Court in recess

12:45   Court in session
        Ruling by the Court
        Plaintiff's Requests due by April 8, 2026
        Defendant's Response due by April 15, 2026
1:16    Court in adjourned