UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

     Plaintiff/Judgment Creditor,               Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

     Defendant/Judgment Debtor.

_____/

**NOTICE OF FILING INTERROGATORIES AND REQUESTS
FOR PRODUCTION OF JAMES FISHBACK IN AID OF EXECUTION
PURSUANT TO THE COURT'S ORDER**

Plaintiff/Judgment Creditor Greenlight Capital, Inc. ("Greenlight") pursuant to the Court's Order [ECF No. 78], hereby files this *Notice of Filing Interrogatories and Requests for Production of James Fishback in Aid of Execution* (the "Interrogatories and Requests for Production"). Attached hereto as **Exhibit A** are the Interrogatories and Requests for Production, which this Court ordered Fishback to respond to by producing documents and providing written answers under oath, bearing a handwritten signature no later than April 15, 2026, in accordance with the Court's oral ruling at the April 1, 2026 show cause hearing. Pursuant to the Court's instructions at the hearing on April 1, 2026, the Interrogatories and Requests for Production are being filed on the docket.

SEQUOR LAW, P.A.

Dated: April 8, 2026

Respectfully submitted,

**Counsel for Plaintiff/Judgment Creditor**
SEQUOR LAW, P.A.
1111 Brickell Avenue, Ste. 1250
Miami, FL 33131
Tel: (305) 372-8282
Fax: (305) 372-8202

By:    */s/ Miguel E. Del Rivero*
Edward H. Davis Jr.,
Florida Bar No.: 704539
Email: edavis@sequorlaw.com
Juan J. Mendoza
Florida Bar No.: 113587
Email: jmendoza@sequorlaw.com
Miguel E. Del Rivero
Florida Bar No.: 1048586
Email: mdrivero@sequorlaw.com

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent email notification of such filing to all CM/ECF participants; via email to James Fishback at james@azoriapartners.com and tommyfishback@gmail.com; via First Class U.S. Mail to James Fishback at his last known address at 115 SW Pinckney Street, Madison, FL 32340.

*/s/ Miguel E. Del Rivero*
Miguel E. Del Rivero

2