*Composite Exhibit "C"*

# RELEVANT PORTION OF 2018 INCOME TAX RETURN

# Form 1045

Department of the Treasury
Internal Revenue Service

## Application for Tentative Refund

▶ For individuals, estates, or trusts.
▶ Mail in separate envelope. (Don't attach to tax return.)
▶ Go to www.irs.gov/Form1045 for the latest information.

OMB No. 1545-0098

## 2018

| Name(s) shown on return | Social security or EIN |
|---|---|
| **JAMES FISHBACK** | ▮ |

| Number, street, and apt. or suite no. If a P.O. box, see instructions. | Spouse's social security number |
|---|---|
| ▮ | |

| City, town or post office, state, and ZIP code. If a foreign address, also complete spaces below (see instructions). | Daytime phone number |
|---|---|
| **WASHINGTON, DC   20007** | |

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|

**1** This application is filed to carry back: ▮

| **a** Net operating loss (NOL) (Sch. A, line 25) | **b** Unused general business credit | **c** Net sec. 1256 contracts loss |
|---|---|---|
| $ ▮ | $ ▮ | $ ▮ |

**2a** For the calendar year 2018, or other tax year
beginning                    , 2018, and ending                    , 20

**b** Date tax return was filed

**3** If this application is for an unused credit created by another carryback, enter year of first carryback ▶ ▮

**4** If you filed a joint return (or separate return) for some, but not all, of the tax years involved in figuring the carryback, list the years and specify whether joint (J) or separate (S) return for each ▶ ▮

**5** If SSN for carryback year is different from above, enter **a** SSN ▶ ▮   and **b** Year(s) ▶ ▮

**6** If you changed your accounting period, give date permission to change was granted ▶ ▮

**7** Have you filed a petition in Tax Court for the year(s) to which the carryback is to be applied? ............................................. ▮ Yes ▮ No

**8** Is any part of the decrease in tax due to a loss or credit resulting from a reportable transaction required to be disclosed on Form 8886, Reportable Transaction Disclosure Statement? ..................................................... ▮ Yes ▮ No

**9** If you are carrying back an NOL or net section 1256 contracts loss, did this cause the release of foreign tax credits or the release of other credits due to the release of the foreign tax credit (see instructions)? ..................................... ▮ Yes ▮ No

| **Computation of Decrease in Tax** (see instructions) | ▮ preceding tax | | ▮ preceding tax | | ▮ preceding tax | |
|---|---|---|---|---|---|---|
| **Note:** If **1a** and **1c** are blank, skip lines 10 through 15. | year ended ▶ ▮ | | year ended ▶ ▮ | | year ended ▶ ▮ | |
| | Before carryback | After carryback | Before carryback | After carryback | Before carryback | After carryback |
| **10** NOL deduction after carryback (see inst) | | | | | | |
| **11** Adjusted gross income ................. | | | | | | |
| **12** Deductions ............................... | | | | | | |
| **13** Subtract line 12 from line 11 ........... | | | | | | |
| **14** Exemptions (see instructions) ........... | | | | | | |
| **15** Taxable income. Line 13 minus line 14 | | | | | | |
| **16** Income tax. See instructions and attach an explanation .................. | | | | | | |
| **17** Excess advance premium tax credit repayment (see instructions) ........... | | | | | | |
| **18** Alternative minimum tax ................ | | | | | | |
| **19** Add lines 16 through 18 ................. | | | | | | |

813411 12-11-18  LHA   **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**

Form **1045** (2018)

4

FISHBAC1

# RELEVANT PORTION OF 2019 INCOME TAX RETURN

| Form **1040** | Department of the Treasury - Internal Revenue Service **U.S. Individual Income Tax Return** | (99) | **2019** | OMB No. 1545-0074 | IRS Use Only - Do not write or staple in this space. |

**Filing Status**
Check only one box.

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| JAMES | FISHBACK | ██████████ |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
| | | |

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | **Presidential Election Campaign** |
|---|---|---|
| ████████████ | ████ | Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse |

