*EXHIBIT D*

Friday, September 2, 2022

To whom it may concern:

My new purchase will serve as my new primary residence.  I plan to keep 2325 42nd St NW
Washington DC as a second home or as a future investment property.

X_____

James T. Fishback