AZORIA CAPITAL INC.
740 15TH STREET NW, 8TH FLOOR
WASHINGTON, D.C. 20005
CASE #: 4:25-mc-00031-MW-MAF ECF 75

$0.74 0
US POSTAGE IMI
FIRST-CLASS
063S0011647455
FROM 32301

APR 2 0 2026

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED

NIXIE            171   FE 1      0664/13/26

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 32301773097        *0548-04415-01-39

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
JOSEPH WOODROW HATCHETT UNITED STATES COURTHOUSE
AND FEDERAL BUILDING
111 NORTH ADAMS STREET, SUITE 322
TALLAHASSEE, FLORIDA 32301-7717

OFFICIAL BUSINESS

FILED USDC FLND TL
APR 20 '26 PM3:16

32301>7730
ANK