UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

      Plaintiff/Judgment Creditor,            Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

      Defendant/Judgment Debtor.

_____/

**NOTICE OF FILING LIST OF DISCOVERY ITEMS TO
JAMES FISHBACK IN AID OF EXECUTION**

Plaintiff/Judgment Creditor Greenlight Capital, Inc. ("Greenlight") pursuant to the Court's April 1, 2026 Order [ECF No. 78] and the Court's April 16, 2026, Order [ECF No. 84], hereby files this *Notice of Filing List of Discovery Items To James Fishback In Aid of Execution* (the "Pending Discovery Items"). Attached hereto as **Exhibit A** are the Pending Discovery Items, which this Court ordered Fishback to respond to by producing documents and providing written answers under oath, bearing a handwritten signature no later than May 4, 2026.

[signature on next page]

SEQUOR LAW, P.A.

Dated: April 24, 2026

Respectfully submitted,

**Counsel for Plaintiff/Judgment Creditor**
SEQUOR LAW, P.A.
1111 Brickell Avenue, Ste. 1250
Miami, FL 33131
Tel: (305) 372-8282
Fax: (305) 372-8202

By:   */s/ Miguel E. Del Rivero*
Edward H. Davis Jr.,
Florida Bar No.: 704539
Email: edavis@sequorlaw.com
Juan J. Mendoza
Florida Bar No.: 113587
Email: jmendoza@sequorlaw.com
Miguel E. Del Rivero
Florida Bar No.: 1048586
Email: mdrivero@sequorlaw.com

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent email notification of such filing to all CM/ECF participants; via email to James Fishback at james@azoriapartners.com and tommyfishback@gmail.com; via First Class U.S. Mail to James Fishback at his last known address at 115 SW Pinckney Street, Madison, FL 32340.

/s/ *Miguel E. Del Rivero*
Miguel E. Del Rivero

2