# EXHIBIT A

3

SEQUOR LAW, P.A.

**REQUESTS FOR PRODUCTION**

A. *Items Fishback Noted He Will Produce at the Deposition*

1.      Records showing any payments made by Azoria Capital, Inc. in 2025 to you, consisting of official payment records generated or maintained by Azoria Capital, Inc., and not merely summary documents or PDFs. [ECF No. 27-7 pp. 5].

2.      Produce monthly R.J. O'Brien & Associates LLC account statements from November 1, 2018, to present for your account ending in 9880. [ECF No. 27-7 p. 9].

3.      The final monthly account statement for your account ending in 9880, owned at R.J. O'Brien & Associates LLC. [ECF No. 27-7 pp. 6-7].

4.      Any documents you have relating to loans taken out or loans paid out. [ECF No. 27-7 p. 8].

5.      Any confidentiality agreements between you and investors of Azoria Capital, Inc. [ECF No. 27-7 p. 10].

B. *Specific List of Discovery Items Sought in Prior Motion to Compel [ECF No. 27], which the Court Ordered to Be Produced to Greenlight No Later than November 20, 2025 [ECF No. 43, p. 4].*

6.      All documents evidencing all real property you have, or had from November 1, 2018, to present. [ECF No. 27-1, p. 4 (Request No. 6)]. This includes the 2325 42nd Street NW, Apt. 215, Washington, DC 20007 and 115 SW Pinckney Street, Madison, FL 32340.

7.      All documents showing any checking, savings, or other bank or financial accounts, certificates of deposit, or bank shares held in your name or in which you had any interest from November 1, 2018 to present, including the J.P.

4

Morgan Chase account ending in 1864, the Bank of America account ending in 0313, and the Bank of America Visa Signature credit card account ending in 5409. [ECF No. 27-1, pp. 4-5 (Request No. 7)]

8. All monthly bank statements from November 1, 2018 to present for all bank accounts owned or maintained by you or which held any funds belonging to you at any time, from November 1, 2018 to present. [ECF No. 27-1, p. 8 (Request No. 44)]. This includes, but is not limited to, J.P. Morgan Chase account ending in 1864 and the Bank of America account ending in 0313.

9. All documents evidencing any interests in stocks of any corporations, mutual funds, or stock funds you own or owned at any time from November 1, 2018 to present. [ECF No. 27-1, p. 6 (Request No. 18)]. This includes Azoria Capital, Inc.

10. All documents evidencing any interest in general partnerships, limited partnerships, or joint ventures you own or owned at any time from November 1, 2018 to present. [ECF No. 27-1, p. 6 (Request No. 20)].

11. All documents evidencing any automobiles you own or owned at any time within November 1, 2018, to present. [ECF No. 27-1, p. 7 (Request No. 31)]. This includes the following vehicles:

    a. 2022 Tesla Model Y, Vehicle Identification Number (VIN) 7SAYGDEE7NA006445 and Florida license plate CVG7X.

    b. 2023 Tesla Model 3, VIN 5YJ3E1EA7PF541502 and Florida license plate BN90UM.

    c. 2024 Tesla Model 3 with VIN of 5YJ3E1EB7RF790202 and MD temporary tag of T1868383.

12. All financial statements, balance sheets, accounts receivable and payable ledgers, net worth statements, income statements, working capital statements, cash flow statements or any other financial matters of each and any

business in which you are an officer, director, manager or agent or were an officer, director, manager or agent at any time during November 1, 2018 to present. [ECF No. 27-1, p. 8 (Request No. 36)]. This includes, but is not limited to, Azoria Capital, Inc. and Azoria Partners LLC.

13.    All documents sufficient to establish your annual gross revenue from November 1, 2018 to present, including, but not limited to, passive income, dividends, distribution, *rents*, proceeds or other monies from any equity and/or ownership interests you have or had from November 1, 2018 to present in any entities. [ECF No. 27-1, p. 8 (Request No. 37)]. This includes your current rental income at your Washington D.C. residence at 2325 42nd Street NW, Apt. 215, Washington, DC 20007.

