UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

GREENLIGHT CAPITAL INC v. FISHBACK

Case No. 4:25-mc-00031

**DECLARATION OF JAMES FISHBACK**

I, James Fishback, declare as follows:

1. I am the Defendant in the above-captioned matter, appearing pro se. I make this declaration based on my own personal knowledge.

2. Pursuant to the Order of Judge Mark E. Walker dated April 16, 2026 [ECF No. 84], I have conducted a diligent search for all documents responsive to the items listed by Plaintiff in accordance with that Order.

3. I have produced all responsive documents within my possession, custody, or control.

4. As to the following items, I am unable to produce documents for the reasons stated:

Request re: financial records of Azoria Capital, Inc.: I am no longer an officer, director, manager, or agent of Azoria Capital, Inc. I do not have possession, custody, or control over its corporate or financial records and have no legal authority to obtain them. While I am a member of Azoria Partners LLC, said entity has not formally prepared financial statements, balance sheets, etc.

Request No. 13 (Passive income, dividends, rental income): I have not received passive income, dividends, distributions, or rental income during the relevant period. The property at 2325 42nd Street NW, Apt. 215, Washington, DC 20007 has not generated rental income. There are no responsive documents.

Request re: 2023 Tesla Model 3 (VIN 5YJ3E1EA7PF541502): I have never owned this vehicle. It was owned by my father, Jay Thomas Fishback. I have no documents relating to its acquisition, ownership, or disposition beyond those already produced evidencing payments I made on his behalf.

RCV'D USDC FLND TL
MAY 4 '26 PM4:53

Request re: Cartier watch: I do not own the watch worn at my August 29, 2025 deposition. It was borrowed from a personal friend. I have no ownership interest in it and hold no responsive documents.

Request re: R.J. O'Brien & Associates LLC account statements. Upon attempting to login to my R.J. O'Brien & Associates LLC online portal, I was met with the following message: "Manual disabled by apotts (ProfileUserId: 966) on Friday, March 13, 2026 2:24:38 PM User is disabled." I am unable to login to my account and therefore cannot produce the requested account statements.



Request re: Bank of America account statements: While I have access to the Bank of America online portal, I no longer have access to past account statements for my old personal checking account ending in 0313 or my old credit card ending in 5409 via the online banking portal.



I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 4, 2026, in Palm Beach County, Florida.

James Fishback
Pro Se Defendant
115 SW Pinckney Street
Madison FL 32340
tommyfishback@gmail.com
Dated: May 4, 2026