# *EXHIBIT A*

**Anthony Jay • Documentary Photographer** ✔
**@anthonyjayphoto**

People cannot stop talking about James right now. Another Fishback W.



James Fishback and Team Fishback

Last edited 12:05 AM · May 25, 2026 · **1,246** Views