*EXHIBIT B*

So this idea because something was purchased at Nordstrom or Amazon -- Amazon sells subscriptions to movies and books.  So this idea that there are $37,000 of items that I have squirreled away, there is not even the assertion that there is $37,000 of items period.

We are taught in economics that there are goods but there are also services.  And I can attest to you today, Your Honor, that I am not in possession of $37,000 of luxury goods.  I have not moved any items.  And that is where we stand today.

THE COURT:  The purchases -- just because I can also read, I believe it's not a three-year time period.  The documented purchases are from March of 2024 to July of 2025, I believe.

MR. DAVIS:  Right.

MR. FISHBACK:  Correct.

THE COURT:  And that won't change your --

MR. FISHBACK:  Oh, yes, Your Honor.  I'm sorry.  I was confusing that with the prior request about loans.  But, yes, the idea -- you know, he talked earlier about a MacBook that I purchased in April of 2024.  That was then promptly donated to a nonprofit organization.  Talks about Ebay.  Talks about Amazon. These are not luxury items.  The item at Burberry was a gift for a friend.

They keep talking about all of these luxury watches.

I have one watch, Your Honor.  It is on my wrist.  It's from Swatch.  That is the only watch that I own.

THE COURT:  Well, there were two jewelry purchases, one for $7,473 and one for --

MR. FISHBACK:  Correct; and that was a gift, Your Honor.

THE COURT:  -- $3,296.

MR. FISHBACK:  Those are both gifts, Your Honor.  I do not own any jewelry.

So when they asked me to turn over documents that evidence vehicles, jewelry, or boats, I can't produce documents for items I never possessed, that I do not own.

THE COURT:  What says you with respect to -- well, you no longer work for Azoria; correct?

MR. FISHBACK:  That is correct, Your Honor.

THE COURT:  And you are telling me that if we do a third-party subpoena to Azoria for every payment ever made to you, it's going to comport with the roughly 40K that was put in that JPMorgan account?

MR. FISHBACK:  Absolutely, Your Honor.  In fact, they have already executed that third-party subpoena because JPMorgan has provided the documents that show what Azoria has paid out.

THE COURT:  Not JPMorgan, but Azoria.  Because Azoria doesn't just have to send it to JPMorgan.  They could have sent it somewhere else; right?