# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

      Plaintiff/Judgment Creditor,          Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

      Defendant/Judgment Debtor.

_____/

## NOTICE OF FILING UPDATE TO CERTIFICATE OF CONFERRAL

Plaintiff/Judgment Creditor Greenlight Capital, Inc. ("Greenlight") hereby gives notice of an update to the certificate of conferral in Greenlight's Motion to Compel James Fishback to Comply with the Court's Orders (the "Motion"). [ECF No. 90].

## UPDATE TO CERTIFICATE OF CONFERRAL

I certify that, prior to filing the Motion, undersigned conferred with Defendant/Judgment Debtor James Fishback ("Fishback") regarding the relief requested in the Motion via email correspondence on June 1, 2026. At the time the Motion was filed, undersigned had not received any response in his inbox from Fishback or any additional document production.

However, due to unforeseen IT issues, undersigned subsequently discovered email correspondence from Fishback, dated June 1, 2026, in the firm's email

SEQUOR LAW, P.A.

quarantine folder on the evening of June 4, 2026. Accordingly, Fishback did, in fact, respond to the conferral; however, he failed to produce any additional documents as requested in the meet and confer and identified in the *Notice of Filing List of Discovery Items to James Fishback in Aid of Execution* [ECF No. 86].

Dated: June 5, 2026

Respectfully submitted,
**Counsel for Plaintiff/Judgment Creditor**
SEQUOR LAW, P.A.
1111 Brickell Avenue, Ste. 1250
Miami, FL 33131
Tel: (305) 372-8282
Fax: (305) 372-8202

By:    */s/ Miguel E. Del Rivero*
Edward H. Davis Jr.,
Florida Bar No.: 704539
Email: edavis@sequorlaw.com
Juan J. Mendoza
Florida Bar No.: 113587
Email: jmendoza@sequorlaw.com
Miguel E. Del Rivero
Florida Bar No.: 1048586
Email: mdrivero@sequorlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY that a true and correct copy of the foregoing was sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent email notification of such filing to all CM/ECF participants; via email to James Fishback at james@azoriapartners.com and tommyfishback@gmail.com; and via First Class U.S. Mail to James Fishback's last known address at 115 SW Pinckney Street, Madison, FL 32340 on June 5, 2026.

/s/ *Miguel E. Del Rivero*
Miguel E. Del Rivero