**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

GREENLIGHT CAPITAL, INC.,

      Plaintiff/Judgment Creditor,               Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

      Defendant/Judgment Debtor.

_____/

## MOTION FOR CLARIFICATION

Plaintiff/Judgment Creditor Greenlight Capital, Inc. ("Greenlight") files this *Motion for Clarification* (the "Motion") in response to the Court's May 7, 2026 Order denying Greenlight's Motion to Compel Compliance with the Charging Order (the "May 7, 2026 Order") [ECF No. 89]. Greenlight states as follows:

1.     This Motion seeks to clarify certain points addressed in the Court's May 7, 2026 Order. [ECF No. 89].

**A. Conferral with Azoria Partners LLC**

2.     With respect to the first point concerning the conferral with Azoria Partners LLC prior to filing the motion to compel compliance with the Court's Charging Order [ECF No. 77], Greenlight communicated directly with Fishback individually and in his capacity as the registered agent, the manager, and sole owner of Azoria Partners LLC. [ECF No. 77-4 p. 2 (meet and confer email)]. In the email

correspondence, undersigned stated that "[a]s of the date of this correspondence, you *and* Azoria Partners LLC are in violation of the Charging Order" and that failure to comply will force Greenlight "to seek appropriate relief from the Court." [*Id.* (emphasis added)]

3.      Greenlight agrees with the Court that Fishback cannot represent Azoria Partners LLC in legal proceedings in his individual capacity. However, as the named recipient of the Charging Order, Azoria Partners LLC is obligated to comply with the Court's orders, regardless of whether it is represented by counsel. In sum, Greenlight has provided notice to Azoria Partners LLC of its failure to comply with the Court's Charging Order through Fishback, who serves as its registered agent, manager, and sole member.

4.      Since Azoria Partners LLC does not have legal counsel, Greenlight's only option in order to comply with the Court's order was to meet and confer with Azoria Partners LLC's representative, Fishback.

## B. Fishback has not Complied with the Charging Order

5.      As a threshold matter, Azoria Capital, Inc. and Azoria Partners LLC are separate and legally distinct entities and must be treated as such. *Edmondson v. Velvet Lifestyles, LLC*, 43 F.4th 1153, 1162 (11th Cir. 2022) (holding that, in the absence of veil-piercing, limited liability corporations are presumed to be "distinct 'legal entit[ies]'") (citing *Molinos Valle Del Cibao, C. por A. v. Lama*, 633 F.3d 1330, 1349

(11th Cir. 2011)). See below a visual aid representing the differences between these sperate entities:




6.    A chart further illustrating the material differences between these entities is attached hereto:

| | Azoria Capital, Inc. | Azoria Partners LLC |
|---|---|---|
| Entity Type: | Delaware Corporation | Florida Limited Liability Company (LLC) |
| Formation / Founding Date: | November 18, 2024 | October 13, 2023 |
| Primary Location(s): | Delaware and Washington, D.C. | Madison, Florida |
| Registered Agent: | VCORP Agent Services, Inc. | James Fishback |
| Last Known Banking Information: | J.P. Morgan Chase Commercial Checking Account ending in: #0330 | J.P. Morgan Chase Commercial Checking Account ending in: #1385 |
| James Fishback Affiliation: | Listed as CEO and founder with majority shares per January 6, 2026 SEC Form ADV. | Registered agent, manager, and single-member owner. Per April 1, 2026 hearing, still affiliated with the entity. |
| Legal Relationship Between Entities: | No legal identity overlap; separate and independent entities | |

7.    With respect to the second issue—Fishback's compliance with the

Charging Order—he has not complied with the Court's Charging Order. [*See* ECF No. 19 p. 4 ("Defendant shall have five days after service of this Order via registered mail on Azoria Partners, LLC, to file with this Court a sworn statement reporting any amount payable as a distribution by Azoria Partners LLC, directly to Defendant, or for his benefit")]. Fishback has failed to provide a sworn statement detailing all payments he has received, whether directly from Azoria Partners LLC or for his benefit, since August 21, 2025. Moreover, Fishback's limited production to Greenlight pursuant to the Court's discovery orders [ECF Nos. 78, 84] did not relieve him of his independent obligation to comply fully with the Charging Order [ECF No. 19].

