*EXHIBIT A*

# ROCKET Mortgage



1050 Woodward Avenue | Detroit, MI 48226

# Autopay Confirmation

James Fishback
2325 42Nd St Nw Apt 215
Washington, DC 20007-6915

## Loan Information

| | |
|---|---|
| **Loan Number:** | ████ 7028 |
| **Property Address:** | **2325 42Nd St Nw Apt 215 Washington, DC 20007** |
| **Notice Date:** | 08/21/2025 |

Hi James Fishback,

Thank you for updating your Rocket Mortgage® autopay program. Rest easy knowing your payment will always be made on time.

## Payment Breakdown

| | |
|---|---|
| Autopay Date: | 09/16/2025 |
| Total Amount:* | $1,867.82 |

*This amount is subject to change based on HELOC/ARM adjustments, escrow adjustments, subsidy adjustment, or when a loan goes from interest-only to principal and interest. The new payment amount will continue to be drafted.

This amount is being drafted from your account ending in 1385. If the drafting date falls on a holiday or a weekend, your payment will be applied to your loan on the following business day.

These payments will continue with Rocket Mortgage or any respective successors until you cancel them, which you can do by calling your servicer or updating your account online. In order for the change to take effect, make sure to do so before 11:30 p.m. ET one business day before your next scheduled draft date.

If you have any questions or concerns, don't forget that we're here to help! You can contact us at (800) 508-0944, Monday – Friday, 8:30 a.m. – 9:00 p.m. ET, and Saturday 9:00 a.m. – 4:00 p.m. ET. You can also reach us by email at ServicingHelp@RocketMortgage.com.

Sincerely,

Your Rocket Mortgage Team

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET

Page 1
AD003


## ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

**Change In Autopay Amount**

7-810-76931-0002980-001-01-000-000-000-000

James Fishback
2325 42ND St NW Apt 215
Washington DC 20007-6915

### Loan Information

| | |
|---|---|
| **Loan Number:** | ███████7028 |
| **Property Address:** | **2325 42ND St NW** |
| | **Apt 215** |
| | **Washington, DC 20007** |
| **Notice Date:** | **11/18/2025** |

Hi James,

### Autopay Breakdown

| | |
|---|---|
| Draft Schedule: | Monthly |
| Draft Date: | 12/16/25 |
| Monthly Payment: | $1,884.45 |
| Total Monthly Payment:[2] | $1,884.45 |

### Bank Account Breakdown

| Account Ending In | Fixed Draft Amount |
|---|---|
| 1385 | $1,884.45 |
| Total Type Draft Amount: | $1,884.45 |

The mortgage payment has changed due to:

- Your escrow analysis.

We'll be updating the autopay amount to match the new payment of $1,884.45.

To the left is a breakdown of the new payment information, for the effective date of December 1, 2025.

This amount is being drafted from the account ending in 1385.

The payment will be applied to the loan the next business day after we receive the equivalent of a full monthly payment. These payments will continue until canceled, which you can do by calling us or updating the account online at RocketMortgage.com. In order for the change to take effect, make sure to reach out before 11:30 p.m. ET 1 business day before your next scheduled draft date.

If you have any questions or concerns, don't forget that we're here to help! You can contact us at (800) 508-0944, Monday – Friday, 8:30 a.m. – 9:00 p.m. ET, and Saturday, 9:00 a.m. – 4:00 p.m. ET. You can also reach us by email at ServicingHelp@RocketMortgage.com.

Sincerely,

Your Rocket Mortgage® Team

[2]This amount is subject to change based on home equity line of credit/adjustable rate mortgage adjustments, escrow adjustments or when a loan goes from interest-only to principal and interest. The new payment amount will continue to be drafted.

