**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

GREENLIGHT CAPITAL, INC.,

Plaintiff/Judgment Creditor, Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

Defendant/Judgment Debtor.
________________________________/

**NOTICE TO DEFENDANT OF GARNISHEE'S ANSWER TO WRIT OF GARNISHMENT AND CERTIFICATE OF SERVICE**

Greenlight Capital Inc. ("Plaintiff/Judgment Creditor"), pursuant to Florida Statute §77.055, hereby gives Notice of Service to Defendant, JAMES FISHBACK a copy of Garnishee Stripe Inc.'s Answer of Garnishee. A copy of the Answer served on Plaintiff via electronic mail on November 4, 2026, is attached hereto as **Exhibit "A"**. Judgment Creditors further provides notice pursuant to Florida Statute §77.055 that Defendant/Judgment Debtor have twenty (20) days from the date indicated on the Certificate of Service included herein to move to dissolve the Writ of Garnishment, if any of the allegations in Plaintiff/Judgment Creditor's Motion for Writ of Garnishment is untrue.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on November 9, 2026 by First Class U.S. Mail upon *James Fishback's* last known address at 115 SW Pinckney Street, Madison, FL 32340.

Date: November 9, 2026

Respectfully submitted,

SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
edavis@sequorlaw.com
jmendoza@sequorlaw.com
mdrivero@sequorlaw.com
Telephone: 305-372-8282
Facsimile: 305-372-8202

By: *_/s/ Miguel E. Del Rivero_*
Edward H. Davis Jr.,
Florida Bar No.: 704539
Juan J. Mendoza
Florida Bar No.: 113587
Miguel E. Del Rivero
Florida Bar No.: 1048586

*Counsel for Plaintiff/Judgment Creditor*

# Exhibit "A"

stripe

October 15, 2026

Clerk of the Court
United States District Court for the Northern District of Florida
Joseph Woodrow Hatchett United States Courthouse and Federal Building
111 N. Adams St.
Tallahassee,
FL, US 32301

**Re: Garnishee Amended Stripe Inc's Answer to United States District Court for the Northern District of Florida - JAMES FISHBACK - 4:25-mc-00031.**

Dear Court Clerk,

I, Brenden Walsh, am employed by and am authorized to certify for Stripe, Inc., that the below findings are a true and accurate reflection of records kept in the regular course of business of my employer.

On or about October 9, 2026, Stripe received a Writ of Garnishment ("Writ") related to the above-referenced matter. Stripe, as garnishee, has been ordered to determine whether it is indebted to the Defendant at the time of the Answer or was at the time of service of this Writ, or at any time between such times; and if so, in what sum and what tangible or intangible personal property of Defendant Stripe has in its possession or control. Stripe, as garnishee, is also to state whether they know of any other person indebted to the Defendant or who may be in possession or control of any of the property of the Defendant.

The following are records of Stripe, Inc. regarding accounts related to Defendants/Debtors:

stripe

| Stripe Account | Owner Name | Balance | Other Claimants |
|---|---|---|---|
| acct_XXXXXXXXXXXXR1Gx | James Fishback | $0.00 | N/A |
| acct_XXXXXXXXXXXXXwEI | James Fishback | $0.00 | N/A |
| acct_XXXXXXXXXXXX0ZHr | James Fishback | $0.00 | N/A |
| acct_XXXXXXXXXXXXJbUB | James Fishback | $0.00 | N/A |

Stripe is aware that the defendant has or has had accounts with the following banks:

| Description of Property | Bank Name | Nature and Value of Judgment Debtor's Interest |
|---|---|---|
| Bank Account | Jpmorgan Chase Bank, Na | N/A |
| Bank Account | Truist Bank | N/A |
| Bank Account | Bank Of America, N.A. | N/A |

In my capacity as authorized custodian of records OR employee agent familiar with the records, I affirm that the aforementioned records are a true and accurate reflection of records kept in the regular course of business of Stripe, Inc. It was the regular course of business of Stripe, Inc. to make such records at the time of the recorded acts, transactions, occurrences, or events or within a reasonable time thereafter.

Sincerely,

Brenden Walsh