EXHIBIT "B"

own any other assets?
A No.
Q For example, do you own any jewelry?
A I don't.
Q Do you have a watch on now?
A I do.
Q That's jewelry.
A Yeah, I do.
Q Okay. What kind of watch is that?
A It's actually not my watch. I'm borrowing it from a friend.
Q Who?
A Alex.
Q The same Alex you described before?
A Yes.
Q Munguia?
A Munguia. He borrows the car. I borrow the watch. The car gets repossessed.
Q Well, what kind of watch is it?
A It's a Cartier -- I think this is a Cartier watch.
Q And for what period of time do you have it on loan?
A It's just an informal thing. Like, it's not -- it's just he lets me borrow it. I let him

borrow some of my suits and stuff.
Q Do you --
A He has my Prada shoes right now, like, you know.
Q Do you typically have the watch, though?
A No.
Q What documents do you have that would support that that watch belongs to Alex Munguia?
A I suppose that's a question to ask him what documents he has to support that it belongs to him.
Q Do you have an accountant?
A I don't personally employ an accountant, no.
Q Does Azoria Capital have an accountant?
A We do all of our accounting internally.
Q Do you have a tax preparer?
A Yes.
Q Is that person an accountant?
A Yes.
Q Okay. So you kind of do have an accountant?
A I don't employ them.
Q So I'm not saying employ.
A Oh, okay.
Q -- maybe the wrong context. Do you hire as you would hire a lawyer --
A Yes.

correct?
A Yes.
Q Are there any that are in both categories?
A I'm sure there are, actually. I -- I wouldn't know, because the -- owning the ETF is a personal decision that you would have with -- only your own brokerage account would know. So I'm sure there are.
Q But you don't know.
A I don't -- I don't know.
Q Without disclosing the identity of these investors, can you tell me how many there are that own the 10 percent?
A About a dozen.
Q Are they individuals or are they entities?
A Both.
Q Is there any filing that you're required to do with any entity or regulatory entity that requires you to disclose the names of those investors?
A Not to my knowledge.
Q How many employees does Azoria Capital have currently?
A Three.
Q Are you one of those three?
A Yes.

Q Who are the other -- who are the other two?
A Alex and Varun.
Q Can you spell that?
A V-A-R-U-N.
Q And what's his last name?
A Paranjpe, P-A-R-A-N-J-P-E.
Q Okay. Well, earlier I asked you if Alex Munguia worked for you. I guess what you meant by -- when you said no, you mean not you personally; correct?
A Well --
Q But he does work for a Azoria Capital?
A Well, I believe the question you asked was does he work for Azoria Partners. And he does not work for a Azoria Partners. He works for Azoria Capital.
Q Got it. Okay. So whatever was said before, let's clarify. Alex Munguia works for --
A Works for Azoria --
Q -- Azoria Capital.
A Yeah.
Q Just to go back to your Apple Card, you said they canceled it for nonpayment? Do you still owe Apple Card any money?
A I don't know.

account?
A We -- we talk generally about markets, as I would with anyone.
Q Would you have reviewed his trading account to see how he was investing and give him advice?
A Not particularly. We'd talk about markets, we'd talk about all sorts of stuff, but I don't know that I was regularly giving him specific advice.
Q Then why would you look at his trading account statements? What would be the purpose?
A Well, I don't know that I -- I mean, I don't -- I don't remember. Is this a specific instance or ...
Q No. I'm just asking if you had access to it and you reviewed it.
A So I didn't have access to it. I didn't have online, and I wasn't entitled to that. I recall my father over the years sending me PDFs of his trading account saying, "Hey, this is what I got on," or whatever the case is.
Q Right. Okay. That's helpful. Thank you.
So does -- one thing I didn't ask you, Azoria Capital, does it have its own checking account?
A It does.
Q Does it have more than one?

A I'm sure it does.
Q Where?
A I'd have to check with our team.
Q You don't have any recollection?
A I -- I don't personally handle that stuff.
Q Who does?
A Alex.
Q Okay. Alex Munguia?
A Yes.
Q Okay. And is there set policies on what can be paid out of that account and what the procedure is to be paid out of that account?
A That'd be a question for him.
Q Okay. So he's the one who sets the policy for the control of that account?
A He's the one who controls that account.
Q Okay. Do you have signatory authority on the accounts of Azoria Capital?
A I'm sure I do. I very rarely use it.
Q Okay. Do you have, like, a written policy of who can take money out of that account and what it's for and what it has to be for?
A I'd have to check with Alex.
Q Okay. So but you personally, as the senior person at Azaria Capital, do you know of a policy that

A No, I never said that.
Q Right. You just said it just now.
A Every dollar we got is profit.
Q So every dollar you got in during that week is profit? How's that possible?
A Every dollar we got is profit.
Q No. Your revenue --
A That -- that --
Q -- revenue's different than profit. Revenue -- you're saying "Every dollar we got" is your revenue. I'm asking --
A I -- oh, I never said every dollar we got is our revenue.
Q Well, that's what it is, isn't it?
A I -- I'm a college dropout, so I actually don't know what the terms are. When I say every dollar we got, I mean that to believe every dollar we earned in profit.
Q Okay. But you do understand that there's --
A Could we go off --
Q -- profit, there's expenses --
A Could we go for just one minute, please? Just for one minute.
MR. DAVIS: Okay.
THE REPORTER: We are off the record at

5:04 p.m.

(Off the record.)

THE REPORTER: Back on the record at 5:08 p.m.

MR. DAVIS: Great. Thank you.

BY MR. DAVIS:

Q So what I was saying, and I was asking you, and you were in the midst of answering with regard to this social media post about firm profits for a week. I think we had a disagreement, or we hadn't yet had a meeting of the minds on what "profit" means. Profit is after you subtract your expenses from your revenue; right?

A That's right.

Q You agree on that.

A Correct.

Q Whether you're a college dropout or not. My mom only went to eighth grade, but she knew that. So I'm just saying what would -- how would you calculate your profits for the week of July 20th?

A So this is precisely why we haven't cut the check yet, because we don't know what that is until the end of the quarter. So how I imagine it will be done -- and Alex Munguia will do this, our chief of staff -- what he will do is he will take the revenue

for that week, subtract the expenses from that week. That will have a number, and then we will send that number to the Catholic Parish of the Holy Family in Gaza City.

Q What is your exact title for Azoria Capital?

A I am the CEO.

Q Okay. And Alex, you said, is chief of staff?

A Yes.

Q How old is Alex?

A Alex is 24.

Q Twenty-four. Is he a college graduate?

A Yes, he is.

Q From which school?

A UF.

Q I'm so sorry. All I'm going to say is that.

What else? The issue that this raises is, in my mind, how do you figure out and say for that specific week, I'm going to know this is the amount of money we made, the revenue we had, and these are the expenses attributable to that week. You understand how that could be very difficult, if not impossible, to calculate?

A I don't think it would be. I -- I think if you want to get ultra granular about this, that, and