EXHIBIT "C"

# APPOINTMENT OF CAMPAIGN TREASURER AND DESIGNATION OF CAMPAIGN DEPOSITORY FOR CANDIDATES

(Section 106.021(1), F.S.)

**(PLEASE PRINT OR TYPE)**

**NOTE: This form must be on file with the filing officer before opening the campaign account.**

HAND DELIVERED

RECEIVED
DEPARTMENT OF STATE
2025 NOV 24 AM 8:05
DIVISION OF ELECTIONS
TALLAHASSEE, FL

**OFFICE USE ONLY**

**1. CHECK APPROPRIATE BOX(ES):**

☒ Initial Filing of Form ☐ Re-filing to Change: ☐ Treasurer/Deputy ☐ Depository ☐ Office ☐ Party

| | |
|---|---|
| **2. Name of Candidate** (in this order: First, Middle, Last): (Please Print or Type Name)<br>James Fishback | **3. Address** (include PO Box or Street, City, State, Zip Code):<br>115 SW Pickney St, Madison, FL, 32340 |

| | | |
|---|---|---|
| **4. Telephone:**<br>(305 ) 5429112 | **5. Candidate's Voter Registration #:**<br>120357844<br>(not required for qualifying purposes) | **6. Email Address:**<br>James@azoriapartners.com |

| | |
|---|---|
| **7. Office Sought** (include district, circuit, group, or seat #):<br>Governor | **8. If a candidate for a nonpartisan office, check the box if applicable:**<br>☐ I intend to run as a Write-In Candidate. |

**9. If a candidate for partisan office, check the box and fill in the name of the party as applicable:** I intend to run as a

☐ Write-In Candidate. ☐ No Party Affiliation Candidate. ☒ Republican Party candidate.

**10. I have appointed the following person to act as my:** ☒ Campaign Treasurer ☐ Deputy Treasurer

| | | |
|---|---|---|
| **11. Name of Treasurer or Deputy Treasurer:**<br>Alexander Munguia | **12. Telephone:**<br>(305 )5150800 | **13. Email Address:**<br>alex@azoriapartners.com |

| | | | |
|---|---|---|---|
| **14. Mailing Address:**<br>115 SW Pickney St | **15. City:**<br>Madison | **16. State:**<br>FL | **17. Zip Code:**<br>32615 |

**18. I have designated the following bank as my** (check appropriate box): ☒ Primary Depository ☐ Secondary Depository

| | |
|---|---|
| **19. Name of Bank:**<br>Wells Fargo | **20. Address:**<br>200 Base Street |

| | | | |
|---|---|---|---|
| **21. City:**<br>Madison | **22. County:**<br>Madison | **23. State:**<br>FL | **24. Zip Code:**<br>32340 |

**UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING FORM FOR THE APPOINTMENT OF THE CAMPAIGN TREASURER AND DESIGNATION OF THE CAMPAIGN DEPOSITORY AND THAT THE FACTS STATED IN IT ARE TRUE.**

| | |
|---|---|
| **25. Date:** 11/21/25 | **26. Signature of Candidate:**<br>X [signature] |

**27. Treasurer's Acceptance of Appointment** (fill in the blanks and check the appropriate box)

I, Alexander Munguia do hereby accept the appointment designated above as:
(Please Print or Type Name)

☒ Campaign Treasurer. ☐ Deputy Treasurer.

| | |
|---|---|
| **28. Date:** | **29. Signature of Campaign Treasurer or Deputy Treasurer**<br>X 11/21/2025 |