EXHIBIT "D"

# VERIFIED RETURN OF SERVICE

**State of Florida** **County of Northern** **Court Court**

Case Number: 4:25-mc-00031 Court Date: 11/4/2026 10:00 am

Plaintiff:
**GREENLIGHT CAPITAL, INC.**

vs.

Defendant:
**JAMES FISHBACK**

For:
Miguel E. Del Rivero
V2 Global

Received by Cross County Investigations on the 17th day of September, 2026 at 1:00 pm to be served on **Alexander Munguia, 1500 Sw 1st Ave, Miami, FL 33129.**

I, Walter Butler, do hereby affirm that on the **17th day of September, 2026** at **4:00 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena Duces Tecum** with the date and hour of service endorsed thereon by me, to: **Alexander Munguia** at the address of: **1500 Sw 1st Ave, Miami, FL 33129**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Pursuant to FL Statue 92.525 there is no Notary Required. Under penalty of perjury. I declare that the facts set forth in the foregoing Return of Service are true and correct.

**Walter Butler**
516

**Cross County Investigations**
**P.O. Box 245715**
**Pembroke Pines, FL 33024**
**(954) 295-0918**

Our Job Serial Number: CCV-2026099197

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V

DELIVERED 09/17/2026 04:00 PM
SERVER WB
LICENSE 516

# UNITED STATES District COURT

Northern District of Florida

GREENLIGHT CAPITAL, INC.

Plaintiff/Judgment Creditor Case No. 4:25-mc-00031

v.

JAMES FISHBACK,

Defendant/Judgment Debtor.
_______________________________/

## SUBPOENA *DUCES TECUM* IN AID OF EXECUTION WITH DEPOSITION

To: Alexander Munguia
By Serving: c/o Alexander Munguia
11094 Palmetto Blvd, Alachua, FL 32615

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| PLACE: | DATE AND TIME: |
|---|---|
| **Veritext - Gainesville, FL**<br>201 Southeast 2nd Avenue<br>Suite 207<br>Gainesville, FL 32601 | Wednesday, November 4, 2026, at 10:00 a.m. EST |

☒ *Production:* **YOU ARE COMMANDED** to produce the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material at the time, date, and place set forth below (if different from that of the examination): See **Schedule I** attached hereto.

| PLACE: (if not produced electronically) | DATE AND TIME: |
|---|---|
| **Veritext - Gainesville, FL**<br>201 Southeast 2nd Avenue<br>Suite 207<br>Gainesville, FL 32601 | Wednesday, October 14, 2026, no later than 5:00 p.m. EST |

The following provisions of Fed. R. Civ. P. 45, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: September 15, 2026 CLERK OF COURT

OR

/s/ Miguel E. Del Rivero

*Signature of Clerk or Deputy Clerk* *Attorney's signature*

# UNITED STATES District COURT

Northern District of Florida

GREENLIGHT CAPITAL, INC.

Plaintiff/Judgment Creditor

Case No. 4:25-mc-00031

v.

JAMES FISHBACK,

Copy

Defendant/Judgment Debtor.

9-17-24
4PM
516

## SUBPOENA *DUCES TECUM* IN AID OF EXECUTION WITH DEPOSITION

To: Alexander Munguia
By Serving: c/o Alexander Munguia
11094 Palmetto Blvd, Alachua, FL 32615

1500 SW 1st Av.
Miami 33129

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| PLACE: | DATE AND TIME: |
|---|---|
| **Veritext - Gainesville, FL**<br>201 Southeast 2nd Avenue<br>Suite 207<br>Gainesville, FL 32601 | Wednesday, November 4, 2026, at 10:00 a.m. EST |

☒ *Production:* **YOU ARE COMMANDED** to produce the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material at the time, date, and place set forth below (if different from that of the examination): See **Schedule I** attached hereto.

| PLACE: (if not produced electronically) | DATE AND TIME: |
|---|---|
| **Veritext - Gainesville, FL**<br>201 Southeast 2nd Avenue<br>Suite 207<br>Gainesville, FL 32601 | Wednesday, October 14, 2026, no later than 5:00 p.m. EST |

The following provisions of Fed. R. Civ. P. 45, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: September 15, 2026 CLERK OF COURT

OR

*Signature of Clerk or Deputy Clerk*

*/s/ Miguel E. Del Rivero*
*Attorney's signature*

PROOF OF SERVICE

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)**

I received this subpoena for *(name of individual and title, if any)*: ______________________
on *(date)* __________ .

☑ I served the subpoena by delivering a copy to the named person as follows: u/s
at 4PM on *(date)* 9-17-26 ; or

☐ I returned the subpoena unexecuted because: ______________________

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ ______________________ .

My fees are $ N/A for travel and $________ for services, for a total of $________ .

I declare under penalty of perjury that this information is true and correct.

Date: ______________

[signature]
*Server's signature*

Walter Fisher DO 5/6
*Printed name and title*

______________________
*Server's address*

Additional information concerning attempted service, etc.: