EXHIBIT "G"

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREENLIGHT CAPITAL, INC.,

Plaintiff/Judgment Creditor, Case No.: 4:25-mc-00031

v.

JAMES FISHBACK,

Defendant/Judgment Debtor.
_______________________________/

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL ALEXANDER MUNGUIA TO COMPLY WITH SUBPOENA DUCES TECUM IN AID OF EXECUTION**

THIS MATTER came upon the *Motion to Compel Alexander Munguia to Comply with Post-Judgment Discovery* (the "Motion"). The Court has considered the Motion, the application of the Federal Rules of Civil Procedure, the record, and is otherwise duly informed.

Accordingly, it is **ORDERED** and **ADJUDGED** that:

1. The Motion is GRANTED.

2. Within ten (10) days of the date of this Order, non-party Alexander Munguia shall produce to Plaintiff's counsel, Sequor Law, P.A., 1111 Brickell Avenue, Suite 1250, Miami, Florida 33131 (mdrivero@sequorlaw.com), all documents in his possession, custody, or control that are responsive to Schedule I of the *Subpoena Duces Tecum in Aid of Execution with Deposition* dated

September 15, 2026.

3. Mr. Munguia has waived all objections to the Subpoena other than privilege. Any document withheld on a claim of privilege shall be identified in a privilege log that complies with Federal Rule of Civil Procedure 45(e)(2)(A), served with the production.

4. Mr. Munguia shall appear for deposition at Veritext, 201 Southeast 2nd Avenue, Suite 207, Gainesville, Florida 32601, or at another location agreed to in writing, on a date and time noticed by Plaintiff that falls within fourteen (14) days after the production deadline in paragraph 2.

5. Plaintiff shall serve a copy of this Order on Mr. Munguia by email and by mail, within three (3) days of the date of this Order.

6. Mr. Munguia is advised that failure to comply with this Order may result in a finding of contempt under Federal Rule of Civil Procedure 45(g).

IT IS SO ORDERED, this ________ day of _____________, 2026.

______________________________________