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
WASHINGTON, DC   20007

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|
| | | |

**Standard Deduction**

**Age/Blindness**

| **Dependents** (see instructions): | | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): |
|---|---|---|---|---|
| (1) First name | Last name | | | Child tax credit | Credit for other dependents |

| | | | | |
|---|---|---|---|---|

Standard Deduction for –
● Single or Married filing separately, $12,200
● Married filing jointly or Qualifying widow(er), $24,400
● Head of household, $18,350
● If you checked any box under Standard Deduction, see instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | | **1** | ████ |
| 2a | Tax-exempt interest | 2a | ████ | b | **2b** | |
| 3a | Qualified dividends | 3a | | b | **3b** | |
| 4a | IRA distributions | 4a | | b Taxable amount | **4b** | |
| c | Pensions and annuities | 4c | | d Taxable amount | **4d** | |
| 5a | Social security benefits | 5a | | b Taxable amount | **5b** | |
| 6 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ██ | | | | **6** | |
| 7a | Other income from Schedule 1, line 9 | | | | **7a** | |
| b | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** ▶ | | | | **7b** | |
| 8a | Adjustments to income from Schedule 1, line 22 | | | | **8a** | |
| b | Subtract line 8a from line 7b. This is your **adjusted gross income** ▶ | | | | **8b** | |
| 9 | **Standard deduction or itemized deductions** (from Schedule A) | | 9 | ████ | | |
| 10 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | | 10 | | | |
| 11a | Add lines 9 and 10 | | | | **11a** | ████ |
| b | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- | | | | **11b** | |

LHA  **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**

Form **1040** (2019)

3

FISHBAC1

Government of the
District of Columbia

**2019 D-40E SUB**
District of Columbia Individual Income Tax
Declaration for Electronic Filing

IRS Declaration Control Number (DCN)

| Your First name and initial | Last name | Taxpayer Identification Number (TIN) |
|---|---|---|
| JAMES | FISHBACK | |

| Spouse's/Registered domestic partner's First name and initial | Last name | Spouse's TIN |
|---|---|---|

| Present Home Address (number, street and suite/apartment number if applicable) | | Federal Filing Status |
|---|---|---|

| City, Town, and State | ZIP Code + 4 | District of Columbia Filing Status |
|---|---|---|
| WASHINGTON, DC | 20007 | |

## PART I – TAX RETURN INFORMATION

**PLEASE ENTER WHOLE DOLLAR AMOUNTS**

1. DC Adjusted Gross Income, Form D-40, Line 15

2. Total Tax, Form D-40, Line 29

3. DC Income Tax Withheld, Form D-40, Line 33

4. Total Amount Due, Form D-40, Line 44

5. Net Refund, Form D-40, Line 45

## PART II – REFUND METHOD          Direct Deposit          ReliaCard          Paper Check

*For Direct Deposit or Direct Debit enter the following information:*

6. Routing Number*          *Routing Number must be nine digits and the first two must be 01 through 12 or 21 through 32.

7. Account Number

8. Type of Account          Checking          Savings

## PART III – DECLARATION OF TAXPAYER

Under penalties of perjury, I/we declare that I/we have examined a copy of my/our electronic individual income tax return and accompanying schedules and statements for the 2019 tax year, and to the best of my knowledge and belief, it is true, correct and complete. I/we further declare that the amounts in Part I above are the amounts from my/our electronic income tax return. I consent to allow my/our intermediate service provider, transmitter, or electronic return originator (ERO) to send my/our return to the District of Columbia (DC). I/we authorize DC and its designated financial institution to initiate an ACH electronic funds withdrawal (direct debit). Refunds cannot be direct deposited and payments cannot be transmitted to or from a financial institution outside of the U.S. The authorization is valid for this transaction only.

| Your Signature | Date | Spouse's Signature | Date |
|---|---|---|---|

## PART IV – DECLARATION OF ELECTRONIC RETURN ORIGINATOR (ERO) AND PAID PREPARER

I declare that I have reviewed the individual income tax return and that the entries on D40-E are complete and correct to the best of my knowledge. The taxpayer will have signed this form before I submit the return. I will give the taxpayer a copy of all forms and information to be filed with DC. If I am also the Paid Preparer, under penalties of perjury, I declare that I have examined the above individual income tax return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct and complete. Declaration of preparer is based on all information of which the preparer has any knowledge.

| ERO's Signature | Date | TIN |
|---|---|---|

| Paid Preparer's Signature | Date | TIN |
|---|---|---|

## PLEASE KEEP FOR YOUR RECORDS. DO NOT MAIL.

# RELEVANT PORTION OF 2020 INCOME TAX RETURN

Form **1040**

Department of the Treasury - Internal Revenue Service

**U.S. Individual Income Tax Return** (99) | **2020** | OMB No. 1545-0074 | IRS Use Only - Do not write or staple in this space.