C. *Questions Allowed by the Court at Conclusion of April 1, 2026 Hearing[1].*

14.    Identify the current physical location of the 2023 Tesla Model 3 (Vehicle Identification Number or VIN 5YJ3E1EA7PF541502) including the complete street address, city, and state, and identify the individual or entity currently in possession, custody, or control of the vehicle.  Additionally, describe in detail the current ownership status of the vehicle and identify all payments made toward the vehicle, including but not limited to payments toward the purchase price, principal balance, lease obligations, insurance premiums, or any related expenses, whether paid directly or indirectly by you or on your behalf. For each payment, state the amount, date, purpose, and source of the payment.

15.    Produce all documents relating to the Cartier watch you wore during your August 29, 2025, deposition, including documents concerning its acquisition, ownership, possession, transfer, sale, or disposition.

---

[1] Attached hereto as Exhibit 1 is an excerpt of the transcript from the April 1, 2026 hearing, where the Court expressly allowed the inclusion of questions relating to the location of and documents concerning specific assets.

6

*EXHIBIT 1*

explain why you are not, under oath in the declaration.

MR. FISHBACK:  Yes, Your Honor.

MR. DAVIS:  Your Honor, just one clarification on that, because obviously there are things, too, beyond the documents.  So we could ask for questions about documents, for example, Show us any and all documents as to the location of the Cartier watch.  Or we could say, Where is the watch?  Who did you give it to?  Disclose who you gave it to.  Disclose where the Model 3 Tesla is, which is not being used right now, apparently.  We want the things as well which are already the subject of filed motions and orders from Judge Fitzpatrick.

So if we can have that slight amendment so we don't have to do this twice -- that part again, because we've done it, it should be that he discloses all of that.  That might obviate the need for the depo.  I take your point, that very well may. And so he should have to disclose not just --

THE COURT:  I want to make sure we are all in on the same form as we are.

Mr. Fishback, if there are assets, I would let them ask you under oath, Where is X, Y, and Z?  So would you rather do it at a deposition or do you want them to do it all in one fellow swoop, say, These are documents I want; I have them; I don't; then they ask you follow-up questions to respond to?

Do you want to do it in that form or do you want to do it in the form of a deposition?

MR. FISHBACK:  In that former form, Your Honor.

MR. DAVIS:  We'll include them.

THE COURT:  So we'll do it that way, because my goal is to avoid spending more time.

Mr. Fishback, oddly enough, I had to go grab the power of attorney at my house before this hearing.  I drove home and one of your signs is four doors down across the street from my townhouse downtown, so I understand you have other things you want to do.  I promise I'm not trying to make this harder.

MR. FISHBACK:  Your Honor, I welcome the opportunity to be here.  I thank you for taking the time this morning, and I will always cooperate with Your Honor's court.

THE COURT:  All right.  And what I'm going to do to make it easier, from now on anything related to this discovery I'm going to handle directly.  I'm not going to create Judge Fitzpatrick as a middleman.  Y'all are just going to come back directly on this.

So I've got his law clerk with me and they are going to let me know -- I'm not going to handle everything in this case because it's voluminous and I have other things to do, but anything related to what we did today I'm just going to have go directly to me and he'll notify me that I need to do action required; okay?

MR. DAVIS:  Thank you, Your Honor.

THE COURT:  What I don't want y'all to have to do,

because, quite frankly, y'all spent a lot of time today -- Mr. Fishback, I appreciate you; I appreciate counsel for the plaintiffs coming in -- having to educate me because we have this extra layer, so it took longer. I'm just going to keep it so we can expedite things and it will be faster moving forward; okay?

MR. FISHBACK: Thank you, Your Honor.

MR. DAVIS: Thank you, Your Honor.

THE COURT: No problem.

All right. Thank you very much. You have your deadlines.

And so what I'm going to do is -- the other two motions that are currently pending are in front of the magistrate judge. As it relates to the matter in front of me, I'm deferring ultimately ruling on anything until we handle this discovery in toto; okay?

MR. FISHBACK: Thank you, Your Honor.

MR. DAVIS: Thank you, Your Honor.

THE COURT: Court is in recess.

(Proceedings concluded at 1:16 PM on Wednesday, April 01, 2026.)

* * * * * * * *

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter. Any redaction of personal data identifiers pursuant to the Judicial Conference Policy on Privacy is noted within the transcript.

/s/ Megan A. Hague                          4/4/2026
Megan A. Hague, RPR, FCRR, CSR              Date
Official U.S. Court Reporter