8.      In his limited production pursuant to the Court's discovery orders, Fishback provided, among other things, a series of bank statements from his personal JPMorgan Chase account ending in 1864, as well as mortgage statements for his properties in Madison, Florida and Washington, D.C. Although Fishback failed to produce significant information (an issue addressed in Greenlight Motion to Compel Compliance with the Court's Discovery Orders [ECF No. 90]), the materials he did produce confirm what has long been known to Greenlight. Specifically, the mortgage statements support Greenlight's statements that Fishback is using Azoria Partners LLC to fund his personal lifestyle, notwithstanding this Court's Charging Order requiring that all payments to or for his benefit from Azoria Partners LLC be directed

to Greenlight.

9.    Furthermore, he likewise failed to provide any sort of documentation or attestation on his part reflecting payments from Azoria Partners LLC. In addition, Fishback did not produce a single record concerning Azoria Partners LLC, asserting only that the entity "has not formally prepared financial statements, balance sheets, etc." [ECF No. 88 p. 1].

10.    As noted in the chart listed above, Azoria Partners LLC is a Florida limited liability company with its registered office at 115 SW Pinckney St., Madison, Florida 32340, for which Fishback serves as both registered agent and manager. A fact that the Court has taken judicial notice of. [ECF No. 19 p. 4]. As confirmed in his August 29, 2025, deposition, Fishback is also Azoria Partners LLC's sole member. [ECF No. 77-1 p. 2].

11.    By contrast, Azoria Capital, Inc. is a distinct entity registered in Washington, D.C., in which Fishback serves as CEO and is the majority shareholder, as reflected in the January 6, 2026 Form ADV. [ECF No. 82-2 p. 19].

12.    Although the similarity in names creates confusion, the entities are legally distinct, and Fishback's role as manager of Azoria Partners LLC, an entity with which he continues to acknowledge involvement, remains directly relevant here where Azoria Partners LLC has failed to abide by an order of the Court.

13.    This is particularly significant because, to Greenlight's current

knowledge, Azoria Partners LLC has distributed more than $35,000.00 to or for the

benefit of Fishback since the entry of the Charging Order.

14.    Attached hereto is a chart of currently known payments:





[*See* ECF No. 77-2 (Azoria Partners LLC, JP Morgan Chase Bank statements); ECF

No. 77-3 (Carrington Mortgage Statements); Exhibit A (Rocket Mortgage

statements)].

15.    At a minimum, Azoria Partners LLC has distributed over $35,000.00

dollars directly to, or for the benefit of Fishback—an individual who as of December

31, 2025, claims a net worth of $530,000.00—since the entry of the Court's Charging

Order. [*See* Exhibit B, James Fishback 2025 Form 6- Full and Public Disclosure of

Financial Interests].

## CONCLUSION

16.   Accordingly, Greenlight respectfully submits this Motion to clarify certain points in the Court's May 7, 2026 Order, including that (1) Greenlight conferred with Azoria Partners LLC prior to filing the Motion to Compel Compliance with Charging Order [ECF No. 77-4], and (2) Fishback has not complied with the Charging Order despite his limited May 4, 2026 production.

Dated: June 12, 2026                     Respectfully submitted,

                                         **Counsel for Plaintiff/Judgment Creditor**
                                         SEQUOR LAW, P.A.
                                         1111 Brickell Avenue, Ste. 1250
                                         Miami, FL 33131
                                         Tel: (305) 372-8282
                                         Fax: (305) 372-8202

                              By:   */s/ Miguel E. Del Rivero*
                                    Edward H. Davis Jr.,
                                    Florida Bar No.: 704539
                                    Email: edavis@sequorlaw.com
                                    Juan J. Mendoza
                                    Florida Bar No.: 113587
                                    Email: jmendoza@sequorlaw.com
                                    Miguel E. Del Rivero
                                    Florida Bar No.: 1048586
                                    Email: mdrivero@sequorlaw.com

## **<u>CERTIFICATE OF SERVICE</u>**

I CERTIFY that a true and correct copy of the foregoing was sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent email notification of such filing to all CM/ECF participants; via email to James Fishback at james@azoriapartners.com and tommyfishback@gmail.com; via email to Azoria Partners LLC at james@azoriapartners.com; via First Class U.S. Mail to the registered agent of Azoria Partners LLC, James Fishback, at 115 SW Pinckney Street, Madison, FL 32340, the registered agent address on file with the Florida Department of State; and via First Class U.S. Mail to James Fishback's last known address at 115 SW Pinckney Street, Madison, FL 32340 on June 12, 2026.

/s/ *Miguel E. Del Rivero*
Miguel E. Del Rivero