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** Monday - Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET

Page 1
CA032

# ROCKET Mortgage

**Billing Statement**

1050 Woodward Avenue | Detroit, MI 48226

5-810-73769-0013048-001-000-000-000-000

JAMES T FISHBACK
2325 42ND ST NW APT 215
WASHINGTON DC  20007-6915

## Loan Information

**Loan Number:** ███████7028
**Property Address:** **2325 42ND ST NW**
**Washington, DC 20007**
**Statement Date: 09/16/2025**

## Loan Activity From 08/17/2025 To 09/16/2025 (Continued)

| Date | Description | Charges | Escrow | Unapplied | Payments |
|------|-------------|---------|--------|-----------|----------|
| 08/26/25 | Partial Payment Adjustment | | | ███████ | |
| 08/26/25 | Payment Applied | | | | $1,892.82 |
| 08/26/25 | Partial Payment Adjustment | | | ███████ | |
| 08/26/25 | Payment Applied | | | | $77.00 |
| 08/26/25 | NSF Fee Assessed | ███████ | | | |
| 08/28/25 | Payment Received | | | | $25.00 |
| 09/02/25 | Taxes Paid | | ███████ | | |
| 09/13/25 | Mortgage Insurance Paid | | ███████ | | |
| 09/16/25 | Payment Received | | | | $1,867.82 |

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** **Monday – Friday:** 8:30 a.m. – 9:00 p.m. ET
**Saturday:** 9:00 a.m. – 4:00 p.m. ET

Page 3
CP045

# ROCKET Mortgage

**Billing Statement**

1050 Woodward Avenue | Detroit, MI 48226

## Additional Messages

## Loan Activity From 09/17/2025 To 10/16/2025§

| Date | Description | Charges | Escrow | Unapplied | Payments |
|------|-------------|---------|--------|-----------|----------|
| 10/15/25 | Mortgage Insurance Paid | | ███████ | | |
| 10/16/25 | Payment Received | | | | $1,867.82 |

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

In addition to the fees described, there may be fees for certain services requested by you and related to the servicing of your loan. To view a list of services and the associated fees, please go to your RocketMortgage.com account under the Documents tab. All fees are subject to change without prior notice.

You can access a list of the approved HUD homeownership counselors and counseling organizations at www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling (800) 569-4287.

*This is not your payoff amount. Please contact us at (800) 508-0944 to request a payoff.
‡Partial Payments: Partial payments are not applied to your full monthly amount until the total amount is received.
§Additional loan activity can be found in the Transactional History tab at RocketMortgage.com.
If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.
If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, Fax: (877) 382-3138.

| | | |
|---|---|---|
| **Phone:** (800) 508-0944 | **Hours:** Monday – Friday: 8:30 a.m. – 9:00 p.m. ET | |
| **Email:** ServicingHelp@RocketMortgage.com | Saturday: 9:00 a.m. – 4:00 p.m. ET | Page 2 |
| **Secure Fax:** (877) 380-5084 | | CP045 |

✂ – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – ✂

### NEW CONTACT INFORMATION

Name: _____

Preferred Phone Number:   ☐ Cell   ☐ Home   ☐ Work _____

Street Address: _____

City: _____   State: _____   ZIP: _____

Email 1: _____   Email 2: _____

Signature: _____

A signature is required to make address changes.

CP045

# ROCKET Mortgage

**Billing Statement**

1050 Woodward Avenue | Detroit, MI 48226

## Additional Messages

## Loan Activity From 11/16/2025 To 12/16/2025§

| Date | Description | Charges | Escrow | Unapplied | Payments |
|------|-------------|---------|--------|-----------|----------|
| 11/17/25 | Payment Received | | | | ███████ |
| 11/19/25 | Returned Item Reversal | | | | ███████ |
| 11/19/25 | Late Fee Assessed | ████ | | | |
| 11/19/25 | NSF Fee Assessed | ████ | | | |
| 12/02/25 | Payment Received | | | | $1,944.82 |
| 12/03/25 | Payment Received | | | | $1,867.82 |
| 12/04/25 | Payment Received | | | | $1,909.45 |
| 12/12/25 | Mortgage Insurance Paid | | ████ | | |

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

In addition to the fees described, there may be fees for certain services requested by you and related to the servicing of your loan. To view a list of services and the associated fees, please go to your RocketMortgage.com account under the Documents tab. All fees are subject to change without prior notice.

You can access a list of the approved HUD homeownership counselors and counseling organizations at www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling (800) 569-4287.