**Filing Status**

Check only one box.

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| JAMES | FISHBACK | ▮ |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | **Presidential Election Campaign** |
|---|---|---|
| ▮ | ▮ | Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. |

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| WASHINGTON | DC | 20007 |

| Foreign country name | Foreign province/state/county | Foreign postal code | ☐ You ☐ Spouse |
|---|---|---|---|

**Standard Deduction**

**Age/Blindness**

**Dependents** (see instructions):

If more than four dependents, see instr. and check here ▶ ☐

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): |
|---|---|---|---|
| | | | Child tax credit — Credit for other dependents |

Attach Sch. B if required.

| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | 1 | |
|---|---|---|---|---|---|
| **2a** | Tax-exempt interest | 2a | **b** Taxable interest | 2b | |
| **3a** | Qualified dividends | 3a | **b** Ordinary dividends | 3b | |
| **4a** | IRA distributions | 4a | **b** Taxable amount | 4b | |
| **5a** | Pensions and annuities | 5a | **b** Taxable amount | 5b | |
| **6a** | Social security benefits | 6a | **b** Taxable amount | 6b | |
| **7** | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ | | | 7 | |
| **8** | Other income from Schedule 1, line 9 | | | 8 | |
| **9** | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | | | 9 | |
| **10** | Adjustments to income: | | | | |
| **a** | From Schedule 1, line 22 | | 10a | | |
| **b** | Charitable contributions if you take the standard deduction. See instr. | | 10b | | |
| **c** | Add lines 10a and 10b. These are your **total adjustments to income** ▶ | | | 10c | |
| **11** | Subtract line 10c from line 9. This is your **adjusted gross income** ▶ | | | 11 | |
| **12** | **Standard deduction or itemized deductions** (from Schedule A) | | | 12 | |
| **13** | Qualified business income deduction. Attach Form 8995 or Form 8995-A | | | 13 | |
| **14** | Add lines 12 and 13 | | | 14 | |
| **15** | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | | | 15 | |

**Standard Deduction for -**

● Single or Married filing separately, $12,400

● Married filing jointly or Qualifying widow(er), $24,800

● Head of household, $18,650

● If you checked any box under Standard Deduction, see instructions.

LHA  **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**

Form **1040** (2020)

2

FISHBAC1

Government of the
District of Columbia

**2020 D-40E SUB**
District of Columbia Individual Income Tax
Declaration for Electronic Filing

IRS Declaration Control Number (DCN)

| Your First name and initial | Last name | Taxpayer Identification Number (TIN) |
|---|---|---|
| **JAMES** | **FISHBACK** | ███████ |

| Spouse's/Registered domestic partner's First name and initial | Last name | Spouse's TIN |
|---|---|---|

| Present Home Address (number, street and suite/apartment number if applicable) | Federal Filing Status |
|---|---|
| ███████ | ███████ |

| City, Town, and State | ZIP Code + 4 | District of Columbia Filing Status |
|---|---|---|
| **WASHINGTON, DC** | **20007** | ███████ |

## PART I - TAX RETURN INFORMATION

**PLEASE ENTER WHOLE DOLLAR AMOUNTS**

1. DC Adjusted Gross Income, Form D-40, Line 15

2. Total Tax, Form D-40, Line 25

3. DC Income Tax Withheld, Form D-40, Line 29

4. Total Amount Due, Form D-40, Line 40

5. Net Refund, Form D-40, Line 41

## PART II - REFUND METHOD

*For Direct Deposit or Direct Debit enter the following information:*

6. Routing Number*          *Routing Number must be nine digits and the first two must be 01 through 12 or 21 through 32.