*This is not your payoff amount. Please contact us at (800) 508-0944 to request a payoff.
‡Partial Payments: Partial payments are not applied to your full monthly amount until the total amount is received.
§Additional loan activity can be found in the Transactional History tab at RocketMortgage.com.
If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.
If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, Fax: (877) 382-3138.

| | |
|---|---|
| **Phone:** (800) 508-0944 | **Hours:** Monday – Friday: 8:30 a.m. – 9:00 p.m. ET |
| **Email:** ServicingHelp@RocketMortgage.com | Saturday: 9:00 a.m. – 4:00 p.m. ET |
| **Secure Fax:** (877) 380-5084 | |

Page 2
CP045

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂

**NEW CONTACT INFORMATION**

Name: _____

Preferred Phone Number:  ☐ Cell  ☐ Home  ☐ Work _____

Street Address: _____

City: _____  State: _____  ZIP: _____

Email 1: _____  Email 2: _____

Signature: _____

A signature is required to make address changes.

CP045

# ROCKET Mortgage

**Billing Statement**

1050 Woodward Avenue | Detroit, MI 48226

## Additional Messages

## Loan Activity From 01/17/2026 To 02/16/2026§

| Date | Description | Charges | Escrow | Unapplied | Payments |
|---|---|---|---|---|---|
| 02/02/26 | Payment Received | | | | $1,884.45 |
| 02/13/26 | Mortgage Insurance Paid | | ███████ | | |

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

In addition to the fees described, there may be fees for certain services requested by you and related to the servicing of your loan. To view a list of services and the associated fees, please go to your RocketMortgage.com account under the Documents tab. All fees are subject to change without prior notice.

You can access a list of the approved HUD homeownership counselors and counseling organizations at www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling (800) 569-4287.

*This is not your payoff amount. Please contact us at (800) 508-0944 to request a payoff.
‡Partial Payments: Partial payments are not applied to your full monthly amount until the total amount is received.
§Additional loan activity can be found in the Transactional History tab at RocketMortgage.com.
If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.
If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, Fax: (877) 382-3138.

| | |
|---|---|
| **Phone:** (800) 508-0944 | **Hours:** Monday - Friday: 8:30 a.m. - 9:00 p.m. ET |
| **Email:** ServicingHelp@RocketMortgage.com | Saturday: 9:00 a.m. - 4:00 p.m. ET |
| **Secure Fax:** (877) 380-5084 | |

Page 2
CP045

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂

### NEW CONTACT INFORMATION

Name: _____

Preferred Phone Number:   ☐ Cell   ☐ Home   ☐ Work  _____

Street Address: _____

City: _____   State: _____   ZIP: _____

Email 1: _____   Email 2: _____

Signature: _____

A signature is required to make address changes.

CP045

# ROCKET Mortgage

**Billing Statement**

1050 Woodward Avenue | Detroit, MI 48226

## Additional Messages

## Loan Activity From 03/17/2026 To 04/16/2026§

| Date | Description | Charges | Escrow | Unapplied | Payments |
|------|-------------|---------|--------|-----------|----------|
| 03/19/26 | Late Fee Adjustment | ███ | | | |
| 04/08/26 | Payment Received | | | | $1,884.45 |
| 04/15/26 | Mortgage Insurance Paid | | ███ | | |
| 04/16/26 | Late Fee Assessed | ███ | | | |

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

In addition to the fees described, there may be fees for certain services requested by you and related to the servicing of your loan. To view a list of services and the associated fees, please go to your RocketMortgage.com account under the Documents tab. All fees are subject to change without prior notice.

You can access a list of the approved HUD homeownership counselors and counseling organizations at www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling (800) 569-4287.

*This is not your payoff amount. Please contact us at (800) 508-0944 to request a payoff.
‡Partial Payments: Partial payments are not applied to your full monthly amount until the total amount is received.
§Additional loan activity can be found in the Transactional History tab at RocketMortgage.com.
If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.
If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, Fax: (877) 382-3138.

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET

Page 2
CP045

---

### NEW CONTACT INFORMATION

Name: _____

Preferred Phone Number:  ☐ Cell  ☐ Home  ☐ Work _____

Street Address: _____

City: _____  State: _____  ZIP: _____

Email 1: _____  Email 2: _____

Signature: _____

A signature is required to make address changes.

CP045