7. Account Number

8. Type of Account          Checking          Savings

## PART III - DECLARATION OF TAXPAYER

Under penalties of perjury, I/we declare that I/we have examined a copy of my/our electronic individual income tax return and accompanying schedules and statements for the 2020 tax year, and to the best of my knowledge and belief, it is true, correct and complete. I/we further declare that the amounts in Part I above are the amounts from my/our electronic income tax return. I consent to allow my/our intermediate service provider, transmitter, or electronic return originator (ERO) to send my/our return to the District of Columbia (DC). I/we authorize DC and its designated financial institution to initiate an ACH electronic funds withdrawal (direct debit). Refunds cannot be direct deposited and payments cannot be transmitted to or from a financial institution outside of the U.S. The authorization is valid for this transaction only.

| Your Signature | Date | Spouse's Signature | Date |
|---|---|---|---|

## PART IV - DECLARATION OF ELECTRONIC RETURN ORIGINATOR (ERO) AND PAID PREPARER

I declare that I have reviewed the individual income tax return and that the entries on D40-E are complete and correct to the best of my knowledge. The taxpayer will have signed this form before I submit the return. I will give the taxpayer a copy of all forms and information to be filed with DC. If I am also the Paid Preparer, under penalties of perjury, I declare that I have examined the above individual income tax return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct and complete. Declaration of preparer is based on all information of which the preparer has any knowledge.

| ERO's Signature | Date | TIN |
|---|---|---|

| Paid Preparer's Signature | Date | TIN |
|---|---|---|

### PLEASE KEEP FOR YOUR RECORDS. DO NOT MAIL.

Rev. 10/20

# RELEVANT PORTION OF 2021 INCOME TAX RETURN

Form **1040** Department of the Treasury - Internal Revenue Service **U.S. Individual Income Tax Return** (99) **2021** OMB No. 1545-0074 IRS Use Only - Do not write or staple in this space.

**Filing Status**
Check only one box.
If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| JAMES | FISHBACK | |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
| | | |

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | **Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. |
|---|---|---|
| | | |

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| WASHINGTON | DC | 20007 |

| Foreign country name | Foreign province/state/county | Foreign postal code | ☐ You ☐ Spouse |
|---|---|---|---|
| | | | |

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency?

**Standard Deduction**

**Age/Blindness**

**Dependents** (see instructions):

| If more than four depend-ents, see instr. and check here ▶☐ | (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): Child tax credit    Credit for other dependents |
|---|---|---|---|---|
| | | | | |

Attach Sch. B if required.

| | | | |
|---|---|---|---|
| **1** | Wages, salaries, tips, etc. Attach Form(s) W-2 | **1** | |
| **2a** | Tax-exempt interest | **2a** | **b** Taxable interest | **2b** |
| **3a** | Qualified dividends | **3a** | **b** Ordinary dividends | **3b** |
| **4a** | IRA distributions | **4a** | **b** Taxable amount | **4b** |
| **5a** | Pensions and annuities | **5a** | **b** Taxable amount | **5b** |
| **6a** | Social security benefits | **6a** | **b** Taxable amount | **6b** |
| **7** | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶☐ | **7** | |
| **8** | Other income from Schedule 1, line 10 | **8** | |
| **9** | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | **9** | |
| **10** | Adjustments to income from Schedule 1, line 26 | **10** | |
| **11** | Subtract line 10 from line 9. This is your **adjusted gross income** ▶ | **11** | |
| **12a** | **Standard deduction or itemized deductions** (from Schedule A) | **12a** | |
| **b** | Charitable contributions if you take the standard deduction (see instr.) | **12b** | |
| **c** | Add lines 12a and 12b | **12c** | |
| **13** | Qualified business income deduction from Form 8995 or Form 8995-A | **13** | |
| **14** | Add lines 12c and 13 | **14** | |
| **15** | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | **15** | |

**Standard Deduction for -**
● Single or Married filing separately, $12,550
● Married filing jointly or Qualifying widow(er), $25,100
● Head of household, $18,800
● If you checked any box under Standard Deduction, see instructions.

LHA **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**

Form **1040** (2021)

FISHBAC1

Government of the
District of Columbia

**2021 D-40E SUB**
District of Columbia Individual Income Tax
Declaration for Electronic Filing

**IRS Declaration Control Number (DCN)**

| Your First name and initial | Last name | Taxpayer Identification Number (TIN) |
|---|---|---|
| JAMES | FISHBACK | ■■■■ |

| Spouse's/Registered domestic partner's First name and initial | Last name | Spouse's TIN |
|---|---|---|

| Present Home Address (number, street and suite/apartment number if applicable) | Federal Filing Status |
|---|---|
| ■■■■ | ■ |

| City, Town, and State | ZIP Code + 4 | District of Columbia Filing Status |
|---|---|---|
| WASHINGTON, DC | 20007 | ■ |

## PART I – TAX RETURN INFORMATION

**PLEASE ENTER WHOLE DOLLAR AMOUNTS**

1. DC Adjusted Gross Income, Form D-40, Line 16

2. Total Tax, Form D-40, Line 26

3. DC Income Tax Withheld, Form D-40, Line 31

4. Total Amount Due, Form D-40, Line 42

5. Net Refund, Form D-40, Line 43

## PART II – REFUND METHOD

*For Direct Deposit or Direct Debit enter the following information:*

6. Routing Number*    *Routing Number must be nine digits and the first two must be 01 through 12 or 21 through 32.

7. Account Number

8. Type of Account        Checking        Savings

## PART III – DECLARATION OF TAXPAYER

Under penalties of perjury, I/we declare that I/we have examined a copy of my/our electronic individual income tax return and accompanying schedules and statements for the 2020 tax year, and to the best of my knowledge and belief, it is true, correct and complete. I/we further declare that the amounts in Part I above are the amounts from my/our electronic income tax return. I consent to allow my/our intermediate service provider, transmitter, or electronic return originator (ERO) to send my/our return to the District of Columbia (DC). I/we authorize DC and its designated financial institution to initiate an ACH electronic funds withdrawal (direct debit). Refunds cannot be direct deposited and payments cannot be transmitted to or from a financial institution outside of the U.S. The authorization is valid for this transaction only.

| Your Signature | Date | Spouse's Signature | Date |
|---|---|---|---|

## PART IV – DECLARATION OF ELECTRONIC RETURN ORIGINATOR (ERO) AND PAID PREPARER

I declare that I have reviewed the individual income tax return and that the entries on D40-E are complete and correct to the best of my knowledge. The taxpayer will have signed this form before I submit the return. I will give the taxpayer a copy of all forms and information to be filed with DC. If I am also the Paid Preparer, under penalties of perjury, I declare that I have examined the above individual income tax return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct and complete. Declaration of preparer is based on all information of which the preparer has any knowledge.

| ERO's Signature | Date | TIN |
|---|---|---|

| Paid Preparer's Signature | Date | TIN |
|---|---|---|

## PLEASE KEEP FOR YOUR RECORDS. DO NOT MAIL.

Rev. 10/2021

# RELEVANT PORTION OF 2022 INCOME TAX RETURN

Form **1040**

Department of the Treasury - Internal Revenue Service

**U.S. Individual Income Tax Return** | **2022** | OMB No. 1545-0074 | IRS Use Only - Do not write or staple in this space.

**Filing Status**

Check only one box.

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| JAMES | FISHBACK | |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| | | |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.

City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code
WASHINGTON | DC | 20007

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
☐ You  ☐ Spouse

**Digital Assets**

**Standard Deduction**

**Age/Blindness**

**Dependents** (see instructions):

If more than four dependents, see instr. and check here

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instr.): |
|---|---|---|---|
| | | | Child tax credit \| Credit for other dependents |

**Income**

**Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.**

If you did not get a Form W-2, see instructions.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | | 1a |
| b | Household employee wages not reported on Form(s) W-2 | | 1b |
| c | Tip income not reported on line 1a (see instructions) | | 1c |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | | 1d |
| e | Taxable dependent care benefits from Form 2441, line 26 | | 1e |
| f | Employer-provided adoption benefits from Form 8839, line 29 | | 1f |
| g | Wages from Form 8919, line 6 | | 1g |
| h | Other earned income (see instructions) | | 1h |
| i | Nontaxable combat pay election (see instructions) | 1i | |
| z | Add lines 1a through 1h | | 1z |

Attach Sch. B if required.

| | | | | | |
|---|---|---|---|---|---|
| 2a | Tax-exempt interest | 2a | b Taxable interest | 2b |
| 3a | Qualified dividends | 3a | b Ordinary dividends | 3b |
| 4a | IRA distributions | 4a | b Taxable amount | 4b |
| 5a | Pensions and annuities | 5a | b Taxable amount | 5b |
| 6a | Social security benefits | 6a | b Taxable amount | 6b |

**Standard Deduction for -**

- Single or Married filing separately, $12,950
- Married filing jointly or Qualifying surviving spouse, $25,900
- Head of household, $19,400
- If you checked any box under Standard Deduction, see instructions.

| | | |
|---|---|---|
| c | If you elect to use the lump-sum election method, check here (see instructions) | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here | 7 |
| 8 | Other income from Schedule 1, line 10 | 8 |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | 12 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 |
| 14 | Add lines 12 and 13 | 14 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 |

**LHA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**

Form **1040** (2022)

2

FISHBAC1

Government of the
District of Columbia

**2022 D-40E SUB**
District of Columbia Individual Income Tax
Declaration for Electronic Filing

IRS Declaration Control Number (DCN)

Your First name and initial
**JAMES**

Last name
**FISHBACK**

Taxpayer Identification Number (TIN)

Spouse's/Registered domestic partner's First name and initial

Last name

Spouse's TIN

Present Home Address (number, street and suite/apartment number if applicable)

Federal Filing Status

City, Town, and State
**WASHINGTON, DC**

ZIP Code + 4
**20007**

District of Columbia Filing Status

## PART I - TAX RETURN INFORMATION

**PLEASE ENTER WHOLE DOLLAR AMOUNTS**

1. DC Adjusted Gross Income, Form D-40, Line 16

2. Total Tax, Form D-40, Line 26

3. DC Income Tax Withheld, Form D-40, Line 31

4. Total Amount Due, Form D-40, Line 42

5. Net Refund, Form D-40, Line 43

## PART II - REFUND METHOD

For Direct Deposit or Direct Debit enter the following information:

6. Routing Number*

*Routing Number must be nine digits and the first two must be 01 through 12 or 21 through 32.

7. Account Number

8. Type of Account          Checking          Savings

## PART III - DECLARATION OF TAXPAYER

Under penalties of perjury, I/we declare that I/we have examined a copy of my/our electronic individual income tax return and accompanying schedules and statements for the 2022 tax year, and to the best of my knowledge and belief, it is true, correct and complete. I/we further declare that the amounts in Part I above are the amounts from my/our electronic income tax return. I consent to allow my/our intermediate service provider, transmitter, or electronic return originator (ERO) to send my/our return to the District of Columbia (DC). I/we authorize DC and its designated financial institution to initiate an ACH electronic funds withdrawal (direct debit). Refunds cannot be direct deposited and payments cannot be transmitted to or from a financial institution outside of the U.S. The authorization is valid for this transaction only.

| Your Signature | Date | Spouse's Signature | Date |
|---|---|---|---|

## PART IV - DECLARATION OF ELECTRONIC RETURN ORIGINATOR (ERO) AND PAID PREPARER

I declare that I have reviewed the individual income tax return and that the entries on D40-E are complete and correct to the best of my knowledge. The taxpayer will have signed this form before I submit the return. I will give the taxpayer a copy of all forms and information to be filed with DC. If I am also the Paid Preparer, under penalties of perjury, I declare that I have examined the above individual income tax return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct and complete. Declaration of preparer is based on all information of which the preparer has any knowledge.

| ERO's Signature | Date | TIN |
|---|---|---|

| Paid Preparer's Signature | Date | TIN |
|---|---|---|

## PLEASE KEEP FOR YOUR RECORDS. DO NOT MAIL.

Rev. 09/2022